# EXHIBIT A

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| 10. A method for implementing a hand over of a mobile subscriber station (MSS) in a wireless communication network, comprising: | Teltonika IoT Group and Teltonika Networks, UAB ("Teltonika" or "Defendants"), make, use (including via testing), sell, offer for sale, and/or import, Teltonika 4G LTE compatible devices, including, but not limited to, **OTD500, OTD140, RUTM09, RUTM59, RUTX09, OTD144, RUT200, RUT202, RUT204, RUT206, RUT241, RUT260, RUT271, RUT276, RUT281, RUT361, RUT901, RUT906, RUT951, RUT951 POE+, RUT956, RUT976, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTC50, RUTM11, RUTM16, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM52, RUTM54, RUTM55, RUTM56, RUTX11, RUTX12, RUTX14, RUTX50, RUTXR1, ALTOS, ATRM50, CALYX, TRB140, TRB141, TRB142, TRB143, TRB145, TRB160, TRB236, TRB246, TRB247, TRB256, TRB500, TRB501, TRM142, TRM200, TRM240, TRM250, TRM282, TRM500, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), perform a method for implementing a hand over of a mobile subscriber station (MSS) in a wireless communication network of claim 1. For example, Teltonika's OTD500, incorporates 4G LTE technology and performs operations consistent with the 4G LTE 3GPP wireless communication standards. Teltonika OTD500 is a 4G LTE compatible device that performs a method corresponding to 4G LTE Technology. **OTD500** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

**Claim 10**

**Teltonika IoT Group**



**OTD500**

**OUTDOOR 5G ROUTER**

The OTD500 is a durable 5G outdoor router built for reliable connectivity in demanding environments. Its IP55-rated housing withstands harsh conditions, and the integrated mounting bracket enables quick, hassle-free installation. Dual SIM and eSIM with automatic switching provide exceptional network flexibility and redundancy. Gigabit Ethernet ports with PoE-in and PoE-out simplify setup by combining power and data in a single cable. Fully RMS-compatible, the OTD500 offers effortless remote management, making it perfect for outdoor connectivity solutions.

**INQUIRE NOW**

FEATURES     DOWNLOADS     ORDERING     SUPPORT

**MOBILE**

| | |
|---|---|
| Mobile module | 5G Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2) 4G (LTE) – LTE Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL |
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://www.teltonika-networks.com/products/routers/otd500)

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
| --- | --- |
| | Additional products offered by Teltonika that implement 4G LTE Technology and performs the claim, includes **OTD140, RUTM09, RUTM59, RUTX09, OTD144, RUT200, RUT202, RUT204, RUT206, RUT241, RUT260, RUT271, RUT276, RUT281, RUT361, RUT901, RUT906, RUT951, RUT951 POE+, RUT956, RUT976, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTC50, RUTM11, RUTM16, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM52, RUTM54, RUTM55, RUTM56, RUTX11, RUTX12, RUTX14, RUTX50, RUTXR1, ALTOS, ATRM50, CALYX, TRB140, TRB141, TRB142, TRB143, TRB145, TRB160, TRB236, TRB246, TRB247, TRB256, TRB500, TRB501, TRM142, TRM200, TRM240, TRM250, TRM282 and TRM50.** The accused products implement wireless communication capabilities in accordance with the 4G LTE 3GPP wireless communication standard, as required by the claim. Supporting evidence demonstrating the implementation of the 4G LTE 3GPP wireless communication standard in these devices is provided below.<br><br>**OTD140**<br><br> |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
|  |  (https://www.teltonika-networks.com/products/routers/otd140)<br><br>**RUTM09** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutm09) <br><br>**RUTM59** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
|  |  (https://www.teltonika-networks.com/products/routers/rutm59) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

## Claim 10



Teltonika IoT Group

FEATURES   DOWNLOADS   CERTIFICATIONS   ORDERING

**MOBILE**

Mobile module   4G LTE Cat 6 up to 300 DL/ 50 UL Mbps; 3G up to 42 DL/ 5.76 UL Mbps

(https://www.teltonika-networks.com/products/routers/rutx09)

**OTD144**

**OTD144**

**OTD144 Outdoor Wi-Fi Router**

The OTD144 was designed to bring reliable Wi-Fi to outdoor environments where robust networking is essential. Built for challenging conditions, it combines LTE Cat 4 connectivity with dual SIM auto failover, built-in Wi-Fi, and two Ethernet ports – one supporting PoE-in and the other PoE-out. Its rugged IP55 housing with an integrated mounting bracket ensures simple, secure installation in the field. Powered by RutOS and fully compatible with RMS, the OTD144 also provides secure VPN, firewall, hotspot, and remote management features for complete control anywhere.

