# **EXHIBIT B**

| Claim 1 | Teltonika IoT Group |
|---|---|
| 1. A method, comprising: | Teltonika IoT Group and Teltonika UAB Networks ("Teltonika Defendants") using (including via testing), Teltonika 802.11n Wi-Fi compatible devices, including, but not limited to **RUTC50, RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT286, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13, TeltoCharge EVC16, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which performs a method of claim 1.<br><br>For example, Teltonika Defendants' RUTC50 incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11n wireless networking standards.<br><br>Teltonika Defendants' RUTC50 performs a method.<br><br>**TELTONIKA**<br><br>**RUTC50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  <br><br> (https://www.teltonika-networks.com/products/routers/rutc50) <br><br> Additional products offered by Teltonika Defendants that implement 802.11n Wi-Fi technology and practice the claim include **RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT286, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13 and TeltoCharge EVC16.** The accused products implement wireless networking capabilities in accordance with the IEEE 802.11n (Wi-Fi 4) standard, as required by the claim. While certain models utilize IEEE 802.11ac (Wi-Fi 5) or IEEE 802.11ax (Wi-Fi 6), both standards maintain backward compatibility with IEEE 802.11n, thereby supporting functionalities consistent with the 802.11n specification. (See: Data Alliance – Wi-Fi Standards |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | Comparison). Supporting evidence demonstrating the implementation of the IEEE 802.11n standard in these devices is provided below.<br><br>**RUT202**<br><br><br><br>(https://www.teltonika-networks.com/products/routers/rut202)<br><br>**RUT204** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut204)<br><br>**RUT956**<br><br> |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (https://www.teltonika-networks.com/products/routers/rut956)<br><br>**RUT200**<br><br>(https://www.teltonika-networks.com/products/routers/rut200)<br><br>**RUT901** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **INDUSTRIAL CELLULAR ROUTER**<br><br>The RUT901 cellular router delivers the top-rated features of its predecessors, the RUT950 and RUT951, to the market. The device ensures high-performance, providing automatic WAN failover to an available backup connection, guaranteeing network continuity and eliminating downtime.<br><br>**WIRELESS**<br><br>Wireless mode      802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut901)<br><br>**RUT951**<br><br>**INDUSTRIAL CELLULAR ROUTER**<br><br>RUT951 features dual-SIM cellular connectivity combined with Wi-Fi and four Ethernet interfaces to meet the needs of the most varied IoT scenarios. Powered by RutOS, this router offers advanced customization options, automation features, and top-level security for your solution.<br><br>**WIRELESS**<br><br>Wireless mode      802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut951) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 8 of 72 PageID #: 126

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **TAP100**<br><br>![TAP100 WI-FI ACCESS POINT] TAP100 is the first-ever Teltonika Networks Access Point, perfect for strengthening Wi-Fi coverage in small enterprise and commercial spaces. This PoE-in access point can be powered by active PoE devices via its RJ45 port and was designed with simplicity and ease of installation in mind.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4)<br><br>(https://www.teltonika-networks.com/products/access-points/tap100)<br><br>**RUT906**<br><br>![RUT906 4G LTE RS232/RS485 Router] Cellular 4G router for industrial IoT applications, supporting serial interfaces RS232 and RS485, MQTT, BACnet, I/Os, Ethernet, and more. This cellular router is equipped with GNSS and failsafe features such as Dual SIM, auto-failover, and backup WAN.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut906) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



| Claim 1 | Teltonika IoT Group |
|---|---|

**RUT260**

**RUT260**

**LTE CAT 6 CELLULAR ROUTER**

RUT260 is a Teltonika Networks LTE Cat 6 cellular router with WAN failover. Balancing the key features of the RUT240 and RUT360, this cellular router is powerful, lightweight, and supports a wide variety of industrial protocols, including MQTT, SNMP, Modbus, and more.

**WIRELESS**

**Wireless mode**     802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut260)

**RUT140**

**RUT140**

**INDUSTRIAL MODBUS ROUTER**

The RUT140 is a compact industrial Ethernet router, enhancing security through network isolation for end devices. Equipped with two Ethernet ports, DIN rail bracket, and an industrial 3-pin connector, it ensures seamless connectivity and easy installation. The router comes with RutOS, Wi-Fi 4, and supports industrial protocols such as Modbus, DLMS, DNP3, and OPC UA, and is compatible with RMS for efficient remote and on-site management.

