# **EXHIBIT C**

Case 2:26-cv-00452   Document 1-3   Filed 06/08/26   Page 2 of 28 PageID #: 192

| Claim 5 | Teltonika IoT Group |
|---|---|
| 5. A wireless subscriber communication unit for use in acknowledging an allocation of resource in a wireless communication system employing transfer communication protocol (TCP) based data transfer between a network and the wireless subscriber communication unit, the wireless subscriber communication unit comprising: | Teltonika IoT Group and Teltonika Networks, UAB ("Teltonika" or "Defendants"), make, use (including via testing), sell, offer for sale, and/or import, Teltonika 5G compatible devices, including but not limited to, **RUTM52, TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50, ALTOS, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 5.<br><br>For example, Teltonika's RUTM52 includes functionality consistent with 5G technology. The RUTM52 performs operations corresponding to 5G Technology.<br><br>Teltonika's RUTM52 is a 5G compatible device that provides a wireless subscriber communication unit for use in acknowledging an allocation of resource in a wireless communication system employing transfer communication protocol (TCP) based data transfer between a network and the wireless subscriber communication unit.<br><br><br><br>**RUTM52** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  |

**RUTM52**
DUAL 5G ROUTER

The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management.

INQUIRE NOW

**MOBILE**

| Mobile module | 2 × 5G Sub-6 GHz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO) 900/600Mbps UL (2×2 MIMO); 4G (LTE): DL Cat 20 2.0Gbps (4×4 MIMO)/UL Cat 20 200Mbps; 3G: 42 Mbps DL, 5.76Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm52)

Additional products offered by Teltonika Networks that implement 5G Technology and performs the claim, includes **TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50 and ALTOS.** These products implement wireless communication capabilities in accordance with the 5G 3GPP wireless communication standard, as required by the claim. Supporting evidence

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|
| | demonstrating the implementation of the 5G 3GPP wireless communication standard in these devices is set forth below.<br><br>**TRB501**<br><br><br><br>([https://www.teltonika-networks.com/products/gateways/trb501](https://www.teltonika-networks.com/products/gateways/trb501))<br><br>**CALYX** |

Case 2:26-cv-00452 Document 1-3 Filed 06/08/26 Page 4 of 28 PageID #: 194

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



**Embedded Cellular Raspberry Pi HAT+**

CALYX embedded Raspberry Pi HAT+ is purpose-built to provide seamless mobile internet to your embedded systems. Available in three variants — 4G Cat 4, 5G Redcap, and full-fledged 5G — CALYX provides cellular connection to your Raspberry Pi 4 or 5 wherever Wi-Fi or Ethernet are unavailable or unreliable.

CALYX mounts directly on top of your SBC computer, saving space and ensuring clean integration. Equipped with features like GPIO modem control and PCM audio support, CALYX offers compact and feature-rich cellular expansion for integrators and developers.

**INQUIRE NOW**

**Calyx 5G / EBD050**

| Mobile module | 5G Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2); 4G LTE Cat 19 up to 1.6 Gbps DL/ 200 Mbps UL; 3G up to 42 DL/ 5.76 UL Mbps |
|---|---|
| 3GPP Release | Release 16 |

**Calyx 5G Red Cap / EBD070**

| Mobile module | 5G Sub-6Ghz SA 223 Mbps DL/123 Mbps UL; 4G LTE (Cat 4) up to 195 Mbps DL/105 Mbps UL |
|---|---|
| 3GPP Release | Release 17 |

(https://www.teltonika-networks.com/products/embedded-systems/calyx)

**TRM500**

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---|---|
|  |  (https://teltonika-networks.com/products/modems/trm500)<br><br>**OTD500** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  |

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



(https://teltonika-networks.com/products/routers/rutm59)

RUTM20

Case 2:26-cv-00452    Document 1-3    Filed 06/08/26    Page 8 of 28 PageID #: 198

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|
| |  |

**RUTM20**

COMPACT 5G ROUTER

Deploy 5G where size and cost matter. The RUTM20 is an ultra-compact global 5G router engineered for IoT and IIoT solutions. Leverage worldwide connectivity with a global Telit 5G modem. Streamline deployments with PoE, enabling single-cable power delivery. With integrated eSIM, you can manage carrier switching at scale, eliminating costly site visits. RUTM20 is perfect for space-constrained solutions like POS, surveillance, and transport.

