# **EXHIBIT D**

| Claim 26 | Teltonika IoT Group |
|---|---|
| 26. A station, comprising: | Teltonika IoT Group and Teltonika Networks, UAB ("Teltonika" or "Defendants"), make, use (including via testing), sell, offer for sale, and/or import, Teltonika 5G compatible devices, including but not limited to, **RUTM52, TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50, ALTOS, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 26.<br><br>For example, Teltonika's RUTM52 includes functionality consistent with 5G technology. The RUTM52 performs operations corresponding to 5G Technology.<br><br>Teltonika's RUTM52 is a 5G compatible device that provides a station.<br><br>**TELTONIKA**<br><br>**RUTM52**<br><br> |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-4    Filed 06/08/26    Page 3 of 32 PageID #: 221

| Claim 26 | Teltonika IoT Group |
|---|---|
| | **MOBILE**<br><br>**Mobile module** — 2 × 5G Sub-6 GHz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO) 900/600Mbps UL (2×2 MIMO); 4G (LTE): DL Cat 20 2.0Gbps (4×4 MIMO)/UL Cat 20 200Mbps; 3G: 42 Mbps DL, 5.76Mbps UL<br><br>**3GPP Release** — Release 16<br><br>**eSIM** — Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans<br><br>(https://teltonika-networks.com/products/routers/rutm52)<br><br>Additional products offered by Teltonika Networks that implement 5G Technology and performs the claim, includes **TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM51, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50 and ALTOS**. These products implement wireless communication capabilities in accordance with the 5G 3GPP wireless communication standard, as required by the claim. Supporting evidence demonstrating the implementation of the 5G 3GPP wireless communication standard in these devices is set forth below. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| | **TRB501**  **MOBILE** **Mobile module** 5G Sub-6Ghz SA/NSA: 2.4/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2); 4G LTE: Cat 19 1,6Gbps DL, Cat 18 200Mbps UL; 3G: 42 Mbps DL, 5.76Mbps UL **3GPP Release** Release 16 **eSIM\*** Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans (https://www.teltonika-networks.com/products/gateways/trb501) **CALYX** |

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**Calyx 5G / EBD050**

**Mobile module**  **5G** Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2); 4G LTE Cat 19 up to 1.6 Gbps DL/ 200 Mbps UL; 3G up to 42 DL/ 5.76 UL Mbps

**3GPP Release**  Release 16

**Calyx 5G Red Cap / EBD070**

**Mobile module**  **5G** Sub-6Ghz SA 223 Mbps DL/123 Mbps UL; 4G LTE (Cat 4) up to 195 Mbps DL/105 Mbps UL

**3GPP Release**  Release 17

(https://www.teltonika-networks.com/products/embedded-systems/calyx)

**TRM500**

| Claim 26 | Teltonika IoT Group |
|----------|---------------------|
|          | **TRM500**<br>**5G MODEM WITH USB TYPE-C**<br><br>The TRM500 is a compact and lightweight 5G modem with ultra-high cellular speeds of up to 3.4 Gbps. This industrial-grade 5G modem features backward compatibility with 4G (Cat 19) and 3G networks, four SMA antennas for enhanced coverage, DIN rail mounting options, and a USB Type-C interface for simultaneous network data and powering.<br><br>INQUIRE NOW<br><br>**MOBILE**<br><br>Mobile module: 5G Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL<br><br>3GPP Release: Release 16<br><br>(https://teltonika-networks.com/products/modems/trm500)<br><br>**OTD500** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |

**OTD500**
OUTDOOR 5G ROUTER

The OTD500 is a durable 5G outdoor router built for reliable connectivity in demanding environments. Its IP55-rated housing withstands harsh conditions, and the integrated mounting bracket enables quick, hassle-free installation. Dual SIM and eSIM with automatic switching provide exceptional network flexibility and redundancy. Gigabit Ethernet ports with PoE-in and PoE-out simplify setup by combining power and data in a single cable. Fully RMS-compatible, the OTD500 offers effortless remote management, making it perfect for outdoor connectivity solutions.

