# **EXHIBIT E**

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| 1. A method of coding data for transmission in a communication channel comprising: | Teltonika IoT Group ("Teltonika" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Teltonika 5G compatible devices, including but not limited to, **RUTM51, TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM52, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50, ALTOS, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 1.<br><br>For example, Teltonika's RUTM51 includes functionality consistent with 5G technology. The RUTM51 performs operations corresponding to 5G Technology.<br><br>Teltonika's RUTM51 is a 5G compatible device that performs a method of coding data for transmission in a communications channel.<br><br>**TELTONIKA**<br><br>**RUTM51** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-5   Filed 06/08/26   Page 3 of 28 PageID #: 253

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://teltonika-networks.com/products/routers/rutm51)<br><br>Additional products offered by Teltonika Networks that implement 5G Technology and performs the claim, includes **TRB501, CALYX, TRM500, OTD500, RUTM59, RUTM20, RUTM30, RUTM31, RUTM50, RUTM52, RUTM54, RUTM55, RUTM56, RUTC50, RUTX50, RUT271, RUT276, RUT976, TRB500, ATRM50 and ALTOS**. These products implement wireless communication capabilities in accordance with the 5G 3GPP wireless communication standard, as required by the claim. Supporting evidence |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | demonstrating the implementation of the 5G 3GPP wireless communication standard in these devices is set forth below.<br><br>**TRB501**<br><br><br><br>(https://www.teltonika-networks.com/products/gateways/trb501) |

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.teltonika-networks.com/products/embedded-systems/calyx)<br><br>**TRM500** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**TRM500**
5G MODEM WITH USB TYPE-C

The TRM500 is a compact and lightweight 5G modem with ultra-high cellular speeds of up to 3.4 Gbps. This industrial-grade 5G modem features backward compatibility with 4G (Cat 19) and 3G networks, four SMA antennas for enhanced coverage, DIN rail mounting options, and a USB Type-C interface for simultaneous network data and powering.

**INQUIRE NOW**

**MOBILE**

Mobile module: 5G (Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL

3GPP Release: Release 16

(https://teltonika-networks.com/products/modems/trm500)

**OTD500**

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**OTD500**

OUTDOOR 5G ROUTER

The OTD500 is a durable 5G outdoor router built for reliable connectivity in demanding environments. Its IP55-rated housing withstands harsh conditions, and the integrated mounting bracket enables quick, hassle-free installation. Dual SIM and eSIM with automatic switching provide exceptional network flexibility and redundancy. Gigabit Ethernet ports with PoE-in and PoE-out simplify setup by combining power and data in a single cable. Fully RMS-compatible, the OTD500 offers effortless remote management, making it perfect for outdoor connectivity solutions.

**INQUIRE NOW**

**GET QUOTATION**

**MOBILE**

| Mobile module | 5G Sub-6Ghz SA/NSA 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/otd500)

**RUTM59**

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | (https://teltonika-networks.com/products/routers/rutm59)<br><br>**RUTM20** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | ![RUTM20 product information showing "RUTM20 COMPACT 5G ROUTER. Deploy 5G where size and cost matter. The RUTM20 is an ultra-compact global 5G router engineered for IoT and IIoT solutions. Leverage worldwide connectivity with a global Telit 5G modem. Streamline deployments with PoE, enabling single-cable power delivery. With integrated eSIM, you can manage carrier switching at scale, eliminating costly site visits. RUTM20 is perfect for space-constrained solutions like POS, surveillance, and transport." INQUIRE NOW]<br><br>**MOBILE**<br><br>Mobile module: 5G Sub-6Ghz SA/NSA 2.5/3.4Gbps DL (4x4 MIMO), 900/550 Mbps UL (2x2); 4G (LTE) – LTE Cat 19 1.6Gbps DL, LTE Cat 18 211Mbps UL; 3G – 42 Mbps DL, 5.7Mbps UL<br><br>3GPP Release: Release 16<br><br>eSIM: Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans<br><br>(https://www.teltonika-networks.com/products/routers/rutm20)<br><br>**RUTM30** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**RUTM30**

COMPACT 5G ROUTER

The RUTM30 is a compact, dual-SIM, multi-network router with eSIM™ that delivers 5G mobile connectivity for data-intensive applications. Equipped with two Gigabit Ethernet ports and dual-band Wi-Fi, it offers data connection redundancy with auto-failover. Its backward compatibility with LTE Cat 19 and multiple interfaces ensure long-term network expandability and simple upgrades. The RUTM30 is ideal for various IoT and M2M solutions that demand high-speed connectivity, easy setup, and remote access.