**INQUIRE NOW**

FEATURES   DOWNLOADS   ORDERING   SUPPORT

**MOBILE**

Mobile module   4G LTE Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/ 5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL Mbps

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/otd144)<br><br>**RUT200**<br><br>**RUT200**<br>**INDUSTRIAL CELLULAR ROUTER**<br><br>RUT200 is a compact industrial cellular router that provides reliable, mission-critical connectivity in rigorous conditions common in industries like automation, transportation, and manufacturing. This model is equipped with **4G LTE**, Wi-Fi, and two Ethernet ports, making it ideal for quickly setting up primary and backup connectivity with remote management capabilities.<br><br>**INQUIRE NOW**<br><br>FEATURES   DOWNLOADS   CERTIFICATIONS   ORDERING   SUPPORT<br><br>**MOBILE**<br><br>Mobile module   **4G LTE** Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps<br><br>(https://www.teltonika-networks.com/products/routers/rut200)<br><br>**RUT202** |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**RUT202**

COMPACT INDUSTRIAL DUAL SIM ROUTER

RUT202 is our smallest dual sim industrial **LTE** Cat 4 router built for stable and continuous connectivity, featuring Dual SIM with automatic failover to prevent network interruptions. Its space-efficient aluminium housing fits easily into tight or embedded installations, while dual Ethernet ports and LTE + Wi-Fi support enable flexible wired and wireless setups. RUT202 combines dual SIM redundancy, compact housing, and internal SIM security in a single, easy-to-deploy device.

INQUIRE NOW

FEATURES    DOWNLOADS    ORDERING    SUPPORT

**MOBILE**

Mobile module    **4G LTE** Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps

(https://www.teltonika-networks.com/products/routers/rut202)

**RUT204**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rut204) <br><br> **RUT206** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| | (https://www.teltonika-networks.com/products/routers/rut206) |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**RUT241**

INDUSTRIAL 4G eSIM™ ROUTER

The RUT241 is a compact, industrial-grade cellular router designed for reliable and versatile connectivity in IoT and M2M applications. RUT241 features rugged design, multiple connection interfaces including 4G LTE, Wi-Fi, and two Ethernet ports, as well as full compatibility with Teltonika's Remote Management System (RMS). With support for automatic WAN failover and advanced RutOS software, the RUT241 enables continuous connectivity and solution automation through its digital inputs and outputs. RUT241 includes eSIM™ functionality based on the SGP.22 architecture, allowing up to seven eSIM™ profiles alongside a physical SIM card—easily managed via WebUI and RMS—offering even greater flexibility for global deployment. A non-eSIM™ version is also available – see the order code for details.

INQUIRE NOW

FEATURES      DOWNLOADS      CERTIFICATIONS      ORDERING      SUPPORT

**MOBILE**

Mobile module        4G LTE Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps

(https://www.teltonika-networks.com/products/routers/rut241)

**RUT260**

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rut276)<br><br>**RUT281** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
|          |  (https://www.teltonika-networks.com/products/routers/rut901)<br><br>**RUT906** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

For the Teltonika IoT Group panel:

**RUT906**

4G LTE RS232/RS485 Router

Cellular **4G** router for industrial IoT applications, supporting serial interfaces RS232, and RS485, MQTT, BACnet, I/Os, Ethernet, and more. This cellular router is equipped with GNSS and failsafe features such as Dual SIM, auto-failover, and backup WAN.

INQUIRE NOW

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING    SUPPORT

**MOBILE**

Mobile module    **4G LTE** Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps

(https://www.teltonika-networks.com/products/routers/rut906)

**RUT951**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| | **RUT951**<br>INDUSTRIAL CELLULAR ROUTER<br>RUT951 features dual-SIM cellular connectivity combined with Wi-Fi and four Ethernet interfaces to meet the needs of the most varied IoT scenarios. Powered by RutOS, this router offers advanced customization options, automation features, and top-level security for your solution.<br><br>**INQUIRE NOW**<br><br>FEATURES   DOWNLOADS   CERTIFICATIONS   ORDERING   SUPPORT<br><br>**MOBILE**<br><br>Mobile module   4G LTE Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps<br><br>(https://www.teltonika-networks.com/products/routers/rut951)<br><br>**RUT951 POE+** |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rut951-poe) |

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

## Claim 10

### Teltonika IoT Group



RUT956

**INDUSTRIAL CELLULAR ROUTER**

RUT956 is an industrial router that combines cellular, Wi-Fi, and wired connectivity options with automatic WAN failover and GNSS capabilities. Serial communication interfaces enable integrating more varied devices into the solution ecosystem, while I/O and advanced RutOS software facilitate equipment control, automation, and event notifications.