**WIRELESS**

**Wireless mode**     802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)

U.S. Patent No. 7,822,141



INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **WIRELESS**<br><br>Wireless mode    802.11b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)<br>([https://www.teltonika-networks.com/products/routers/rut361](https://www.teltonika-networks.com/products/routers/rut361))<br><br>**RUT241**<br><br>**RUT241**<br>**INDUSTRIAL 4G eSIM™ ROUTER**<br>The RUT241 is a compact, industrial-grade cellular router designed for reliable and versatile connectivity in IoT and M2M applications. RUT241 features rugged design, multiple connection interfaces including 4G LTE, Wi-Fi, and two Ethernet ports, as well as full compatibility with Teltonika's Remote Management System (RMS). With support for automatic WAN failover and advanced RutOS software, the RUT241 enables continuous connectivity and solution automation through its digital inputs and outputs. RUT241 includes eSIM™ functionality based on the SGP.22 architecture, allowing up to seven eSIM™ profiles alongside a physical SIM card—easily managed via WebUI and RMS—offering even greater flexibility for global deployment. A non-eSIM™ version is also available - see the order code for details.<br><br>**WIRELESS**<br><br>Wireless mode    802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>([https://www.teltonika-networks.com/products/routers/rut241](https://www.teltonika-networks.com/products/routers/rut241))<br><br>**RUT271** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-2   Filed 06/08/26   Page 12 of 72 PageID #: 130

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rut271)<br><br>**RUT976** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 13 of 72 PageID #: 131

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  |  (https://www.teltonika-networks.com/products/routers/rut976)<br><br>**RUT206**<br><br>(https://www.teltonika-networks.com/products/routers/rut206)<br><br>**DAP140** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.teltonika-networks.com/products/access-points/dap140) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **WIRELESS**<br><br>Wireless mode: IEEE 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Client (STA), Mesh (802.11s), Multi AP<br><br>(https://www.teltonika-networks.com/products/access-points/dap142)<br><br>**RUT951 POE+**<br><br>**RUT951 POE+**<br>INDUSTRIAL PoE+ CELLULAR ROUTER<br>Building on the success of our bestseller 4G router, this enhanced version now features versatile Power over Ethernet (PoE+) capability. This robust router boasts dual SIM and eSIM, reliable Wi-Fi, and four PoE+ Ethernet ports. Powered by RutOS and designed for diverse IoT deployments, the RUT951 PoE+ ensures seamless data transmission and simplifies power management for your connected IoT solutions.<br><br>**WIRELESS**<br><br>Wireless mode: 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut951-poe)<br><br>**RUTM31** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**



**DATASHEET - RUTM31**

**Wireless**

| Wireless mode | 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA) |
|---|---|
| WiFi security | WPA2-Enterprise - PEAP, WPA2-PSK, WPA-EAP, WPA-PSK, WPA3-SAE, WPA3-EAP, OWE; AES-CCMP, TKIP, Auto-cipher modes, client separation, EAP-TLS with PKCS#12 certificates, disable auto-reconnect, 802.11w Protected Management Frames (PMF) |

(https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp.1 & 4 of 18)

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **ATRM50**<br><br><br><br>([https://www.teltonika-networks.com/products/routers/atrm50](https://www.teltonika-networks.com/products/routers/atrm50))<br><br>**RUTM55** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141



INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutm54) <br><br> **RUTM50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | <br><br>(https://www.teltonika-networks.com/products/routers/rutm50)<br><br>**RUTM51** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         |  (https://www.teltonika-networks.com/products/routers/rutm51)  **RUTM11** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452     Document 1-2     Filed 06/08/26     Page 23 of 72 PageID #: 141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm11)<br><br>**RUTM10** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | <br><br>(https://www.teltonika-networks.com/products/routers/rutm10)<br><br>**RUTXR1** |

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 24 of 72 PageID #: 142

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-2   Filed 06/08/26   Page 25 of 72 PageID #: 143

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | ENTERPRISE RACK-MOUNTABLE SFP/LTE ROUTER. The first rack-mountable LTE Cat 6 router in the Teltonika Networks portfolio comes with redundant power supplies, WAN failover, dual-SIM, SFP, USB, and dedicated console ports. This feature-rich device with highly customizable and powerful RutOS is perfect where a fast and ultra-reliable connection is needed. **INQUIRE NOW** <br><br> **WIRELESS** <br><br> Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rutxr1) <br><br> **RUTX50** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

INDUSTRIAL 5G ROUTER

RUTX50 is a dual-SIM multi-network router offering 5G mobile communication for high-speed and data-heavy applications. Together with 5x Gigabit Ethernet ports and dual-band Wi-Fi, it provides data connection redundancy with auto-failover. Backward compatibility and multiple interfaces allow for long-term expandability and upgrading options.