**INQUIRE NOW**

**MOBILE**

Mobile module
5G Sub-6Ghz SA/NSA 2.5/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2);
4G (LTE) – LTE Cat 19 1.6Gbps DL, LTE Cat 18 211Mbps UL;
3G – 42 Mbps DL, 5.7Mbps UL

3GPP Release      Release 16

eSIM      Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans

(https://www.teltonika-networks.com/products/routers/rutm20)

**RUTM30**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



**RUTM30**

COMPACT 5G ROUTER

The RUTM30 is a compact, dual-SIM, multi-network router with eSIM™ that delivers **5G** mobile connectivity for data-intensive applications. Equipped with two Gigabit Ethernet ports and dual-band Wi-Fi, it offers data connection redundancy with auto-failover. Its backward compatibility with LTE Cat 19 and multiple interfaces ensure long-term network expandability and simple upgrades. The RUTM30 is ideal for various IoT and M2M solutions that demand high-speed connectivity, easy setup, and remote access.

**INQUIRE NOW**

GET QUOTATION

**MOBILE**

| Mobile module | **5G** Sub-6Ghz SA/NSA: 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G LTE: Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G: 42 Mbps DL, 5.76Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm30)

**RUTM31**

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---|---|
|  |  |

(https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp. 1 & 3 of 18)

**RUTM50**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  |

RUTM50 is an FCC-certified Teltonika Networks cellular 5G router for North America, with ultra-high cellular speeds of up to 3.4 Gbps. This dual SIM router has auto-failover and backup WAN and supports both SA and NSA 5G architectures. It is also backward compatible with 4G (LTE Cat 19/18), making it perfect for future-proofing your industrial networking solutions.

**MOBILE**

| Mobile module | 5G Sub-6 GHz SA, NSA 2.4, 3.4Gbps DL (4×4 MIMO) 900, 550Mbps UL (2×2 MIMO); 4G LTE: DL Cat 19 1.6Gbps (4×4 MIMO), UL Cat 18 200Mbps |
|---|---|
| 3GPP Release | Release 16 |
| SIM switch | 2 SIM cards, auto-switch cases: weak signal, data limit, SMS limit, roaming, no network, network denied, data connection fail, SIM idle protection |

(https://teltonika-networks.com/products/routers/rutm50)

**RUTM51**

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>([https://teltonika-networks.com/products/routers/rutm51](https://teltonika-networks.com/products/routers/rutm51))<br><br>**RUTM54** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  (https://teltonika-networks.com/products/routers/rutm54)<br><br>**RUTM55** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



**RUTM55**

5G Industrial Router

Bring 5G to your industrial networks with RUTM55. This advanced router delivers ultra-high 5G speeds (up to 3.4 Gbps) coupled with versatile 4 x Gigabit Ethernet and Wi-Fi 5 connectivity options. Ensure maximum uptime with dual SIM/eSIM auto-failover. Connect legacy RS232/RS485 devices directly, protecting investments and modernizing infrastructure. Tailored for industrial demands via 3-PIN power input, RUTM55 provides robust, future-proof reliability.

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub-6 GHz SA, NSA 2.4, 3.4Gbps DL (4×4 MIMO) 900, 550Mbps UL (2×2 MIMO); 4G LTE: DL Cat 19 1.6Gbps (4×4 MIMO), UL Cat 18 200Mbps |
|---------------|---------------------------------------------------------|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm55)

**RUTM56**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



**RUTM56**

**DUAL MODEM ROUTER**

The RUTM56 is a future-proof dual modem router designed to bridge the gap between legacy and next-generation networks. Featuring integrated 5G and 4G Cat 4 modems, it ensures continuous operation by providing seamless fallback to 3G and 2G networks. The RUTM56 ensures high-speed, uninterrupted connectivity with dual SIM and eSIM support. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports optimise performance, while RutOS with industrial protocols and versatile VPNs simplify complex IoT setups. This single out-of-the-box product enables rapid connectivity deployment, eliminating lenghty configurations and risks associated with similar multi-device solutions.