INQUIRE NOW

GET QUOTATION

**MOBILE**

Mobile module — 5G Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL

3GPP Release — Release 16

eSIM — Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans

(https://teltonika-networks.com/products/routers/otd500)

**RUTM59** |

| Claim 26 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://teltonika-networks.com/products/routers/rutm59)<br><br>**RUTM20** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

The content shown includes:

**RUTM20**

COMPACT 5G ROUTER

Deploy **5G** where size and cost matter. The RUTM20 is an ultra-compact global 5G router engineered for IoT and IIoT solutions. Leverage worldwide connectivity with a global Telit 5G modem. Streamline deployments with PoE, enabling single-cable power delivery. With integrated eSIM, you can manage carrier switching at scale, eliminating costly site visits. RUTM20 is perfect for space-constrained solutions like POS, surveillance, and transport.

**INQUIRE NOW**

**MOBILE**

| Mobile module | **5G** Sub-6Ghz SA/NSA 2.5/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, LTE Cat 18 211Mbps UL; 3G – 42 Mbps DL, 5.7Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://www.teltonika-networks.com/products/routers/rutm20)

**RUTM30**

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**

## RUTM30
COMPACT 5G ROUTER

The RUTM30 is a compact, dual-SIM, multi-network router with eSIM™ that delivers 5G mobile connectivity for data-intensive applications. Equipped with two Gigabit Ethernet ports and dual-band Wi-Fi, it offers data connection redundancy with auto-failover. Its backward compatibility with LTE Cat 19 and multiple interfaces ensure long-term network expandability and simple upgrades. The RUTM30 is ideal for various IoT and M2M solutions that demand high-speed connectivity, easy setup, and remote access.

**INQUIRE NOW**

**GET QUOTATION**

### MOBILE

| | |
|---|---|
| Mobile module | 5G Sub-6Ghz SA/NSA: 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G LTE: Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G: 42 Mbps DL, 5.76Mbps UL |
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm30)

**RUTM31**

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|---|---|



**FEATURES**

**Mobile**

**Mobile module**  5G Sub-6Ghz SA/NSA: 2/2.6 Gbps DL (4x4 MIMO), 1000/650 Mbps UL (2x2 MIMO);
4G LTE Cat 12 600 Mbps DL (2x2 MIMO), Cat 13 150 Mbps UL; 3G 42.2 Mbps DL, 11
Mbps UL;

**3GPP Release**  Release 15

(https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp. 1 & 3 of 18)

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

RUTM50

RUTM50 is an FCC-certified Teltonika Networks cellular 5G router for North America, with ultra-high cellular speeds of up to 3.4 Gbps. This dual SIM router has auto-failover and backup WAN and supports both SA and NSA 5G architectures. It is also backward compatible with 4G (LTE Cat 19/18), making it perfect for future-proofing your industrial networking solutions.

INQUIRE NOW

**MOBILE**

| Mobile module | 5G Sub-6 GHz SA, NSA 2.4, 3.4Gbps DL (4×4 MIMO) 900, 550Mbps UL (2×2 MIMO); 4G LTE: DL Cat 19 1.6Gbps (4×4 MIMO), UL Cat 18 200Mbps |
|---|---|
| 3GPP Release | Release 16 |
| SIM switch | 2 SIM cards, auto-switch cases: weak signal, data limit, SMS limit, roaming, no network, network denied, data connection fail, SIM idle protection |

(https://teltonika-networks.com/products/routers/rutm50)

RUTM51

Case 2:26-cv-00452   Document 1-4   Filed 06/08/26   Page 13 of 32 PageID #: 231

| Claim 26 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://teltonika-networks.com/products/routers/rutm51)<br><br>**RUTM54** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**RUTM55**

5G Industrial Router

Bring 5G to your industrial networks with RUTM55. This advanced router delivers ultra–high 5G speeds (up to 3.4 Gbps) coupled with versatile 4 x Gigabit Ethernet and Wi-Fi 5 connectivity options. Ensure maximum uptime with dual SIM/eSIM auto-failover. Connect legacy RS232/RS485 devices directly, protecting investments and modernizing infrastructure. Tailored for industrial demands via 3-PIN power input, RUTM55 provides robust, future-proof reliability.