**INQUIRE NOW**

**MOBILE**

| | |
|---|---|
| Mobile module | 5G Sub-6Ghz SA/NSA: 2.4/3.4Gbps DL (4×4 MIMO), 900/550 Mbps UL (2×2); 4G LTE: Cat 19 1.6Gbps DL, Cat 18 200Mbps UL; 3G: 42 Mbps DL, 5.76Mbps UL |
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm30)

**RUTM31**

Case 2:26-cv-00452   Document 1-5   Filed 06/08/26   Page 11 of 28 PageID #: 261

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | ([https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf](https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf) pp. 1 & 3 of 18)<br><br>**RUTM50** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://teltonika-networks.com/products/routers/rutm50)<br><br>**RUTM52** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

RUTM52

DUAL 5G ROUTER

The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management.

INQUIRE NOW

**MOBILE**

| Mobile module | 2 × 5G Sub-6 GHz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO) 900/600Mbps UL (2×2 MIMO); 4G (LTE): DL Cat 20 2.0Gbps (4×4 MIMO)/UL Cat 20 200Mbps; 3G: 42 Mbps DL, 5.76Mbps UL |
|---|---|
| 3GPP Release | Release 16 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm52)

RUTM54

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>([https://teltonika-networks.com/products/routers/rutm54](https://teltonika-networks.com/products/routers/rutm54))<br><br>**RUTM55** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://teltonika-networks.com/products/routers/rutm55)<br><br>**RUTM56** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
| --- | --- |



**RUTM56**

**DUAL MODEM ROUTER**

The RUTM56 is a future-proof dual modem router designed to bridge the gap between legacy and next-generation networks. Featuring integrated 5G and 4G Cat 4 modems, it ensures continuous operation by providing seamless fallback to 3G and 2G networks. The RUTM56 ensures high-speed, uninterrupted connectivity with dual SIM and eSIM support. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports optimise performance, while RutOS with industrial protocols and versatile VPNs simplify complex IoT setups. This single out-of-the-box product enables rapid connectivity deployment, eliminating lenghty configurations and risks associated with similar multi-device solutions.

**INQUIRE NOW**

**MOBILE**

| | |
| --- | --- |
| Mobile module | **Modem 1:** 5G Sub-6 GHz SA/NSA 2.4/3.4Gb DL (4×4 MIMO) 900/550Mbps UL (2×2 MIM 4G (LTE): DL Cat 19 1.6Gbps (4×4 MIMO)/UL Cat 18 200Mbps; 3G DL 42Mbps UL 5.76Mbps<br>**Modem 2:** 4G (LTE) Cat 4 DL 150Mbps UL 50Mbps; 3G DL 21Mbps UL 5.76Mbps; 2G DL 236.8kbps UL 236.8kbps |
| 3GPP Release | **Modem 1:** Release 16<br>**Modem 2:** Release 9 |
| eSIM | Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans |

(https://teltonika-networks.com/products/routers/rutm56)

**RUTC50**

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  (https://teltonika-networks.com/products/routers/rutc50) <br><br> **RUTX50** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **RUTX50**<br>**INDUSTRIAL 5G ROUTER**<br>RUTX50 is a dual-SIM multi-network router offering 5G mobile communication for high-speed and data-heavy applications. Together with 5x Gigabit Ethernet ports and dual-band Wi-Fi, it provides data connection redundancy with auto-failover. Backward compatibility and multiple interfaces allow for long-term expandability and upgrading options.<br><br>**MOBILE**<br><br>**Mobile module** — 5G Sub-6Ghz SA/NSA 2.1/3.3Gbps DL (4×4 MIMO), 900/600 Mbps UL (2×2); 4G LTE Cat 20 up to 2.0 Gbps DL/ 200M Mbps UL; 3G up to 42 DL/ 5.76 UL Mbps<br><br>**3GPP Release** — Release 15/16 depending on the hardware version<br><br>**eSIM\*** — Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans<br><br>(https://teltonika-networks.com/products/routers/rutx50)<br><br>**RUT271** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**RUT271**

REDCAP 5G ROUTER

The RUT271 is a Redcap 5G router, bridging the gap between 4G and full-capacity 5G. Supporting SA architecture, this **5G** router can wirelessly support up to 50 end devices and features the low latency of 5G—at affordable pricing. The RUT271 supports Wi-Fi and is backward compatible with 4G LTE Cat 4. This industrial-grade RedCap 5G router is also equipped with WAN failover, two 10/100 RJ45 ports, a compact and durable design, and numerous other brilliant features for expert professional deployment.