INQUIRE NOW

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING    SUPPORT

**MOBILE**

Mobile module    4G LTE Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL kbps

(https://www.teltonika-networks.com/products/routers/rut956)

RUT976

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |

**RUT976**

REDCAP 5G ROUTER

The RUT976 is an industrial Redcap 5G router supporting SA architecture, carving a balanced niche between traditional 4G and full-capacity 5G. This 5G router can wirelessly support up to 100 end devices and features the low latency of 5G—at affordable pricing. In case of limited 5G coverage, the RUT976 is backward compatible with 4G LTE Cat 4. It also boasts dual SIM slots with auto-failover, Wi-Fi, GNSS, a wide range of interfaces, including four 10/100 RJ45 slots, RS232, RS485, and multiple I/Os, and numerous other brilliant features for expert professional deployment

**INQUIRE NOW**

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING    SUPPORT

**MOBILE**

Mobile module    5G Sub-6Ghz SA 223 Mbps DL , 123 Mbps UL ; 4G LTE Cat 4 – LTE 195 Mbps DL , 105 Mbps UL

(https://www.teltonika-networks.com/products/routers/rut976)

**RUT981** |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/rut981)<br><br>**RUT986** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| | |

(https://www.teltonika-networks.com/products/routers/rut986)

**RUTC40**

INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 27 of 80 PageID #: 65

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/rutc40) <br><br> **RUTC41** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | **RUTC41** 4G EDGE ROUTER<br><br>Bring powerful on-site computing to your industrial deployments with the RUTC41 edge router. This high-performance yet compact and versatile device combines **4G** Cat 4 connectivity with advanced processing power and dual-band Wi-Fi 6. Built-in Docker support allows you to run containerized applications directly on the router. Equipped with 1 GB RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC41 delivers secure networking, cloud integration, and real-time data logger in one rugged device.<br><br>**INQUIRE NOW**<br><br>FEATURES   DOWNLOADS   ORDERING   SUPPORT<br><br>**MOBILE**<br><br>Mobile module    **4G LTE** Cat 4 up to 150 DL/50 UL Mbps; 3G up to 21 DL/ 5.76 UL Mbps; 2G up to 236.8 DL/236.8 UL Mbps<br><br>(https://www.teltonika-networks.com/products/routers/rutc41)<br><br>**RUTC42** |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| | (https://www.teltonika-networks.com/products/routers/rutc42)<br><br>**RUTC50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| | <br>(https://www.teltonika-networks.com/products/routers/rutc50)<br><br>**RUTM11** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutm11)<br><br>**RUTM16** |

Case 2:26-cv-00452    Document 1-1    Filed 06/08/26    Page 31 of 80 PageID #: 69

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
| --- | --- |
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**

**RUTM20**

COMPACT 5G ROUTER

Deploy 5G where size and cost matter. The RUTM20 is an ultra-compact global 5G router engineered for IoT and IIoT solutions. Leverage worldwide connectivity with a global Telit 5G modem. Streamline deployments with PoE, enabling single-cable power delivery. With integrated eSIM, you can manage carrier switching at scale, eliminating costly site visits. RUTM20 is perfect for space-constrained solutions like POS, surveillance, and transport.

INQUIRE NOW

FEATURES    DOWNLOADS    ORDERING    SUPPORT

**MOBILE**

Mobile module

5G Sub-6Ghz SA/NSA 2.5/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2);
4G (LTE) – LTE Cat 19 1.6Gbps DL, LTE Cat 18 211Mbps UL;
3G – 42 Mbps DL, 5.7Mbps UL

3GPP Release    Release 16

(https://www.teltonika-networks.com/products/routers/rutm20)

**RUTM30**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
|          | <br><br>(https://www.teltonika-networks.com/products/routers/rutm30)<br><br>**RUTM31** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



**Claim 10** | **Teltonika IoT Group**

RUTM31
v1.0

**FEATURES**

**Mobile**

**Mobile module**    5G Sub–6Ghz SA/NSA: 2/2.6 Gbps DL (4x4 MIMO), 1000/650 Mbps UL (2x2 MIMO); 4G LTE Cat 12 600 Mbps DL (2x2 MIMO), Cat 13 150 Mbps UL; 3G 42.2 Mbps DL, 11 Mbps UL;

**3GPP Release**    Release 15

(https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp. 1 & 3 of 18)

RUTM50

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/rutm50)<br><br>**RUTM51** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutm51) <br><br> **RUTM52** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**RUTM52**

DUAL 5G ROUTER

The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management.

**INQUIRE NOW**

FEATURES     DOWNLOADS     CERTIFICATIONS     ORDERING     SUPPORT

**MOBILE**

| Mobile module | 2 x 5G Sub-6 GHz SA/NSA 2.1/3.3Gbps DL (4x4 MIMO) 900/600Mbps UL (2x2 MIMO) 4G (LTE): DL Cat 20 2.0Gbps (4x4 MIMO)/UL Cat 20 200Mbps; 3G: 42 Mbps DL, 5.76Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://www.teltonika-networks.com/products/routers/rutm52)

**RUTM54**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

## Claim 10

### Teltonika IoT Group



**RUTM54**

**5G ROUTER WITH TELIT MODEM**

The RUTM54 is a high-performance, dual-SIM and eSIM 5G router, ideal for data-intensive applications that demand reliable, high-speed connectivity. With a global Telit 5G modem, the RUTM54 delivers exceptional connectivity and consistent performance. Its 5 Gigabit Ethernet ports and dual-band Wi-Fi provide robust redundancy, while auto-failover ensures uninterrupted service. With backward compatibility to 4G and multiple interface options, the RUTM54 is designed for seamless expandability and future upgrades.