INQUIRE NOW

WIRELESS

Wireless mode
802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx50)

RUTX14

Case 2:26-cv-00452 Document 1-2 Filed 06/08/26 Page 27 of 72 PageID #: 145

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutx14) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  |

**WIRELESS**

**Wireless mode**    802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx12)

**RUTX10**

**WIRELESS**

**Wireless mode**    802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx10)

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RUTX11**<br><br>**RUTX11**<br>INDUSTRIAL CELLULAR ROUTER<br>This powerful LTE Cat 6 cellular router is designed for professional applications requiring reliable, fast connection and high data throughput. The RUTX11 is equipped with four Gigabit Ethernet ports, AC Wi-Fi, Bluetooth LE, and is EN 45545-2-certified, making it approved for use in passenger trains across Europe.<br><br>INQUIRE NOW<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutx11)<br><br>**RUTM52** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 30 of 72 PageID #: 148

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUTM52**<br>**DUAL 5G ROUTER**<br>The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management.<br><br>INQUIRE NOW<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm52)<br><br>**ALTOS** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 31 of 72 PageID #:  149

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **ALTOS** Wi-Fi 7 ROUTER FOR 5G FIXED WIRELESS ACCESS Teltonika Altos is a 5G Wi-Fi 7 router, engineered to deliver ultra-fast and future-ready mobile broadband for modern homes, small offices, and other Fixed Wireless Access (FWA) deployments. It provides reliable high-speed 5G connectivity where traditional fibre is unavailable or too costly. Running on the feature-rich Teltonika RutOS and fully managed by the Remote Management System (RMS), Altos balances next-generation speed and enterprise-grade security in an intuitive setup.<br><br>**WIRELESS**<br><br>Wireless mode      802.11a/b/g/n/ac/ax/be (Wi-Fi 7), Dual Band, 2x2 MIMO, Access Point (AP)<br>(https://www.teltonika-networks.com/products/routers/altos)<br><br>**OTD144**<br><br>**OTD144** OTD144 Outdoor Wi-Fi Router The OTD144 was designed to bring reliable Wi-Fi to outdoor environments where robust networking is essential. Built for challenging conditions, it combines LTE Cat 4 connectivity with dual SIM auto failover, built-in Wi-Fi, and two Ethernet ports – one supporting PoE-in and the other PoE-out. Its rugged IP55 housing with an integrated mounting bracket ensures simple, secure installation in the field. Powered by RutOS and fully compatible with RMS, the OTD144 also provides secure VPN, firewall, hotspot, and remote management features for complete control anywhere.<br><br>**WIRELESS**<br><br>Wireless mode      802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-2   Filed 06/08/26   Page 32 of 72 PageID #: 150

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | (https://www.teltonika-networks.com/products/routers/otd144)<br><br>**RUT145**<br><br><br><br>(https://www.teltonika-networks.com/products/routers/rut145)<br><br>**RUT276** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 33 of 72 PageID #: 151

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **WIRELESS**<br><br>Wireless mode: IEEE 802.11b/g/n (Wi-Fi 4) Access Point (AP), Client (STA), Mesh (802.11s), Multi-AP<br>(https://www.teltonika-networks.com/products/routers/rut276)<br><br>**RUT281**<br><br><br>**RUT281**<br>**COMPACT GLOBAL LTE CAT 4 ROUTER**<br>The RUT281 is a compact LTE router with a reliable Telit Cat 4 modem, engineered for stable performance and long-term operation across worldwide networks. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for convenient initial profile download. Preserve network continuity with WAN failover, keeping systems online during connection loss in demanding environments. Enable flexible installations with compact 83 × 25 × 74 mm housing, ideal for space-constrained deployments.<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut281)<br><br>**RUT286** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         |  (https://www.teltonika-networks.com/products/routers/rut286) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **WIRELESS**<br><br>Wireless mode: 802.11b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut981)<br><br>**RUT986**<br><br>**RUT986**<br>INDUSTRIAL GLOBAL LTE CAT 4 ROUTER<br>Deploy reliable 4G for industrial and smart infrastructure at scale. The RUT986 is a global LTE router that pairs a trusted Telit Cat 4 modem with the proven hardware platform for dependable long-term availability. Integrate equipment via 4 x Ethernet, RS232, RS485, GNSS, and multiple I/Os, and industrial protocol support, including Modbus, DNP3, and OPC UA. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for initial profile download. The RUT986 is ideal for demanding industrial deployments, offering zero-touch deployment and centralised management via RMS.<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut986)<br><br>**RUTC40** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  **RUTC40** — GLOBAL 4G EDGE ROUTER  Experience robust on-site computing for industrial environments with the RUTC40 edge router. This compact yet powerful and flexible device offers global 4G Cat 4 connectivity powered by a Telit modem, paired with strong processing capabilities and dual-band Wi-Fi 6. With integrated Docker support, you can run containerized applications directly on the router. Featuring 1 GB of RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC40 delivers real-time data logger, seamless cloud integration, and compatibility with Remote Management System (RMS).  **WIRELESS**  Wireless mode — 802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)  (https://www.teltonika-networks.com/products/routers/rutc40)  **RUTC41**   **RUTC41** — 4G EDGE ROUTER  Bring powerful on-site computing to your industrial deployments with the RUTC41 edge router. This high-performance yet compact and versatile device combines 4G Cat 4 connectivity with advanced processing power and dual-band Wi-Fi 6. Built-in Docker support allows you to run containerized applications directly on the router. Equipped with 1 GB RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC41 delivers secure networking, cloud integration, and real-time data logger in one rugged device. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>([https://www.teltonika-networks.com/products/routers/rutc41](https://www.teltonika-networks.com/products/routers/rutc41))<br><br>**RUTC42**<br><br>([https://www.teltonika-networks.com/products/routers/rutc42](https://www.teltonika-networks.com/products/routers/rutc42))<br><br>**RUTM16** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutm16)<br><br>**RUTM20** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 39 of 72 PageID #: 157