**INQUIRE NOW**

**MOBILE**

| | |
|---|---|
| Mobile module | **Modem 1** 5G Sub-6 GHz SA/NSA 2.4/3.4Gb DL (4×4 MIMO) 900/550Mbps UL (2×2 MIM 4G (LTE): DL Cat 19 1.6Gbps (4×4 MIMO)/UL Cat 18 200Mbps; 3G DL 42Mbps UL 5.76Mbps **Modem 2:** 4G (LTE) Cat 4 DL 150Mbps UL 50Mbps; 3G DL 21Mbps UL 5.76Mbps; 2G DL 236.8kbps UL 236.8kbps |
| 3GPP Release | **Modem 1:** Release 16 <br> **Modem 2:** Release 9 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm56)

**RUTC50**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  |

| Claim 5 | Teltonika IoT Group |
|---|---|
|  | **RUTX50** INDUSTRIAL 5G ROUTER — RUTX50 is a dual-SIM multi-network router offering **5G** mobile communication for high-speed and data-heavy applications. Together with 5x Gigabit Ethernet ports and dual-band Wi-Fi, it provides data connection redundancy with auto-failover. Backward compatibility and multiple interfaces allow for long-term expandability and upgrading options. |

**MOBILE**

| | |
|---|---|
| Mobile module | **5G** Sub-6Ghz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO), 900/600 Mbps UL (2×2); 4G LTE Cat 20 up to 2.0 Gbps DL/ 200M Mbps UL; 3G up to 42 DL/ 5.76 UL Mbps |
| 3GPP Release | Release 15/16 depending on the hardware version |
| eSIM* | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutx50)

**RUT271**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



RUT271

REDCAP 5G ROUTER

The RUT271 is a Redcap 5G router, bridging the gap between 4G and full-capacity 5G. Supporting SA architecture, this 5G router can wirelessly support up to 50 end devices and features the low latency of 5G—at affordable pricing. The RUT271 supports Wi-Fi and is backward compatible with 4G LTE Cat 4. This industrial-grade RedCap 5G router is also equipped with WAN failover, two 10/100 RJ45 ports, a compact and durable design, and numerous other brilliant features for expert professional deployment.

**INQUIRE NOW**

**MOBILE**

Mobile module     5G Sub-6Ghz SA 223 Mbps DL , 123 Mbps UL;
4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL

3GPP Release     Release 17 RedCap

(https://teltonika-networks.com/products/routers/rut271)

**RUT276**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|



**RUT276**

COMPACT REDCAP 5G ROUTER

Bring the core 5G benefits into your IoT projects with the RUT276 Redcap router. Enjoy higher throughput and lower latency than traditional 4G networks can offer, without the cost of a full 5G module. Serial RS232/RS485 interfaces enable seamless integration with industrial equipment, whereas dual SIM and native protocol support ensure always-on connection. Its industrial design and native protocol support makes it perfect for IIoT and M2M applications where continuous uptime is critical.

**INQUIRE NOW**

## MOBILE

| | |
|---|---|
| Mobile module | 5G Sub-6Ghz SA 223 Mbps DL, 123 Mbps UL; 4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL |
| 3GPP Release | Release 17 |
| Status | IMSI, ICCID, operator, operator state, data connection state, network type, bandwidth, connected band, signal strength (RSSI), SINR, RSRP, RSRQ, EC/IO, RSCP, mobile signal graphs, data sent/received, LAC, TAC, cell ID, ARFCN, UARFCN, EARFCN, MCC, and MNC |

(https://www.teltonika-networks.com/products/routers/rut276)