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub–6 GHz SA, NSA 2.4, 3.4Gbps DL (4×4 MIMO) 900, 550Mbps UL (2×2 MIMO); 4G LTE: DL Cat 19 1.6Gbps (4×4 MIMO), UL Cat 18 200Mbps |
|---|---|
| **3GPP Release** | Release 16 |
| **eSIM** | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm55)

**RUTM56**

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**RUTM56**

**DUAL MODEM ROUTER**

The RUTM56 is a future-proof dual modem router designed to bridge the gap between legacy and next-generation networks. Featuring integrated 5G and 4G Cat 4 modems, it ensures continuous operation by providing seamless fallback to 3G and 2G networks. The RUTM56 ensures high-speed, uninterrupted connectivity with dual SIM and eSIM support. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports optimise performance, while RutOS with industrial protocols and versatile VPNs simplify complex IoT setups. This single out-of-the-box product enables rapid connectivity deployment, eliminating lenghty configurations and risks associated with similar multi-device solutions.

**INQUIRE NOW**

**MOBILE**

GET QUOTATION

| Mobile module | **Modem 1**: 5G Sub-6 GHz SA/NSA 2.4/3.4Gb DL (4×4 MIMO) 900/550Mbps UL (2×2 MIM 4G (LTE): DL Cat 19 1.6Gbps (4×4 MIMO)/UL Cat 18 200Mbps; 3G DL 42Mbps UL 5.76Mbps **Modem 2**: 4G (LTE) Cat 4 DL 150Mbps UL 50Mbps; 3G DL 21Mbps UL 5.76Mbps; 2G DL 236.8kbps UL 236.8kbps |
|---|---|
| **3GPP Release** | **Modem 1**: Release 16 **Modem 2**: Release 9 |
| **eSIM** | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm56)

**RUTC50**

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**

**RUTC50**

**5G POWERHOUSE WITH WI-FI 6**

Unleash the full potential of your edge applications with the RUTC50 5G router. This compact powerhouse combines ultra-fast 5G (up to 3.4 Gbps), dual-band Wi-Fi 6, and enhanced processing power with 1GB RAM and 8GB flash memory. Featuring dual SIM and eSIM for global, touch-free deployments, the RUTC50 delivers lightning-fast, low-latency communication for mission-critical operations. Rugged, powerful, and future-ready.

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub-6 Ghz SA/NSA 2.4/3.4 Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G (LTE) – LTE Cat 19 1.6 Gbps DL, Cat 18 200 Mbps UL; 3G – 42 Mbps DL, 5.76 Mbps UL |
|---|---|
| eSIM* | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |
| 3GPP Release | Release 16 |

*Feature availability varies by order code (RUTC50 *1****)

(https://teltonika-networks.com/products/routers/rutc50)

**RUTX50**

| Claim 26 | Teltonika IoT Group |
|----------|---------------------|
| |  (https://teltonika-networks.com/products/routers/rutx50)<br><br>**RUT271** |

Case 2:26-cv-00452   Document 1-4   Filed 06/08/26   Page 18 of 32 PageID #: 236

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  (https://teltonika-networks.com/products/routers/rut271)  **RUT276** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| |  |

**RUT276**

COMPACT REDCAP 5G ROUTER

Bring the core 5G benefits into your IoT projects with the RUT276 Redcap router. Enjoy higher throughput and lower latency than traditional 4G networks can offer, without the cost of a full 5G module. Serial RS232/RS485 interfaces enable seamless integration with industrial equipment, whereas dual SIM and automatic failover ensure always-on connection. Its industrial design and native protocol support makes it perfect for IIoT and M2M applications where continuous uptime is critical.