**INQUIRE NOW**

**MOBILE**

Mobile module          **5G** Sub-6Ghz SA 223 Mbps DL , 123 Mbps UL;
                       4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL

3GPP Release           Release 17 RedCap

(https://teltonika-networks.com/products/routers/rut271)

**RUT276**

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>**RUT976**<br>REDCAP 5G ROUTER<br><br>The RUT976 is an industrial Redcap 5G router supporting SA architecture, carving a balanced niche between traditional 4G and full-capacity 5G. This 5G router can wirelessly support up to 100 end devices and features the low latency of 5G—at affordable pricing. In case of limited 5G coverage, the RUT976 is backward compatible with 4G LTE Cat 4. It also boasts dual SIM slots with auto-failover, Wi-Fi, GNSS, a wide range of interfaces, including four 10/100 RJ45 slots, RS232, RS485, and multiple I/Os, and numerous other brilliant features for expert professional deployment<br><br>**INQUIRE NOW**<br><br>**MOBILE**<br><br>Mobile module — 5G Sub-6Ghz SA 223 Mbps DL , 123 Mbps UL; 4G LTE Cat 4 – LTE 195 Mbps DL, 105 Mbps UL<br><br>3GPP Release — Release 17 RedCap<br><br>eSIM* — Consumer type eSIM, profile download and removal operations, up to 7 eSIM profiles; does not include data plans<br><br>(https://teltonika-networks.com/products/routers/rut976)<br><br>**TRB500** |

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://teltonika-networks.com/products/gateways/trb500) **ATRM50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,627,805

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**WI-FI7 ROUTER FOR 5G FIXED WIRELESS ACCESS**

Teltonika Altos is a 5G Wi-Fi 7 router, engineered to deliver ultra-fast and future-ready mobile broadband for modem homes, small offices, and other Fixed Wireless Access (FWA) deployments. It provides reliable high-speed 5G connectivity where traditional fibre is unavailable or too costly. Running on the feature-rich Teltonika RutOS and fully managed by the Remote Management System (RMS), Altos balances next-generation speed and enterprise-grade security in an intuitive setup.

**INQUIRE NOW**

| | |
|---|---|
| Mobile module | 5G NR up to 4.0 Gbps DL / 900 Mbps UL; 4G LTE (CAT 19) up to 1.6 Gbps DL / 200 Mbps UL; 3G – 42 Mbps DL, 5.76Mbps UL |
| 3GPP Release | Release 17 |
| Status | IMSI, ICCID, operator, operator state, data connection state, network type, CA indicator, bandwidth, connected band, signal strength (RSSI), SINR, RSRP, RSRQ, EC/IO, RSCP, data sent/received, LAC, TAC, cell ID, ARFCN, UARFCN, EARFCN, MCC, and MNC |

(https://www.teltonika-networks.com/products/routers/altos)

## 1    Scope

The present document specifies the coding, multiplexing and mapping to physical channels for 5G NR.

(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), 3GPP TS 38.212 v15.0.0 (2017-12), p. 7)

U.S. Patent No. 7,627,805

| Claim 1 | Teltonika IoT Group |
|---|---|
| | ### 5.3 Channel coding<br><br>Usage of coding scheme for the different types of TrCH is shown in table 5.3-1. Usage of coding scheme for the different control information types is shown in table 5.3-2.<br><br>**Table 5.3-1: Usage of channel coding scheme and coding rate for TrCHs**<br><br>| TrCH | Coding scheme |<br>|---|---|<br>| UL-SCH | LDPC |<br>| DL-SCH | |<br>| PCH | |<br>| BCH | Polar code |<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), 3GPP TS 38.212 v15.0.0 (2017-12), p. 12) |
| generating a codeword from a mother code parity check matrix and a macro matrix, | Defendant, using the Accused Products, performs a step of generating a codeword from a mother code parity check matrix and a macro matrix.<br><br>Teltonika's RUTM51 performs the step of generating a codeword (e.g., codeword c) from a mother code parity check matrix (e.g., expanded parity-check matrix H) and a macro matrix (e.g., LDPC base graph matrix $H_{BG}$). |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-5    Filed 06/08/26    Page 26 of 28 PageID #: 276