**INQUIRE NOW**

| FEATURES | DOWNLOADS | CERTIFICATIONS | SUPPORT |

**MOBILE**

**Mobile module**    5G Sub-6Ghz SA/NSA 2.5/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2) 4G (LTE) – LTE Cat 19 1.6Gbps DL, LTE Cat 18 211Mbps UL; 3G – 42 Mbps DL, 5.7Mbps UL

**3GPP Release**    Release 16

(https://www.teltonika-networks.com/products/routers/rutm54)

**RUTM55**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutm55)<br><br>**RUTM56** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-1    Filed 06/08/26    Page 41 of 80 PageID #: 79

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutm56)<br><br>**RUTX11** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
|  |  |



**RUTX12**

DUAL LTE CAT 6 INDUSTRIAL CELLULAR ROUTER

This powerful dual LTE Cat 6 router is a great fit for mission-critical applications. Two cellular modems for dual simultaneous connections, seamless mobile service switching and load balancing features make this device irreplaceable in applications where losing connection is not an option.

INQUIRE NOW

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING

**MOBILE**

Mobile module    2 x 4G LTE Cat 6 up to 300 DL/50 UL Mbps; 3G up to 42 DL/ 5.76 UL Mbps

(https://www.teltonika-networks.com/products/routers/rutx12)

RUTX14

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

**Claim 10**

**Teltonika IoT Group**



FEATURES

MOBILE

Mobile module    4G LTE Cat 12 up to 600 DL/150 UL Mbps; 3G to to 42 DL/ 11.2 UL Mbps

(https://www.teltonika-networks.com/products/routers/rutx14)

RUTX50

DOWNLOADS    CERTIFICATIONS    ORDERING

**RUTX14**

4G LTE CAT12 INDUSTRIAL CELLULAR ROUTER

RUTX14 is the fastest single modem LTE-A Cat 12 router in the Teltonika Networks product range. With two SIM cards, Wave-2 dual-band Wi-Fi, five Gigabit Ethernet ports, and automatic failover, you may expect high compatibility, unbeatable network resilience, and exceptional speed.

INQUIRE NOW

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**RUTXR1**

ENTERPRISE RACK-MOUNTABLE SFP/LTE ROUTER

The first rack-mountable LTE Cat 6 router in the Teltonika Networks portfolio comes with redundant power supplies, WAN failover, dual-SIM, SFP, USB, and dedicated console ports. This feature-rich device with highly customizable and powerful RutOS is perfect where a fast and ultra-reliable connection is needed.

INQUIRE NOW

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING

**MOBILE**

Mobile module    4G LTE Cat 6 up to 300 DL/ 50 UL Mbps; 3G up to 42 DL/ 5.76 UL Mbps

(https://www.teltonika-networks.com/products/routers/rutxr1)

**ALTOS**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/altos) <br><br> **ATRM50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| | <br><br>([https://www.teltonika-networks.com/products/routers/atrm50](https://www.teltonika-networks.com/products/routers/atrm50))<br><br>**CALYX** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/gateways/trb140) <br><br> **TRB141** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/gateways/trb141) <br><br> **TRB142** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
|  |  (https://www.teltonika-networks.com/products/gateways/trb142) <br><br> **TRB143** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

(https://www.teltonika-networks.com/products/gateways/trb143)

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  **TRB145** INDUSTRIAL RUGGED LTE RS485 GATEWAY TRB145 is an ultra-small, lightweight, and energy-efficient IoT gateway equipped with mission-critical LTE connectivity that comes with a widely used RS485 interface for remote management of industrial equipment. INQUIRE NOW FEATURES DOWNLOADS CERTIFICATIONS ORDERING SUPPORT MOBILE Mobile module 4G LTE – Cat 1 up to 10 DL/5 UL Mbps; 3G up to 384 DL/384 UL kbps; 2G up to 296 DL/236.8 UL kbps (https://www.teltonika-networks.com/products/gateways/trb145) TRB160 |

U.S. Patent No. 7,953,411

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

(https://www.teltonika-networks.com/products/gateways/trb236)

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | **TRB246**<br><br><br>([https://www.teltonika-networks.com/products/gateways/trb246](https://www.teltonika-networks.com/products/gateways/trb246))<br><br>**TRB247** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

TRB256
Industrial NB-IoT Gateway
The TRB256 is an industrial 4G LTE NB-IoT gateway designed to be applied to a broad range of IoT solutions. The device is equipped with multiple interfaces, such as I/Os, RS232, RS485, and an Ethernet port, additionally boasting dual SIM functionality for continuous connectivity. This industrial-grade gateway also supports the 450 MHz frequency band, offering superior LTE signal penetration compared to standard frequencies, making it an optimal choice for a diverse range of M2M applications.