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **WIRELESS**<br><br>**Wireless mode** — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutm20)<br><br>**DAP145**<br><br>**DAP145**<br>**Industrial Wireless Access Point with RS485**<br>The DAP145 is an industrial Wi-Fi access point with RS485 communication engineered for utilities, machine builders, and system integrators. It enables connecting wired industrial devices to modern IP networks without extensive cabling. The device functions as an access point or client (STA/Mesh/Fast roaming) and provides direct serial-to-IP bridging via its native RS485 port. Advanced RutOS tools like Data to Server and industrial protocol support facilitate secure data collection to the cloud, all managed remotely via the RMS platform.<br><br>**WIRELESS**<br><br>**Wireless mode** — IEEE 802.11b/g/n, (Wi-Fi 4) Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/access-points/dap145)<br><br>**TAP200** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.teltonika-networks.com/products/access-points/tap200) <br><br>**TAP400** |

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 40 of 72 PageID #: 158

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402 Mbps on 5GHz and 576 Mbps on 2.4GHz (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/access-points/tap400)<br><br>**TCR100**<br><br>**TCR100**<br><br>**4G WI-FI ROUTER FOR HOME USER**<br>This LTE-A Cat 6 router also offers dual-band Wi-Fi and two Ethernet ports to connect devices. Featuring Wi-Fi and Wi-Fi Protected buttons for quick setup, this router is simple to use yet enables high customizability for advanced users with RutOS.<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/tcr100)<br><br>**RUT360** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**

RUT360
LTE CAT6 INDUSTRIAL CELLULAR ROUTER
INQUIRE NOW

**WIRELESS**

**Wireless mode** 802.11 b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)
(https://www.teltonika-networks.com/products/routers/rut360)

RUT240

RUT240
INDUSTRIAL CELLULAR ROUTER
INQUIRE NOW

**WIRELESS**

**Wireless mode** 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)
(https://www.teltonika-networks.com/products/routers/rut240)

RUT950

U.S. Patent No. 7,822,141

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 43 of 72 PageID #:  161

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | <br><br>**Wireless mode** 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut950)<br><br>**RUT955**<br><br><br><br>**Wireless mode** 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut955) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 44 of 72 PageID #: 162

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RF TEST REPORT**<br><br>**Applicant** UAB TELTONIKA<br>**FCC ID** 2AET4RUT955A<br>**Product** LTE Router<br>**Brand** Teltonika<br>**Model** RUT955<br>**Report No.** R1808A0384-R4<br>**Issue Date** October 25, 2018 |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 45 of 72 PageID #: 163

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **General information** |

**EUT Description**

| | |
|---|---|
| Model | RUT955 |
| IMEI | 861107033686909 |
| Hardware Version | 11 |
| Software Version | RUT9xx_R_AA.BB.CCC |
| Power Supply | AC adapter |
| Antenna Type | External Antenna |
| Antenna Connector | RF Connector(meet with the standard FCC Part 15.203 requirement) |
| Antenna Gain | Antenna 1: 5.00 dBi<br>Antenna 2: 5.00 dBi |
| additional beamforming gain | NA |
| Test Mode | 802.11b<br>802.11g, 802.11n(HT20/HT40); |
| Modulation Type | 802.11b: DSSS;<br>802.11g/n(HT20/HT40): OFDM |
| Max. Conducted Power | Wi-Fi 2.4G :14.52dBm |
| Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz<br>802.11n(HT40): 2422 ~ 2452 MHz |

(https://fccid.io/2AET4RUT955A/Test-Report/Test-Report-Part-15C-WIFI-2-4G-4048701.pdf pp. 1 & 6 of 69)