**RUT976**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---------|---------------------|



**RUT976**

REDCAP 5G ROUTER

The RUT976 is an industrial Redcap 5G router supporting SA architecture, carving a balanced niche between traditional 4G and full-capacity 5G. This 5G router can wirelessly support up to 100 end devices and features the low latency of 5G—at affordable pricing. In case of limited 5G coverage, the RUT976 is backward compatible with 4G LTE Cat 4. It also boasts dual SIM slots with auto-failover, Wi-Fi, GNSS, a wide range of interfaces, including four 10/100 RJ45 slots, RS232, RS485, and multiple I/Os, and numerous other brilliant features for expert professional deployment

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub-6Ghz SA 223 Mbps DL , 123 Mbps UL; 4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL |
|---|---|
| 3GPP Release | Release 17 RedCap |
| eSIM* | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rut976)

**TRB500**

U.S. Patent No. 8,031,654

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  |

**TRB500**

INDUSTRIAL 5G GATEWAY

TRB500 is a compact, energy-efficient 5G gateway for ultra-fast data transmission with ultra-low latency. Backward compatibility with 4G and 3G networks enables future-proofing solution infrastructures even in areas where 5G is not yet available.

**INQUIRE NOW**

**MOBILE**

Mobile module — 5G Sub-6Ghz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO), 900/600 Mbps UL (2×2); 4G LTE Cat 20 up to 2.0 Gbps DL/ 200M Mbps UL; 3G up to 42 DL/ 5.76 UL Mbps

3GPP Release — Release 15

(https://teltonika-networks.com/products/gateways/trb500)

ATRM50

U.S. Patent No. 8,031,654

| Claim 5 | Teltonika IoT Group |
|---|---|
| |  (https://teltonika-networks.com/products/routers/atrm50)<br><br>**ALTOS** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-3    Filed 06/08/26    Page 24 of 28 PageID #: 214