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub-6Ghz SA 223 Mbps DL, 123 Mbps UL; 4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL |
|---|---|
| 3GPP Release | Release 17 |
| Status | IMSI, ICCID, operator, operator state, data connection state, network type, bandwidth, connected band, signal strength (RSSI), SINR, RSRP, RSRQ, EC/IO, RSCP, mobile signal graphs, data sent/received, LAC, TAC, cell ID, ARFCN, UARFCN, EARFCN, MCC, and MNC |

(https://www.teltonika-networks.com/products/routers/rut276)

**RUT976**

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|----------|---------------------|
|          |  (https://teltonika-networks.com/products/routers/rut976)<br><br>**TRB500** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|----------|---------------------|
| | (https://teltonika-networks.com/products/gateways/trb500)<br><br>**ATRM50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
|  |

**ATRM50**

**5G ROUTER FOR TRANSPORTATION**

The ATRM50 is a rugged 5G router built for transportation, featuring 4 x M12 Gigabit Ethernet ports and M12 power input for durable, secure connections. It delivers ultra-high cellular speeds up to 3.4 Gbps and supports dual SIM with eSIM™ for seamless failover. Certified to EN 45545-2 and EN 50155 standards, the ATRM50 is engineered to meet the rigorous safety and reliability requirements of railway systems—while also being a strong fit for other demanding transportation environments.

**INQUIRE NOW**

**MOBILE**

| Mobile module | 5G Sub-6 GHz SA, NSA 2.4, 3.4Gbps DL (4×4 MIMO) 900, 550Mbps UL (2×2 MIMO); 4G LTE: DL Cat 19 1.6Gbps (4×4 MIMO), UL Cat 18 200Mbps; 3G 42 Mbps (DL)/ 5.76 Mbps(UL) |
| **3GPP Release** | Release 16 |
| **eSIM** | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/atrm50)

**ALTOS** |

U.S. Patent No. 7,310,537

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| antenna unit configured to receive signals transmitted from another station on multiple beams; and | <br><br>**WI-FI 7 ROUTER FOR 5G FIXED WIRELESS ACCESS**<br><br>Teltonika Altos is a 5G Wi-Fi 7 router, engineered to deliver ultra-fast and future-ready mobile broadband for modern homes, small offices, and other Fixed Wireless Access (FWA) deployments. It provides reliable high-speed 5G connectivity where traditional fibre is unavailable or too costly. Running on the feature-rich Teltonika RutOS and fully managed by the Remote Management System (RMS), Altos balances next-generation speed and enterprise-grade security in an intuitive setup.<br><br>**INQUIRE NOW**<br><br>**Mobile module** — 5G NR up to 4.0 Gbps DL / 900 Mbps UL; 4G LTE (CAT 19) up to 1.6 Gbps DL / 200 Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL<br><br>**3GPP Release** — Release 17<br><br>**Status** — IMSI, ICCID, operator, operator state, data connection state, network type, CA indicator, bandwidth, connected band, signal strength (RSSI), SINR, RSRP, RSRQ, EC/IO, RSCP, data sent/received, LAC, TAC, cell ID, ARFCN, UARFCN, EARFCN, MCC, and MNC<br><br>(https://www.teltonika-networks.com/products/routers/altos)<br><br>Defendants, using the Accused Products, comprise an antenna unit configured to receive signals transmitted from another station on multiple beams.<br><br>Teltonika's RUTM52 comprises an antenna unit configured to receive signals (e.g., CSI-RS, downlink data, etc.) transmitted from another station (e.g., gNB) on multiple beams (e.g., in a MIMO configuration). |

U.S. Patent No. 7,310,537

**Claim 26**

## Teltonika IoT Group

### 5G NR Downlink CSI Reporting

R2026a

Open in MATLAB Online

Copy Command

This example shows how to compute downlink channel state information (CSI) parameters such as the channel quality indicator (CQI), precoding matrix indicator (PMI), and rank indicator (RI), for multiple input multiple output (MIMO) scenarios, as defined in TS 38.214 Section 5.2.2, over a tapped delay line (TDL) channel. The example supports CSI parameter computation for the type I single-panel, type I multi-panel, type II codebooks, and enhanced type II codebooks.