| Claim 1 | Teltonika IoT Group |
|---|---|
| | 3) Generate $N+2Z_c-K$ parity bits $\mathbf{w}=\left[w_0, w_1, w_2, \ldots, w_{N+2Z_c-K-1}\right]^T$ such that $\mathbf{H} \times \begin{bmatrix} \mathbf{c} \\ \mathbf{w} \end{bmatrix}=\mathbf{0}$, where $\mathbf{c}=\left[c_0, c_1, c_2, \ldots, c_{K-1}\right]^T$; $\mathbf{0}$ is a column vector of all elements equal to 0. The encoding is performed in GF(2). For LDPC base graph 1, a matrix of $\mathbf{H}_{BG}$ has 46 rows with row indices $i=0,1,2,\ldots,45$ and 68 columns with column indices $j=0,1,2,\ldots,67$. For LDPC base graph 2, a matrix of $\mathbf{H}_{BG}$ has 42 rows with row indices $i=0,1,2,\ldots,41$ and 52 columns with column indices $j=0,1,2,\ldots,51$. The elements in $\mathbf{H}_{BG}$ with row and column indices given in Table 5.3.2-2 (for LDPC base graph 1) and Table 5.3.2-3 (for LDPC base graph 2) are of value 1, and all other elements in $\mathbf{H}_{BG}$ are of value 0. The matrix $\mathbf{H}$ is obtained by replacing each element of $\mathbf{H}_{BG}$ with a $Z_c \times Z_c$ matrix, according to the following: - Each element of value 0 in $\mathbf{H}_{BG}$ is replaced by an all zero matrix $\mathbf{0}$ of size $Z_c \times Z_c$; - Each element of value 1 in $\mathbf{H}_{BG}$ is replaced by a circular permutation matrix $\mathbf{I}(P_{i,j})$ of size $Z_c \times Z_c$, where $i$ and $j$ are the row and column indices of the element, and $\mathbf{I}(P_{i,j})$ is obtained by circularly shifting the identity matrix $\mathbf{I}$ of size $Z_c \times Z_c$ to the right $P_{i,j}$ times. The value of $P_{i,j}$ is given by $P_{i,j}=\mathrm{mod}(V_{i,j}, Z_c)$. The value of $V_{i,j}$ is given by Tables 5.3.2-2 and 5.3.2-3 according to the set index $i_{LS}$ and base graph. <br><br> (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), 3GPP TS 38.212 v15.0.0 (2017-12), p. 18) |
| wherein the mother code parity check matrix comprises a (j*m)-by-(k*m) matrix and includes sub-matrices that are m-by-m square matrices with cyclic structure, and | Defendant, using the Accused Products, performs a step of wherein the mother code parity check matrix comprises a (j*m)-by-(k*m) matrix and includes sub-matrices that are m-by-m square matrices with cyclic structure. <br><br> Teltonika's RUTM51 performs the step of wherein the mother code parity check matrix (e.g., expanded parity-check matrix H) comprises a (j*m)-by(k*m) matrix (e.g., j=46, k=68, m=selected LDPC lifting size Z) and includes sub-matrices that are m-by-m square matrices with cyclic structure (e.g., circular permutation matrices of size ZxZ). |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | 3) Generate $N+2Z_c-K$ parity bits $\mathbf{w} = [w_0, w_1, w_2, ..., w_{N+2Z_c-K-1}]^T$ such that $\mathbf{H} \times \begin{bmatrix} \mathbf{c} \\ \mathbf{w} \end{bmatrix} = \mathbf{0}$, where $\mathbf{c} = [c_0, c_1, c_2, ..., c_{K-1}]^T$; $\mathbf{0}$ is a column vector of all elements equal to 0. The encoding is performed in GF(2). <br><br> For LDPC base graph 1, a matrix of $\mathbf{H}_{BG}$ has 46 rows with row indices $i = 0,1,2,...,45$ and 68 columns with column indices $j = 0,1,2,...,67$. For LDPC base graph 2, a matrix of $\mathbf{H}_{BG}$ has 42 rows with row indices $i = 0,1,2,...,41$ and 52 columns with column indices $j = 0,1,2,...,51$. The elements in $\mathbf{H}_{BG}$ with row and column indices given in Table 5.3.2-2 (for LDPC base graph 1) and Table 5.3.2-3 (for LDPC base graph 2) are of value 1, and all other elements in $\mathbf{H}_{BG}$ are of value 0. <br><br> The matrix $\mathbf{H}$ is obtained by replacing each element of $\mathbf{H}_{BG}$ with a $Z_c \times Z_c$ matrix, according to the following: <br><br> - Each element of value 0 in $\mathbf{H}_{BG}$ is replaced by an all zero matrix $\mathbf{0}$ of size $Z_c \times Z_c$; <br><br> - Each element of value 1 in $\mathbf{H}_{BG}$ is replaced by a circular permutation matrix $\mathbf{I}(P_{i,j})$ of size $Z_c \times Z_c$, where $i$ and $j$ are the row and column indices of the element, and $\mathbf{I}(P_{i,j})$ is obtained by circularly shifting the identity matrix $\mathbf{I}$ of size $Z_c \times Z_c$ to the right $P_{i,j}$ times. The value of $P_{i,j}$ is given by $P_{i,j} = \mod(V_{i,j}, Z_c)$. The value of $V_{i,j}$ is given by Tables 5.3.2-2 and 5.3.2-3 according to the set index $i_{LS}$ and base graph. <br><br> 4) for $k = K$ to $N+2Z_c - 1$ <br><br> $d_{k-2Z_c} = w_{k-K}$; <br><br> end for <br><br> **Table 5.3.2-1: Sets of LDPC lifting size $Z$** <br><br> <table><tr><td>Set index ($i_{LS}$)</td><td>Set of lifting sizes ($Z$)</td></tr><tr><td>0</td><td>{2, 4, 8, 16, 32, 64, 128, 256}</td></tr><tr><td>1</td><td>{3, 6, 12, 24, 48, 96, 192, 384}</td></tr><tr><td>2</td><td>{5, 10, 20, 40, 80, 160, 320}</td></tr><tr><td>3</td><td>{7, 14, 28, 56, 112, 224}</td></tr><tr><td>4</td><td>{9, 18, 36, 72, 144, 288}</td></tr><tr><td>5</td><td>{11, 22, 44, 88, 176, 352}</td></tr><tr><td>6</td><td>{13, 26, 52, 104, 208}</td></tr><tr><td>7</td><td>{15, 30, 60, 120, 240}</td></tr></table> <br><br> (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), 3GPP TS 38.212 v15.0.0 (2017-12), p. 18) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| wherein the macro matrix comprises a j-by-k matrix and includes elements that represent nonzero sub-matrices of the mother code parity check matrix. | Defendant, using the Accused Products, performs a step of wherein the macro matrix comprises a j-by-k matrix and includes elements that represent nonzero sub-matrices of the mother code parity check matrix.<br><br>Teltonika's RUTM51 performs the step of wherein the macro matrix comprises a j-by-k matrix (e.g., LDPC base graph 1 is a matrix of 46x68) and includes elements (e.g., value 1) that represent nonzero sub-matrices of the mother code parity check matrix.<br><br>For LDPC base graph 1, a matrix of $H_{BG}$ has 46 rows with row indices $i = 0,1,2,...,45$ and 68 columns with column indices $j = 0,1,2,...,67$. For LDPC base graph 2, a matrix of $H_{BG}$ has 42 rows with row indices $i = 0,1,2,...,41$ and 52 columns with column indices $j = 0,1,2,...,51$. The elements in $H_{BG}$ with row and column indices given in Table 5.3.2-2 (for LDPC base graph 1) and Table 5.3.2-3 (for LDPC base graph 2) are of value 1, and all other elements in $H_{BG}$ are of value 0.<br><br>The matrix $H$ is obtained by replacing each element of $H_{BG}$ with a $Z_c \times Z_c$ matrix, according to the following:<br><br>- Each element of value 0 in $H_{BG}$ is replaced by an all zero matrix $0$ of size $Z_c \times Z_c$;<br><br>- Each element of value 1 in $H_{BG}$ is replaced by a circular permutation matrix $I(P_{i,j})$ of size $Z_c \times Z_c$, where $i$ and $j$ are the row and column indices of the element, and $I(P_{i,j})$ is obtained by circularly shifting the identity matrix $I$ of size $Z_c \times Z_c$ to the right $P_{i,j}$ times. The value of $P_{i,j}$ is given by $P_{i,j} = mod(V_{i,j}, Z_c)$. The value of $V_{i,j}$ is given by Tables 5.3.2-2 and 5.3.2-3 according to the set index $i_{LS}$ and base graph.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Multiplexing and channel coding (Release 15), 3GPP TS 38.212 v15.0.0 (2017-12), p. 18) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**