INQUIRE NOW

FEATURES    DOWNLOADS    CERTIFICATIONS    ORDERING    SUPPORT

MOBILE

Mobile module    4G LTE Cat M1 up to 588 DL/ 1119 UL kbps, Cat NB2 up to 127 DL/158.5 UL kbps, Cat NB1 up to 32 DL/70 UL kbps (simultaneous operation of cellular and GNSS connectivity is not supported)

(https://www.teltonika-networks.com/products/gateways/trb256)

TRB500

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| |   (https://www.teltonika-networks.com/products/gateways/trb500)  **TRB501** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://www.teltonika-networks.com/products/gateways/trb501)<br><br>**TRM142** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

**TRM142**

TRM142 industrial 4G modem

The TRM142 is a compact industrial modem designed to upgrade legacy equipment with 4G network. Equipped with LTE Cat 4 connectivity, it ensures efficient and reliable data transfer for critical applications. The device is designed to modernise and provide 4G LTE communication for legacy devices such as alarm systems, legacy controllers and similar equipment which uses serial interfaces for external communication.

**INQUIRE NOW**

FEATURES    DOWNLOADS    ORDERING    SUPPORT

**MOBILE**

Mobile module    4G LTE FDD up to 150 DL/50 UL Mbps, 4G LTE TDD up to 130 DL/30 UL Mbps, 3G HSPA+ up to 21 DL Mbps, 3G HSUPA up to 5.76 UL Mbps, 3G WCDMA up to 384 DL/384 UL kbps, 2G up to 236.8 DL/236.8 UL kbps, 2G GPRS up to 85.6 DL/85.6 UL kbps

(https://www.teltonika-networks.com/products/modems/trm142)

**TRM200**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
| | <br>([https://www.teltonika-networks.com/products/modems/trm200](https://www.teltonika-networks.com/products/modems/trm200))<br><br>**TRM240** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://www.teltonika-networks.com/products/modems/trm240) <br><br> **TRM250** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/modems/trm250) |

| Claim 10 | Teltonika IoT Group |
|----------|---------------------|
|  | <br><br>([https://www.teltonika-networks.com/products/modems/trm282](https://www.teltonika-networks.com/products/modems/trm282))<br><br>**TRM500** |

Case 2:26-cv-00452 Document 1-1 Filed 06/08/26 Page 66 of 80 PageID #: 104

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
|  |  |
| maintaining an active set comprising a list of transmitting base stations, each transmitting base station capable of communicating with the MSS, the MSS communicating with only one current transmitting | Defendants, using the Accused Products, perform the step of maintaining an active set comprising a list of transmitting base stations, each transmitting base station capable of communicating with the MSS, the MSS communicating with only one current transmitting base station in a single frame.

Teltonika's OTD500 maintains an active set (e.g., one or more candidate target cells) comprising a list of transmitting base stations, each transmitting base station (e.g., target cell) capable of communicating with the MSS. The MSS communicating with only one current transmitting base station in a single frame (e.g., the UE has an RRC connection to a current base station). |

Case 2:26-cv-00452    Document 1-1    Filed 06/08/26    Page 68 of 80 PageID #: 106

| Claim 10 | Teltonika IoT Group |
|---|---|
| base station in a single frame; | ◢5.3.5.9　　　　Conditional reconfiguration<br><br>5.3.5.9.1　　　　General<br><br>The network configures the UE with conditional reconfiguration (i.e. conditional handover) including per candidate target cell an *RRCConnectionReconfiguration* to be stored and to only be applied upon the fulfilment of an associated execution condition.<br><br>The UE shall:<br><br>　　1> if the received *conditionalReconfiguration* includes the *condReconfigurationToRemoveList*:<br><br>　　　　2> perform the conditional reconfiguration removal procedure as specified in 5.3.5.9.2;<br><br>　　1> if the received *conditionalReconfiguration* includes the *condReconfigurationToAddModList*:<br><br>　　　　2> perform the conditional reconfiguration addition/modification procedure as specified in 5.3.5.9.3;<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 142) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 10 | Teltonika IoT Group |
|---|---|
| |  |

5.3.5     RRC connection reconfiguration

5.3.5.1     General

*RRCConnectionReconfiguration*

*RRCConnectionReconfigurationComplete*

Figure 5.3.5.1-1: RRC connection reconfiguration, successful

*RRCConnectionReconfiguration*

RRC connection re-establishment

Figure 5.3.5.1-2: RRC connection reconfiguration, failure

The purpose of this procedure is to modify an RRC connection, e.g. to establish/ modify/ release RBs, to perform handover, to setup/ modify/ release measurements, to add/ modify/ release SCells, to add/modify/release conditional reconfigurations. As part of the procedure, NAS dedicated information may be transferred from E-UTRAN to the UE.