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RF TEST REPORT**<br><br>Applicant    UAB Teltonika<br><br>FCC ID    2AET4RUT955V<br><br>Product    LTE Router<br><br>Brand    Teltonika<br><br>Model    RUT955<br><br>Report No.    RXA1708-0302RF02R1<br><br>Issue Date    December 15, 2017 |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **General information** |

| EUT Description | |
|---|---|
| Model | RUT955 |
| IMEI | 861107031550883 |
| Hardware Version | 11 |
| Software Version | RUT9XX_R_00.03.832 |
| Power Supply | Adapter |
| Antenna Type | Sub or Retractable Antenna |
| Antenna Gain | 5.00 dBi |
| additional beamforming gain | 0 dB |
| Test Mode | 802.11b<br>802.11g, 802.11n(HT20/HT40); |
| Modulation Type | 802.11b: DSSS;<br>802.11g/n(HT20/HT40): OFDM |
| Max. Conducted Power | Wi-Fi 2.4G :12.43dBm |
| Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz<br>802.11n(HT40): 2422 ~ 2452 MHz |

(https://fccid.io/2AET4RUT955V/Test-Report/Test-Report-3693131.pdf pp. 1 & 6 of 65)

**RUT850 LTE Router**

## USER MANUAL
### RUT850 LTE Router

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 48 of 72 PageID #: 166

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **2  Specifications**<br><br>**2.1  Wi-Fi**<br>- IEEE 802.11b/g/n WiFi standards<br>- AP and STA modes<br>- 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>- 2.401-2.495 Ghz WiFi frequency range*<br>- 20dBm max WiFi TX power<br>- SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/3/3f/RUT850_manual_v1_14.pdf pp. 1 & 9 of 107)<br><br>**RUT230 3G Router**<br><br>USER MANUAL<br>RUT230 3G Router<br><br>**2.2  Wi-Fi**<br>- IEEE 802.11b/g/n WiFi standards<br>- AP and STA modes<br>- 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>- 2.401 – 2.495GHz Wi-Fi frequency range*<br>- 20dBm max WiFi TX power<br>- SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/8/89/RUT230_manual_v1_15.pdf pp. 1 & 9 of 149)<br><br>**RUT900 Wireless** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **RUT900 Wireless** (legacy WebUI)<br><br>Page　　　　　　　　　　Read　View source　View history　Tools ∨<br><br>Main Page > EOL Products > RUT900 > RUT900 Manual > RUT900 Legacy WebUI > RUT900 Network section (legacy) > **RUT900 Wireless (legacy WebUI)**<br><br>The information in this page is updated in accordance with firmware version **RUT9XX_R_00.06.09.5**.<br><br>**Note**: this user manual page is for RUT900's old WebUI style available in earlier FW versions. **Click here** for information based on the latest FW version.<br><br>**Summary**<br><br>The **Wireless** page is used to configure and manage WiFi Access Points (AP) and WiFi Stations (STA). RUT900 devices support 2.4 GHz IEEE 802.11 b/g/n and 802.11e_WMM wireless technologies. |

Case 2:26-cv-00452　Document 1-2　Filed 06/08/26　Page 49 of 72 PageID #: 167

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <table><tr><td>**Field**</td><td>**Value**</td><td>**Description**</td></tr><tr><td>**Mode**</td><td>Auto \| 802.11b \| 802.11g \| 802.11g+n; default: **802.11g+n**</td><td>Selects the wireless protocol. Different modes provide different wireless standard support which directly impacts the radio's throughput performance.</td></tr><tr><td>**HT mode**</td><td>20MHz \| 40MHz 2nd channel below \| 40MHz 2nd channel above; default: **20MHz**</td><td>HT (High Throughput) mode specifies WiFi channel bandwidth. 40 MHz bandwidth provides better performance but it overlaps with 4 adjacent channels on each side. Therefore, it might overlap with many other Access Points operating at similar frequencies. If that is the case, the router will switch back to 20 MHz mode automatically to reduce interference. 40 MHz is only available when the WiFi Channel is selected manually in the General Setup section.</td></tr></table> (https://wiki.teltonika-networks.com/view/RUT900_Wireless_(legacy_WebUI)) <br><br> **RUT500 3G Router** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | <br>(https://www.induo.com/wp-content/uploads/2014/03/rut-500-router.pdf pp. 1 & 6 of 55) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT905 3G Router**<br><br><br><br>(https://www.getic.ee/files/catalogue/teltonika/user-manual-teltonika-rut905.pdf pp. 1 & 10 of 162) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT550 LTE Router**  (https://www.induo.com/wp-content/uploads/2014/03/lte-router-rut-550-teltonika.pdf pp. 1 & 7 of 68) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|