| Claim 5 | Teltonika IoT Group |
|---|---|
|  | <br><br>**Mobile module:** 5G NR up to 4.0 Gbps DL / 900 Mbps UL; 4G LTE (CAT 19) up to 1.6 Gbps DL / 200 Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL<br><br>**3GPP Release:** Release 17<br><br>**Status:** IMSI, ICCID, operator, operator state, data connection state, network type, CA indicator, bandwidth, connected band, signal strength (RSSI), SINR, RSRP, RSRQ, EC/IO, RSCP, data sent/received, LAC, TAC, cell ID, ARFCN, UARFCN, EARFCN, MCC, and MNC<br><br>(https://www.teltonika-networks.com/products/routers/altos) |
| a receiver arranged to receive an allocation message and a TCP data segment; | Defendants, using the Accused Products, comprise a receiver arranged to receive an allocation message and a TCP data segment.<br><br>Teltonika's RUTM52 comprises a receiver arranged to receive an allocation message (e.g., value of a PDSCH-to-HARQ_feedback timing indicator field) and a TCP data segment (e.g., in a PDSCH reception). |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| | **9.1.2     Type-1 HARQ-ACK codebook determination**<br><br>This clause applies if the UE is configured with *pdsch-HARQ-ACK-Codebook = semi-static*.<br><br>A UE reports HARQ-ACK information for a corresponding PDSCH reception or SPS PDSCH release only in a HARQ-ACK codebook that the UE transmits in a slot indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1. The UE reports NACK value(s) for HARQ-ACK information bit(s) in a HARQ-ACK codebook that the UE transmits in a slot not indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54)<br><br>Throughout this article, we provide a systematic study of end-to-end performance of TCP congestion protocols in mm-wave 5G mobile networks. TCP is the de facto transport protocol used by the majority of the applications such as HTTP, Skype, file transfer and email [10]. Our contribution<br><br>(P. J. Mateo, C. Fiandrino and J. Widmer, "Analysis of TCP Performance in 5G mm-Wave Mobile Networks," ICC 2019 - 2019 IEEE International Conference on Communications (ICC), Shanghai, China, 2019, pp. 1-7).<br><br>Teltonika's RUTM52 is configured with PhysicalCellGroupConfig parameters for cell-group L1 parameters (e.g., PHY layer parameters). One parameter is pdsch-HARQ-ACK-Codebook, which is configured as semiStatic or dynamic. |
| processing logic, operably coupled to the receiver and arranged to process the allocation message to | Defendants, using the Accused Products, comprise processing logic, operably coupled to the receiver and arranged to process the allocation message to identify an allocation of DL resources to receive the TCP data segment plus sufficient uplink (UL) resources to transfer a stand-alone acknowledgement (ACK) data segment, where the allocation of UL resources to support transmission of the stand-alone ACK data segment |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 5 | Teltonika IoT Group |
|---|---|
| identify an allocation of DL resources to receive the TCP data segment plus sufficient uplink (UL) resources to transfer a stand-alone acknowledgement (ACK) data segment, where the allocation of UL resources to support transmission of the stand-alone ACK data segment is based on a count performed in the network of a predetermined number of data segments transmitted to the wireless subscriber communication unit; and | is based on a count performed in the network of a predetermined number of data segments transmitted to the wireless subscriber communication unit.<br><br>Teltonika's RUTM52 comprises processing logic, operably coupled to the receiver and arranged to process the allocation message to identify an allocation of DL resources to receive the TCP data segment (e.g., DL BWP) plus sufficient uplink (UL) resources (e.g., occasions for which the UE can transmit corresponding HARQ-ACK information in a PUCCH in a slot) to transfer a stand-alone acknowledgement (ACK) data segment (e.g., HARQ-ACK).<br><br>9.1.2.1      Type-1 HARQ-ACK codebook in physical uplink control channel<br><br>For a serving cell $c$, an active DL BWP, and an active UL BWP, as described in Clause 12, the UE determines a set of $M_{A,c}$ occasions for candidate PDSCH receptions for which the UE can transmit corresponding HARQ-ACK information in a PUCCH in slot $n_U$. If serving cell $c$ is deactivated, the UE uses as the active DL BWP for determining the set of $M_{A,c}$ occasions for candidate PDSCH receptions a DL BWP provided by *firstActiveDownlinkBWP-Id*. The determination is based:<br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 56)<br><br>For a HARQ-ACK information bit, a UE generates a positive acknowledgement (ACK) if the UE detects a DCI format that provides a SPS PDSCH release or correctly decodes a transport block, and generates a negative acknowledgement (NACK) if the UE does not correctly decode the transport block. A HARQ-ACK information bit value of 0 represents a NACK while a HARQ-ACK information bit value of 1 represents an ACK.<br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54)<br><br>The allocation of UL resources to support transmission of the stand-alone ACK data segment is based on a count (e.g., maxCodeBlockGroupsPerTransportBlock) performed in the network of a predetermined number of data segments (e.g., code block groups) transmitted to the wireless subscriber unit. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 5 | Teltonika IoT Group |