**Introduction**

CSI parameters are the quantities related to the state of a channel. The user equipment (UE) reports CSI parameters to the access network node (gNB) as feedback. The CSI feedback includes several parameters, such as the CQI, the PMI, and the RI. The UE uses the channel state information reference signal (CSI-RS) to measure the CSI feedback. Upon receiving the CSI parameters, the gNB schedules downlink data transmissions (such as modulation scheme, code rate, number of transmission layers, and MIMO precoding) accordingly. This figure shows an overview of CSI-RS transmission, CSI computation and feedback, and the transmission of downlink data that is scheduled based on the CSI parameters.



(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html)

## INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-4    Filed 06/08/26    Page 26 of 32 PageID #: 244

| Claim 26 | Teltonika IoT Group |
|---|---|
| | 5.2.2.3      Reference signal (CSI-RS)<br><br>5.2.2.3.1      NZP CSI-RS<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K{\geq}1$ NZP CSI-RS resource(s).<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |
| a controller for identifying beams based on beam identity information associated with signals received from the other station, | Defendants, using the Accused Products, comprise a controller for identifying beams based on beam identity information associated with signals received from the other station.<br><br>Teltonika's RUTM52 comprises a controller (e.g., processor) for identifying beams based on beam identity information (e.g., nrofPorts, density, scramblingID, etc.) associated with signals (e.g., CSI-RS, downlink data, etc.) received from the other station. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 26 | Teltonika IoT Group |
|---|---|
|  | **5.2.2.3 Reference signal (CSI-RS)**<br><br>**5.2.2.3.1 NZP CSI-RS**<br><br>The UE can be configured with one or more NZP CSI-RS resource set configuration(s) as indicated by the higher layer parameters *CSI-ResourceConfig*, and *NZP-CSI-RS-ResourceSet*. Each NZP CSI-RS resource set consists of $K \geq 1$ NZP CSI-RS resource(s).<br><br>The following parameters for which the UE shall assume non-zero transmission power for CSI-RS resource are configured via the higher layer parameter *NZP-CSI-RS-Resource, CSI-ResourceConfig* and *NZP-CSI-RS-ResourceSet* for each CSI-RS resource configuration:<br><br>- *nzp-CSI-RS-ResourceId* determines CSI-RS resource configuration identity.<br><br>- *periodicityAndOffset* defines the CSI-RS periodicity and slot offset for periodic/semi-persistent CSI-RS. All the CSI-RS resources within one set are configured with the same periodicity, while the slot offset can be same or different for different CSI-RS resources.<br><br>- *resourceMapping* defines the number of ports, CDM-type, and OFDM symbol and subcarrier occupancy of the CSI-RS resource within a slot that are given in Clause 7.4.1.5 of [4, TS 38.211].<br><br>- *nrofPorts* in *resourceMapping* defines the number of CSI-RS ports, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br><br>- *density* in *resourceMapping* defines CSI-RS frequency density of each CSI-RS port per PRB, and CSI-RS PRB offset in case of the density value of 1/2, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211]. For density 1/2, the odd/even PRB allocation indicated in *density* is with respect to the common resource block grid.<br><br>- *cdm-Type* in *resourceMapping* defines CDM values and pattern, where the allowable values are given in Clause 7.4.1.5 of [4, TS 38.211].<br><br>- *powerControlOffset*: which is the assumed ratio of PDSCH EPRE to NZP CSI-RS EPRE when UE derives CSI feedback and takes values in the range of [-8, 15] dB with 1 dB step size.<br><br>- *powerControlOffsetSS*: which is the assumed ratio of NZP CSI-RS EPRE to SS/PBCH block EPRE.<br><br>- *scramblingID* defines scrambling ID of CSI-RS with length of 10 bits.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), p. 93) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 26 | Teltonika IoT Group |
|---|---|