(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 126)

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 70 of 80 PageID #: 108

| Claim 10 | Teltonika IoT Group |
|---|---|
| monitoring all transmitting base stations in the active set while transmitting data to and receiving data from the current transmitting base station in one or more bursts that are allocated for the MSS in the single frame, the data representing communication traffic between the MSS and the current transmitting base station, wherein the current transmitting base station is the only base station of the list of transmitting base stations operated to transmit data to the MSS using the one or more bursts that are allocated for the MSS in the single frame; | Defendants, using the Accused Products, perform the step of monitoring all transmitting base stations in the active set while transmitting data to and receiving data from the current transmitting base station in one or more bursts that are allocated for the MSS in the single frame, the data representing communication traffic between the MSS and the current transmitting base station, wherein the current transmitting base station is the only base station of the list of transmitting base stations operated to transmit data to the MSS using the one or more bursts that are allocated for the MSS in the single frame.<br><br>Teltonika's OTD500 monitors all transmitting base stations in the active set (e.g., evaluating the condition of each configured candidate target cell) while transmitting and receiving data from the current transmitting base station in one or more bursts (e.g., PDSCH/PUSCH transmissions) that are allocated for the MSS in the single frame, the data representing communication traffic between the MSS and the current transmitting base station, wherein the current transmitting base station is the only base station of the list of transmitting base stations operated to transmit data to the MSS using the one or more bursts that are allocated for the MSS in the single frame (e.g., the UE has an RRC connection to a single base station).<br><br>**5.3.5.9   Conditional reconfiguration**<br><br>**5.3.5.9.1   General**<br><br>The network configures the UE with conditional reconfiguration (i.e. conditional handover) including per candidate target cell an *RRCConnectionReconfiguration* to be stored and to only be applied upon the fulfilment of an associated execution condition.<br><br>The UE shall:<br><br>1> if the received *conditionalReconfiguration* includes the *condReconfigurationToRemoveList*:<br><br>  2> perform the conditional reconfiguration removal procedure as specified in 5.3.5.9.2;<br><br>1> if the received *conditionalReconfiguration* includes the *condReconfigurationToAddModList*:<br><br>  2> perform the conditional reconfiguration addition/modification procedure as specified in 5.3.5.9.3; |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 142)<br><br>**5.3.5.9.4**       Conditional reconfiguration evaluation<br><br>If AS security has been activated successfully, the UE shall:<br><br>1> if *VarConditionalReconfiguration* includes at least one *condReconfigurationId*:<br><br>   2> perform conditional reconfiguration evaulation;<br><br>1> for each *condReconfigurationId* within the *VarConditionalReconfiguration*:<br><br>   2> consider the cell which has a physical cell identity matching the value indicated in the *ServingCellConfigCommon* within *condReconfigurationToApply* to be an applicable cell;<br><br>   2> for each *measId* included in the *measIdList* within *VarMeasConfig* indicated in the *triggerCondition* associated to *condReconfigurationId*:<br><br>      3> if the entry condition(s) applicable for this event associated with the *condReconfigurationId*, i.e. the event corresponding with the *condEventId* of the corresponding *condReconfigurationTriggerEUTRA* within *VarConditionalReconfiguration*, is fulfilled for the applicable cell for all measurements after layer 3 filtering taken during the corresponding *timeToTrigger* defined for this event within the *VarConditionalReconfiguration*:<br><br>         4> consider the entry condition for the associated *measId* within *triggerCondition* as fulfilled;<br><br>      3> if the leaving condition(s) applicable for this event associated with the *condReconfigurationId*, i.e. the event corresponding with the *condEventId(s)* of the corresponding *condReconfigurationTriggerEUTRA* within *VarConditionalReconfiguration*, is fulfilled for the applicable cells for all measurements after layer |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| | 3 filtering taken during the corresponding *timeToTrigger* defined for this event within the *VarConditionalReconfiguration*: <br><br> 4> consider the event associated to that *measId* to be not fulfilled; <br><br> 2> if trigger conditions for all associated *measId*(s) within *triggerCondition* are fulfilled: <br><br> 3> consider the target cell candidate within the stored *condReconfigurationToApply*, associated to that *condReconfigurationId*, as a triggered cell; <br><br> 3> initiate the conditional reconfiguration execution, as specified in 5.3.5.9.5; <br><br> (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), pp. 143-144) |
| determining a preferred transmitting base station included in the transmitting base stations based upon the monitoring; | Defendants, using the Accused Products, perform the step of determining a preferred transmitting base station included in the transmitting base stations based upon the monitoring. <br><br> Teltonika's OTD500 determines a preferred transmitting base station (e.g., by condReconfigurationId) included in the transmitting base station based upon the monitoring (e.g., based on evaluation of each measID in triggerCondition). |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
| | **5.3.5.9.4    Conditional reconfiguration evaluation**<br><br>If AS security has been activated successfully, the UE shall:<br><br>1> if *VarConditionalReconfiguration* includes at least one *condReconfigurationId*:<br><br>   2> perform conditional reconfiguration evaulation;<br><br>1> for each *condReconfigurationId* within the *VarConditionalReconfiguration*:<br><br>   2> consider the cell which has a physical cell identity matching the value indicated in the *ServingCellConfigCommon* within *condReconfigurationToApply* to be an applicable cell;<br><br>   2> for each *measId* included in the *measIdList* within *VarMeasConfig* indicated in the *triggerCondition* associated to *condReconfigurationId*:<br><br>      3> if the entry condition(s) applicable for this event associated with the *condReconfigurationId*, i.e. the event corresponding with the *condEventId* of the corresponding *condReconfigurationTriggerEUTRA* within *VarConditionalReconfiguration*, is fulfilled for the applicable cell for all measurements after layer 3 filtering taken during the corresponding *timeToTrigger* defined for this event within the *VarConditionalReconfiguration*:<br><br>         4> consider the entry condition for the associated *measId* within *triggerCondition* as fulfilled;<br><br>      3> if the leaving condition(s) applicable for this event associated with the *condReconfigurationId*, i.e. the event corresponding with the *condEventId(s)* of the corresponding *condReconfigurationTriggerEUTRA* within *VarConditionalReconfiguration*, is fulfilled for the applicable cells for all measurements after layer<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 143) |
| informing the preferred transmitting base station to the current transmitting base station by a fast feedback channel; | Defendants, using the Accused Products, perform the step of informing the preferred transmitting base station to the current transmitting base station by a fast feedback channel.<br><br>Teltonika's OTD500 informs the preferred transmitting base station (e.g., selected cell of conditional reconfiguration execution) to the current transmitting base station by a fast feedback channel (e.g., by transmitting the RRCReconfigurationComplete message to the preferred base station using Non- |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 74 of 80 PageID #: 112