**Teltonika Energy EVC2**



**DETAILED SPECIFICATIONS**

**CERTIFICATIONS**

CE, RCM & UKCA compliant
Codes and standards: 2014/35/EU, 2014/53/EU, IEC 61851-1, IEC 61851-21-2, IEC 62955
Environment – 2011/65/EU, REACH, RoHS, EUR1

**CHARGER CONNECTIVITY**

WiFi 2.4 Ghz b/g/n connection
Bluetooth low energy 5.0
NFC card reader ISO 14443A
Ethernet (RJ45)
4G/LTE (CAT 1)

(https://www.teltonika-energy.com/products/evc2)

**TeltoCharge EVC1**

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 55 of 72 PageID #: 173

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | TELTOCHARGE |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 57 of 72 PageID #: 175

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **CHARGER CONNECTIVITY** <br><br> WiFi 2.4 GHz b/g/n connection    Yes <br> Local management via APP    Yes <br> NFC reader    Yes <br> OCPP 1.6    Yes <br> Ethernet (RJ45)    Yes <br> 4G/LTE (CAT1), 3G, 2G (optional)    Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|

| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
|---------------|--------------|-------------------|-------------------|--------|------------------------|
| EVC100 | EVC1000P4011 | Slate grey | 7.4kw | type 2 socket | – |
| | EVC100000000 | N/A | 7.4kw | type 2 socket | – |
| EVC101 | EVC1010P1000 | Slate grey | 7.4kw | type 2 cable (5m) | – |
| | EVC1010W1011 | Wooden | 7.4kw | type 2 cable (5m) | – |
| | EVC101000000 | N/A | 7.4kw | type 2 cable (5m) | – |
| | EVC1010P1111 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | EVC1010P1011 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | EVC1010W1111 | Wooden | 7.4kw | type 2 cable (7.5m) | – |
| | EVC101000400 | N/A | 7.4kw | GBT cable (5m) | – |
| | EVC1010000TH | N/A | 7.4kw | type 2 cable (5m) | 10mm2 terminal |
| EVC111 | EVC1110P1111 | Slate grey | 11kw | type 2 cable (7.5m) | – |
| | EVC1110P1011 | Slate grey | 11kw | type 2 cable (5m) | – |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group | | | | | |
|---------|---------|---------|---------|---------|---------|---------|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC111 | EVC1110W1111 | Wooden | 11kw | type 2 cable (7.5m) | – |
| | | EVC1110P1000 | Slate grey | 11kw | type 2 cable (5m) | – |
| | | EVC1110W1011 | Wooden | 11kw | type 2 cable (5m) | – |
| | | EVC111000000 | N/A | 11kw | type 2 cable (5m) | – |
| | | EVC1100P4000 | Slate grey | 11kw | type 2 socket | – |
| | EVC120 | EVC1201P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4011 | Slate grey | 11kw | type 2 socket | – |
| | | EVC1201P4011 | Slate grey | 22kw | type 2 socket | Quectel EG91-EX modem |
| | | EVC120000000 | N/A | 22kw | type 2 socket | – |
| | | EVC120100000 | N/A | 22kw | type 2 socket | Quectel EG91-EX modem |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-2   Filed 06/08/26   Page 60 of 72 PageID #: 178

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <table><tr><th>PRODUCT GROUP</th><th>PRODUCT CODE</th><th>FRONT PANEL COLOR</th><th>CHARGING CAPACITY</th><th>OUTPUT</th><th>ADDITIONAL INFORMATION</th></tr><tr><td>EVC120</td><td>EVC1201P4000</td><td>Slate grey</td><td>22kW</td><td>type 2 socket</td><td>Quectel EG91-EX modem</td></tr><tr><td rowspan="12">EVC121</td><td>EVC1210P1011</td><td>Slate grey</td><td>22kW</td><td>type 2 cable (5m)</td><td>–</td></tr><tr><td>EVC1210P1111</td><td>Slate grey</td><td>22kW</td><td>type 2 cable (7.5m)</td><td>–</td></tr><tr><td>EVC1210W1111</td><td>Wooden</td><td>22kW</td><td>type 2 cable (7.5m)</td><td>–</td></tr><tr><td>EVC1210P1000</td><td>Slate grey</td><td>22kW</td><td>type 2 cable (5m)</td><td>–</td></tr><tr><td>EVC1210W1011</td><td>Wooden</td><td>22kW</td><td>type 2 cable (5m)</td><td>–</td></tr><tr><td>EVC1211P1000</td><td>Slate grey</td><td>22kW</td><td>type 2 cable (5m)</td><td>Quectel EG91-EX modem</td></tr><tr><td>EVC1211W1011</td><td>Wooden</td><td>22kW</td><td>type 2 cable (5m)</td><td>Quectel EG91-EX modem</td></tr><tr><td>EVC121000000</td><td>N/A</td><td>22kW</td><td>type 2 cable (5m)</td><td>–</td></tr><tr><td>EVC121100000</td><td>N/A</td><td>22kW</td><td>type 2 cable (5m)</td><td>Quectel EG91-EX modem</td></tr><tr><td>EVC1211P1011</td><td>Slate grey</td><td>22kW</td><td>type 2 cable (5m)</td><td>Quectel EG91-EX modem</td></tr><tr><td>EVC1211W1111</td><td>Wooden</td><td>22kW</td><td>type 2 cable (7.5m)</td><td>Quectel EG91-EX modem</td></tr></table> |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 61 of 72 PageID #: 179