|---|---|
| | **9.1.1 CBG-based HARQ-ACK codebook determination**<br><br>If a UE is provided *PDSCH-CodeBlockGroupTransmission* for a serving cell, the UE receives a PDSCH scheduled by DCI format 1_1, that includes code block groups (CBGs) of a transport block. The UE is also provided *maxCodeBlockGroupsPerTransportBlock* indicating a maximum number $N_{HARQ\text{-}ACK}^{CBG/TB,max}$ of CBGs for generating respective HARQ-ACK information bits for a transport block reception for the serving cell.<br><br>For a number of $C$ code blocks (CBs) in a transport block, the UE determines a number of CBGs $M$ according to Clause 5.1.7.1 of [6, TS 38.214] and determines a number of HARQ-ACK bits for the transport block as $N_{HARQ\text{-}ACK}^{CBG/TB} = M$.<br><br>The UE generates an ACK for the HARQ-ACK information bit of a CBG if the UE correctly received all code blocks of the CBG and generates a NACK for the HARQ-ACK information bit of a CBG if the UE incorrectly received at least one code block of the CBG. If the UE receives two transport blocks, the UE concatenates the HARQ-ACK information bits for CBGs of the second transport block after the HARQ-ACK information bits for CBGs of the first transport block.<br><br>The HARQ-ACK codebook includes the $N_{HARQ\text{-}ACK}^{CBG/TB,max}$ HARQ-ACK information bits and, if $N_{HARQ\text{-}ACK}^{CBG/TB} < N_{HARQ\text{-}ACK}^{CBG/TB,max}$ for a transport block, the UE generates a NACK value for the last $N_{HARQ\text{-}ACK}^{CBG/TB,max} - N_{HARQ\text{-}ACK}^{CBG/TB}$ HARQ-ACK information bits for the transport block in the HARQ-ACK codebook.<br><br>If the UE generates a HARQ-ACK codebook in response to a retransmission of a transport block, corresponding to a same HARQ process as a previous transmission of the transport block, the UE generates an ACK for each CBG that the UE correctly decoded in a previous transmission of the transport block.<br><br>If a UE correctly detects each of the $N_{HARQ\text{-}ACK}^{CBG/TB}$ CBGs and does not correctly detect the transport block for the $N_{HARQ\text{-}ACK}^{CBG/TB}$ CBGs, the UE generates a NACK value for each of the $N_{HARQ\text{-}ACK}^{CBG/TB}$ CBGs.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54) |
| a transmitter arranged to transmit the stand-alone ACK data | Defendants, using the Accused Products, comprise a transmitter arranged to transmit the stand-alone ACK data segment in response to the message. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 5 | Teltonika IoT Group |
|---|---|
| segment in response to the message. | Teltonika's RUTM52 comprises a transmitter arranged to transmit the stand-alone ACK data segment (e.g., HARQ-ACK) in response to the message.<br><br>**9.1.1 CBG-based HARQ-ACK codebook determination**<br><br>If a UE is provided *PDSCH-CodeBlockGroupTransmission* for a serving cell, the UE receives a PDSCH scheduled by DCI format 1_1, that includes code block groups (CBGs) of a transport block. The UE is also provided *maxCodeBlockGroupsPerTransportBlock* indicating a maximum number $N_{HARQ-ACK}^{CBG/TB,max}$ of CBGs for generating respective HARQ-ACK information bits for a transport block reception for the serving cell.<br><br>For a number of $C$ code blocks (CBs) in a transport block, the UE determines a number of CBGs $M$ according to Clause 5.1.7.1 of [6, TS 38.214] and determines a number of HARQ-ACK bits for the transport block as $N_{HARQ-ACK}^{CBG/TB} = M$.<br><br>The UE generates an ACK for the HARQ-ACK information bit of a CBG if the UE correctly received all code blocks of the CBG and generates a NACK for the HARQ-ACK information bit of a CBG if the UE incorrectly received at least one code block of the CBG. If the UE receives two transport blocks, the UE concatenates the HARQ-ACK information bits for CBGs of the second transport block after the HARQ-ACK information bits for CBGs of the first transport block.<br><br>The HARQ-ACK codebook includes the $N_{HARQ-ACK}^{CBG/TB,max}$ HARQ-ACK information bits and, if $N_{HARQ-ACK}^{CBG/TB} < N_{HARQ-ACK}^{CBG/TB,max}$ for a transport block, the UE generates a NACK value for the last $N_{HARQ-ACK}^{CBG/TB,max} - N_{HARQ-ACK}^{CBG/TB}$ HARQ-ACK information bits for the transport block in the HARQ-ACK codebook.<br><br>If the UE generates a HARQ-ACK codebook in response to a retransmission of a transport block, corresponding to a same HARQ process as a previous transmission of the transport block, the UE generates an ACK for each CBG that the UE correctly decoded in a previous transmission of the transport block.<br><br>If a UE correctly detects each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs and does not correctly detect the transport block for the $N_{HARQ-ACK}^{CBG/TB}$ CBGs, the UE generates a NACK value for each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs.<br><br>(3[rd] Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**