| wherein a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on information of the identified beams. | Defendants, using the Accused Products, comprise wherein a set of beams that are geometrically distinguished from each other is selected for transmission of signals between a first station and a second station based on information of the identified beams.<br><br>Teltonika's RUTM52 comprises a set of beams that are geometrically distinguished (e.g., orthogonal) from each other is selected (e.g., for Precoding Matrix Indicator (PMI) selection) for transmission of signals between a first station and a second station based on information of the identified beams.<br><br>5.2.1.4 Reporting configurations<br><br>The UE shall calculate CSI parameters (if reported) assuming the following dependencies between CSI parameters (if reported)<br><br>- LI shall be calculated conditioned on the reported CQI, PMI, RI and CRI<br><br>- CQI shall be calculated conditioned on the reported PMI, RI and CRI<br><br>- PMI shall be calculated conditioned on the reported RI and CRI<br><br>*3GPP*<br><br>Release 16       51       3GPP TS 38.214 V16.2.0 (2020-06)<br><br>- RI shall be calculated conditioned on the reported CRI.<br><br>The Reporting configuration for CSI can be aperiodic (using PUSCH), periodic (using PUCCH) or semi-persistent (using PUCCH, and DCI activated PUSCH). The CSI-RS Resources can be periodic, semi-persistent, or aperiodic. Table 5.2.1.4-1 shows the supported combinations of CSI Reporting configurations and CSI-RS Resource configurations and how the CSI Reporting is triggered for each CSI-RS Resource configuration. Periodic CSI-RS is configured by higher layers. Semi-persistent CSI-RS is activated and deactivated as described in Clause 5.2.1.5.2. Aperiodic CSI-RS is configured and triggered/activated as described in Clause 5.2.1.5.1. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 26 | Teltonika IoT Group |
|---|---|
|  | (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 50-51)<br><br>**5.2.2.2.3     Type II Codebook**<br><br>For 4 antenna ports $\{3000, 3001, \ldots, 3003\}$, 8 antenna ports $\{3000, 3001, \ldots, 3007\}$, 12 antenna ports $\{3000, 3001, \ldots, 3011\}$, 16 antenna ports $\{3000, 3001, \ldots, 3015\}$, 24 antenna ports $\{3000, 3001, \ldots, 3023\}$, and 32 antenna ports $\{3000, 3001, \ldots, 3031\}$, and the UE configured with higher layer parameter *codebookType* set to 'typeII'<br><br>- The values of $N_1$ and $N_2$ are configured with the higher layer parameter *n1-n2-codebookSubsetRestriction*. The supported configurations of $(N_1, N_2)$ for a given number of CSI-RS ports and the corresponding values of $(O_1, O_2)$ are given in Table 5.2.2.2.1-2. The number of CSI-RS ports, $P_{CSI-RS}$, is $2N_1N_2$.<br><br>- The value of $L$ is configured with the higher layer parameter *numberOfBeams*, where $L=2$ when $P_{CSI-RS} = 4$ and $L \in \{2,3,4\}$ when $P_{CSI-RS} > 4$.<br><br>- The value of $N_{PSK}$ is configured with the higher layer parameter *phaseAlphabetSize*, where $N_{PSK} \in \{4,8\}$.<br><br>- The UE is configured with the higher layer parameter *subbandAmplitude* set to 'true' or 'false'.<br><br>- The UE shall not report RI > 2.<br><br>When $\upsilon \leq 2$, where $\upsilon$ is the associated RI value, each PMI value corresponds to the codebook indices $i_1$ and $i_2$ where<br><br>$$i_1 = \begin{cases} \begin{bmatrix} i_{1,1} & i_{1,2} & i_{1,3,1} & i_{1,4,1} \end{bmatrix} & \upsilon = 1 \\ \begin{bmatrix} i_{1,1} & i_{1,2} & i_{1,3,1} & i_{1,4,1} & i_{1,3,2} & i_{1,4,2} \end{bmatrix} & \upsilon = 2 \end{cases}$$<br><br>$$i_2 = \begin{cases} \begin{bmatrix} i_{2,1,1} \end{bmatrix} & subbandAmplitude = \text{'false'}, \upsilon = 1 \\ \begin{bmatrix} i_{2,1,1} & i_{2,1,2} \end{bmatrix} & subbandAmplitude = \text{'false'}, \upsilon = 2 \\ \begin{bmatrix} i_{2,1,1} & i_{2,2,1} \end{bmatrix} & subbandAmplitude = \text{'true'}, \upsilon = 1 \\ \begin{bmatrix} i_{2,1,1} & i_{2,2,1} & i_{2,1,2} & i_{2,2,2} \end{bmatrix} & subbandAmplitude = \text{'true'}, \upsilon = 2 \end{cases}$$<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for data (Release 16), 3GPP TS 38.214 v16.2.0 (2020-06), pp. 75-76) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452  Document 1-4  Filed 06/08/26  Page 30 of 32 PageID #: 248