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | contention based random access procedure, which notifies the current transmitting base station via the X2 interface).<br><br>2> if trigger conditions for all associated *measId*(s) within *triggerCondition* are fulfilled:<br><br>3> consider the target cell candidate within the stored *condReconfigurationToApply*, associated to that *condReconfigurationId*, as a triggered cell;<br><br>3> initiate the conditional reconfiguration execution, as specified in 5.3.5.9.5;<br><br>**5.3.5.9.5       Conditional reconfiguration execution**<br><br>The UE shall:<br><br>1> if more than one triggered cell exists:<br><br>2> select one of the triggered cells as the selected cell for conditional reconfiguration;<br><br>1> for the selected cell of conditional reconfiguration:<br><br>2> apply the stored *condReconfigurationToApply* associated to that *condReconfigurationId* and perform the actions as specified in 5.3.5.4;<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 144) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 75 of 80 PageID #: 113

| Claim 10 | Teltonika IoT Group |
|---|---|
| | Furthermore, the random access procedure takes two distinct forms:<br><br>- Contention based (applicable to all six events, but the sixth event for positioning is applicable for NB-IoT only);<br><br>- Non-contention based (applicable to only handover, DL data arrival, positioning and obtaining timing advance alignment for a sTAG).<br><br>Normal DL/UL transmission can take place after the random access procedure.<br><br>An RN supports both contention-based and non-contention-based random access. When an RN performs the random access procedure, it suspends any current RN subframe configuration, meaning it temporarily disregards the RN subframe configuration. The RN subframe configuration is resumed at successful random access procedure completion.<br><br>For NB-IoT, the random access procedure is performed on the anchor carrier or on a non anchor carrier based on system information.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 16), 3GPP TS 36.300 V16.2.0 (2020-07), p. 152) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | The three steps of the non-contention based random access procedures are:<br><br>0) Random Access Preamble assignment via dedicated signalling in DL:<br><br>- eNB assigns to UE a non-contention Random Access Preamble (a Random Access Preamble not within the set sent in broadcast signalling).<br><br>- Signalled via:<br><br>  - HO command generated by target eNB and sent via source eNB for handover;<br><br>  - PDCCH in case of DL data arrival or positioning;<br><br>  - PDCCH for initial UL time alignment for a sTAG.<br><br>1) Random Access Preamble on RACH in uplink:<br><br>- UE transmits the assigned non-contention Random Access Preamble.<br><br>2) Random Access Response on DL-SCH:<br><br>- Semi-synchronous (within a flexible window of which the size is two or more TTIs) with message 1;<br><br>- No HARQ;<br><br>- Addressed to RA-RNTI on PDCCH;<br><br>- Conveys at least:<br><br>  - Timing Alignment information and initial UL grant for handover;<br><br>  - Timing Alignment information for DL data arrival;<br><br>  - RA-preamble identifier;<br><br>  - Intended for one or multiple UEs in one DL-SCH message. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,953,411