| Claim 1 | Teltonika IoT Group |
|---|---|
| | |

| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| EVC121 | EVC1211P1111 | Slate grey | 22kW | type 2 cable (7.5m) | Quectel EG91-EX modem |
| | EVC1210000TH | N/A | 22kW | type 2 cable (5m) | 10mm2 terminal |

(https://wiki.teltonika-energy.com/images/f/f4/TeltoCharge_Datasheet_EVC10-12_25.06.02.pdf    pp. 1-7 of 8)

**TeltoCharge EVC13**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-2   Filed 06/08/26   Page 62 of 72 PageID #: 180

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 63 of 72 PageID #: 181

| Claim 1 | Teltonika IoT Group | | | | | |
|---|---|---|---|---|---|---|



| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | | MODEM |
|---|---|---|---|---|---|---|
| EVC131 | EVC1310P1212 | Slate grey | 7.6kW | | type 1 cable (7.5m) | – |
| | EVC1310W1212 | Wooden | 7.6kW | | type 1 cable (7.5m) | – |
| | EVC131000212 | N/A | 7.6kW | | type 1 cable (7.5m) | – |

(https://wiki.teltonika-energy.com/images/2/2f/TeltoCharge_Datasheet_EVC13-print.pdf pp. 1-4 of 5)

**TeltoCharge EVC16**



# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 65 of 72 PageID #: 183

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **CHARGER CONNECTIVITY** <br><br> WiFi 2.4 GHz b/g n connection — Yes <br> Local management via APP — Yes <br> NFC reader — Yes <br> OCPP 1.6 — Yes <br> Ethernet (RJ45) — Yes <br> 4G/LTE (CAT1), 3G, 2G (optional) — Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group | | | | | |
|---|---|---|---|---|---|---|
| | **PRODUCT GROUP** | **PRODUCT CODE** | **FRONT PANEL COLOR** | **CHARGING CAPACITY** | **OUTPUT** | **ADDITIONAL INFORMATION** |
| | EVC160 | EVC1603P4001 | Slate grey | 7.4kw | type 2 socket | Quectel EG91-EX modem; CT |
| | | EVC1602P4001 | Slate grey | 7.4kw | type 2 socket | CT |
| | | EVC160200001 | - | 7.4kw | type 2 socket | PEN fault protection; CT |
| | | EVC160300001 | - | 7.4kw | type 2 socket | PEN fault protection Quectel EG91-EX modem; CT |
| | EVC161 | EVC1612P1001 | Slate grey | 7.4kw | type 2 cable (5m) | CT |
| | | EVC1613P1001 | Slate grey | 7.4kw | type 2 cable (5m) | Quectel EG91-EX modem; CT |
| | | EVC161200001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; CT |
| | | EVC161300001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; Quectel EG91-EX modem; CT |

(https://wiki.teltonika-energy.com/images/b/b7/TeltoCharge_Datasheet_EVC16_UK_24.09.16.pdf pp. 1-4 of 6)

| generating two or more forward weighted signals by weighting two or more input signals with initial | Teltonika Defendants, using the Accused Products, perform the step of generating two or more forward weighted signals by weighting two or more input signals with initial transmitter weights Vi associated with two or more forward channels. |
|---|---|

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| transmitter weights Vi associated with two or more forward channels; | Teltonika Defendants' RUTC50 is configured to generate two or more forward weight signals (e.g., transmit chains) by weighting two or more input signals (e.g., spatial streams) with initial transmitter weights Vi with two or more forward channels (e.g., a steering matrix Qk associated with the MIMO channels is applied).<br><br>**20.3.12 Beamforming**<br><br>**20.3.12.1 General**<br><br>Beamforming is a technique in which the beamformer utilizes the knowledge of the MIMO channel to generate a steering matrix $Q_k$ that improves reception in the beamformee.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}62)$$<br><br>where<br>$H_k$ is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$ is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>When beamforming is used, the beamformer replaces $\mathbf{x}_k$, which in this case has $N_{STS} \leq N_{TX}$ elements, with $Q_k \mathbf{x}_k$, where $Q_k$ has $N_{TX}$ rows and $N_{STS}$ columns, so that the received vector is as shown in Equation (20-63).<br><br>$$\mathbf{y}_k = H_k Q_k \mathbf{x}_k + \mathbf{n} \qquad (20\text{-}63)$$<br><br>The beamforming steering matrix that is computed (or updated) from a new channel measurement replaces the existing $Q_k$ for the next beamformed data transmission. There are several methods of beamforming, differing in the way the beamformer acquires the knowledge of the channel matrices $H_k$ and on whether the beamformer generates $Q_k$ or the beamformee provides feedback information for the beamformer to generate $Q_k$. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,822,141

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727) |
| transmitting the two or more forward weighted signals via two or more forward antennas; | Teltonika Defendants, using the Accused Products, perform the step of transmitting the two or more forward weighted signals via two or more forward antennas.<br><br>t)  Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse channels, the more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels; | Teltonika Defendants, using the Accused Products, perform the step of receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse antennas corresponding to two or more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels.<br><br>Teltonika Defendants' RUTC50 is configured to receive at the two or more forward antennas, two or more reverse weighted signals (e.g., beamforming feedback matrix) via two or more reverse antennas corresponding to two or more reverse channels, in which the two or more reverse weighted signals formed form two or more reverse signals (e.g., transmit chains on the receiver) with receiver weights Ui (e.g., included in the beamforming feedback matrix for each subcarrier) associated with the two or more reverse channels (e.g., the channel from the receiver to the transmitter). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730)<br><br>**20.3.12.3.5 Noncompressed beamforming feedback matrix**<br><br>In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| determining the receiver weights Ui associated with | Teltonika Defendants, using the Accused Products, perform the step of determining the receiver weights Ui associated with each of the two or more reverse weighted signals. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-2    Filed 06/08/26    Page 70 of 72 PageID #: 188

| Claim 1 | Teltonika IoT Group |
|---|---|
| each of the two or more reverse weighted signals; | Teltonika Defendants' RUTC50 is configured to determine the receiver weights Ui associated with each of the two or more reverse weighted signals (e.g., by decoding the beamforming feedback matrix). <br><br> The received matrix $V^q(k)$ (of a specific subcarrier $k$) shall be decoded as follows: <br><br> a) The real and imaginary parts of each element of the matrix, $V_{m,l}^{q,R}$ and $V_{m,l}^{q,I}$, shall be decoded as a pair of twos complement numbers to create the complex element, where $1 \leq m \leq N_r$ and $1 \leq l \leq N_c$. <br><br> b) The dimensions of the beamforming feedback matrices are $N_r \times N_c$, where $N_r$ and $N_c$ are the number of rows and columns, respectively, in the beamforming feedback matrix computed by the receiving station. Each matrix is encoded using $2 \times N_b \times N_r \times N_c$ bits. $N_b$ may have the value of 2, 4, 6, or 8 bits. <br><br> c) Columns $1 \ldots N_c$ of the beamforming feedback matrix correspond to spatial streams $1 \ldots N_c$, respectively. The mapping of spatial stream to modulation is defined in the MCS tables in 20.6. A transmitter shall not reorder the columns of the beamforming feedback matrices. <br><br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels; and | Teltonika Defendants, using the Accused Products, perform the step of choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels. <br><br> Teltonika Defendants' RUTC50 is configured to choose the updated transmitter weights (e.g., for updating the steering matrix Qk) for the two or more forward channels based at least in part on the determined receiver weights Ui (e.g., from the beamforming feedback matrix) to provide a target level of gain (e.g., to achieve corrected amplitude and/or phase per tone) for the two or more forward channels. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **20.3.12.3 Explicit feedback beamforming** <br><br> **20.3.12.3.1 General** <br><br> In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission. <br><br> NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission. <br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730) <br><br> **20.3.12.3.5 Noncompressed beamforming feedback matrix** <br><br> In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$. <br> (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| iteratively repeating the transmitting, receiving, determining, or | Teltonika Defendants, using the Accused Products, perform the step of iteratively repeating the transmitting, receiving, determining, or combinations thereof, for subsequent transmissions using the |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| combinations thereof, for subsequent transmissions using the two or more forward channels until the updated transmitter weights Vi′, the receiver weights Ui, or combinations thereof, are at target values. | two or more forward channels until the updated transmitter weights Vi′, the receiver weights Ui, or combinations thereof, are at target values.<br><br>Teltonika Defendants' RUTC50 is configured to iteratively repeat the process for computing its steering matrix Qk and updating the steering matrix for subsequent transmissions using the two or more forward channels until the transmitter weight and/or receiver weights are at target values.<br><br>**20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{\text{steer},k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{\text{steer},k}$ is found, $Q_{\text{steer},k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{\text{steer},k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**