| Claim 26 | Teltonika IoT Group |
|---|---|
|  | **PMI Selection**<br><br>The PMI consists of a set of indices corresponding to the precoding matrix. The gNB can apply this precoding matrix for the downlink data transmission. The hDLPMISelect function reports a precoding matrix by considering a codebook from these supported codebooks:<br><br>• Type I single-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.1-1 to 5.2.2.2.1-12<br>• Type I multi-panel codebooks, as defined in TS 38.214 Tables 5.2.2.2.2-1 to 5.2.2.2.2-6<br>• Type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.2-1 to 5.2.2.2.3-5<br>• Enhanced type II codebooks, as defined in TS 38.214 Tables 5.2.2.2.5-1 to 5.2.2.2.5-6<br><br>The PMI selection is based on the codebook type, the number of transmission layers, and other CSI reporting configuration parameters such as antenna panel dimensions. Each codebook consists of a set of precoding matrices. NR considers a dual-stage precoding matrix based on the codebooks design from TS 38.214 Sections 5.2.2.2.1 to 5.2.2.2.3 and Section 5.2.2.2.5.<br><br>$$W = W_1 W_2$$<br><br>Where,<br><br>$W_1$ is a matrix representing a discrete Fourier transform (DFT) beam or beam group for both polarizations based on the codebook type<br><br>$W_2$ can be any of the following based on the codebook type:<br><br>• Beam selection from $W_1$<br>• Weighting coefficients for the beams in $W_1$<br>• Cophasing values between two polarizations<br><br>(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|---|---|
| | Type II codebooks consider a set of orthogonal DFT beams to form the precoding matrix. As mentioned above, the $W_1$ matrix contains the information related to the DFT beams. For the given channel conditions and the number of DFT beams, the function computes the beam amplitude scaling and cophasing values ($W_2$) for all the DFT beams in each orthogonal beam group so that the linear combination of orthogonal beams approximates the eigenvector of the channel. The function reports the indices $i_1$ and $i_2$, as defined in TS 38.214 Section 5.2.2.3. These indices correspond to the precoding matrix $W$, which gives the maximum SINR. Type II codebook based PMI is more accurate than type I codebook based PMI, as multiple beams are considered in type II codebooks for the approximation of channel eigenvector. Because type II codebooks consider multiple beams, multi-user MIMO scenarios use type II codebooks instead of type I codebooks. These figures show the PMI selection procedure from type II codebooks. |

**PMI Selection for Type II Codebooks**



**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,310,537

| Claim 26 | Teltonika IoT Group |
|---|---|
|  |  |

**Type II Precoding Matrix Generation**

Where,

$l$ — Layer index
$i$ — Beam index
$v_{m_1^i, m_2^i}$ — DFT vector / beam
$p_{l,i}$ — Amplitude scaling for each beam and it is:
$p_{l,i}^{(1)}$ when the subband amplitude is false
$p_{l,i}^{(1)} p_{l,i}^{(2)}$ when the subband amplitude is true
$\Phi_{l,i}$ — Beam cophasing value
$W$ — Precoding matrix, as defined in TS 38.214 Section 5.2.2.2.3-5

(https://www.mathworks.com/help/5g/ug/5g-nr-downlink-csi-reporting.html)

# INTEGRAL WIRELESS TECHNOLOGIES LLC