| Claim 10 | Teltonika IoT Group |
|---|---|
|  | When performing non-contention based random access on the PCell while CA is configured, the Random Access Preamble assignment via PDCCH of step 0, step 1 and 2 of the non-contention based random access procedure occur on the PCell. In order to establish timing advance for a sTAG, the eNB may initiate a non-contention based random access procedure with a PDCCH order (step 0) that is sent on a scheduling cell of activated SCell of the sTAG. Preamble transmission (step 1) is on the indicated SCell and Random Access Response (step 2) takes place on PCell. <br><br> When performing non-contention based random access on the PCell or PSCell while DC is configured, the Random Access Preamble assignment via PDCCH of step 0, step 1 and 2 of the non-contention based random access procedure occur on the corresponding cell. In order to establish timing advance for a sTAG, the eNB may initiate a non-contention based random access procedure with a PDCCH order (step 0) that is sent on a scheduling cell of activated SCell of the <br><br> 3GPP <br><br> Release 16      156      3GPP TS 36.300 V16.2.0 (2020-07) <br><br> sTAG not including PSCell. Preamble transmission (step 1) is on the indicated SCell and Random Access Response (step 2) takes place on PCell for MCG and PSCell for SCG. <br><br> (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 16), 3GPP TS 36.300 V16.2.0 (2020-07), pp. 155-156) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 78 of 80 PageID #: 116

| Claim 10 | Teltonika IoT Group |
|---|---|
| |

# 4 Overall architecture

## 4.0 General

The E-UTRAN consists of eNBs, providing the E-UTRA user plane (PDCP/RLC/MAC/PHY) and control plane (RRC) protocol terminations towards the UE. The eNBs are interconnected with each other by means of the X2 interface. The eNBs are also connected by means of the S1 interface to the EPC (Evolved Packet Core), more specifically to the MME (Mobility Management Entity) by means of the S1-MME interface and to the Serving Gateway (S-GW) by means of the S1-U interface. The S1 interface supports a many-to-many relation between MMEs / Serving Gateways and eNBs.

The E-UTRAN architecture is illustrated in Figure 4 below.

**Figure 4-1: Overall Architecture**

(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 16), 3GPP TS 36.300 V16.2.0 (2020-07), p. 31) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-1   Filed 06/08/26   Page 79 of 80 PageID #: 117

| Claim 10 | Teltonika IoT Group |
|---|---|
| stopping the MSS from transmitting data to and receiving data from the current transmitting base station; and | Defendants, using the Accused Products, perform the step of stopping the MSS from transmitting data to and receiving data from the current transmitting base station.<br><br>Teltonika's OTD500 stops the MSS from transmitting data to and receiving data from the current transmitting base station (e.g., after conditional reconfiguration to the target cell).<br><br>▲ 5.3.5.9     Conditional reconfiguration<br><br>5.3.5.9.1     General<br><br>The network configures the UE with conditional reconfiguration (i.e. conditional handover) including per candidate target cell an *RRCConnectionReconfiguration* to be stored and to only be applied upon the fulfilment of an associated execution condition.<br><br>The UE shall:<br><br>    1> if the received *conditionalReconfiguration* includes the *condReconfigurationToRemoveList*:<br><br>        2> perform the conditional reconfiguration removal procedure as specified in 5.3.5.9.2;<br><br>    1> if the received *conditionalReconfiguration* includes the *condReconfigurationToAddModList*:<br><br>        2> perform the conditional reconfiguration addition/modification procedure as specified in 5.3.5.9.3;<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 142) |
| operating the MSS to exchange transmission of data at a subsequent frame with the preferred base station. | Defendants, using the Accused Products, perform the step of operating the MSS to exchange transmission of data at a subsequent frame with the preferred base station.<br><br>Teltonika's OTD500 operates the MSS to exchange transmission data at a subsequent frame (e.g., upon receipt of an uplink grant) with the preferred base station (e.g., target cell). |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-1    Filed 06/08/26    Page 80 of 80 PageID #: 118

| Claim 10 | Teltonika IoT Group |
|---|---|
| | **5.3.5.9 Conditional reconfiguration**<br><br>**5.3.5.9.1 General**<br><br>The network configures the UE with conditional reconfiguration (i.e. conditional handover) including per candidate target cell an *RRCConnectionReconfiguration* to be stored and to only be applied upon the fulfilment of an associated execution condition.<br><br>The UE shall:<br><br>1> if the received *conditionalReconfiguration* includes the *condReconfigurationToRemoveList*:<br><br>    2> perform the conditional reconfiguration removal procedure as specified in 5.3.5.9.2;<br><br>1> if the received *conditionalReconfiguration* includes the *condReconfigurationToAddModList*:<br><br>    2> perform the conditional reconfiguration addition/modification procedure as specified in 5.3.5.9.3;<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (Release 16), 3GPP TS 36.331 V16.2.0 (2020-09), p. 142)<br><br>**11.1.2 Uplink Scheduling**<br><br>In the uplink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation for uplink transmission when its downlink reception is enabled (activity governed by DRX when configured). When CA is configured, the same C-RNTI applies to all serving cells.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 16), 3GPP TS 36.300 V16.2.0 (2020-07), p. 178) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC