# EXHIBIT F

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| 1. A multiple-input, multiple-output signal transmitter comprising: | Teltonika IoT Group and Teltonika Networks, UAB ("Teltonika" or "Defendants") using (including via testing), practice Claim 1. Teltonika 802.11n Wi-Fi compatible devices, including, but not limited to **RUTC50, RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13, TeltoCharge EVC16, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), provide a multiple-input, multiple-output signal transmitter.<br><br>For example, Teltonika's RUTC50, incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11n wireless networking standards.<br><br>Teltonika RUTC50 comprises a multiple-input, multiple-output (MIMO) signal transmitter.<br><br>**TELTONIKA**<br><br>**RUTC50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 3 of 71 PageID #: 281

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | <br><br>(https://www.teltonika-networks.com/products/routers/rutc50)<br><br>Additional products offered by Teltonika that implement 802.11n Wi-Fi technology and practices the claim includes **RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13 and TeltoCharge EVC16.** The accused products implement wireless networking capabilities in accordance with the IEEE 802.11n (Wi-Fi 4) standard, as required by the claim. While certain models utilize IEEE 802.11ac (Wi-Fi 5) or IEEE 802.11ax (Wi-Fi 6), both standards maintain backward compatibility with IEEE 802.11n, thereby supporting functionalities consistent with the 802.11n specification. (See: Data Alliance – Wi-Fi Standards Comparison). Supporting evidence demonstrating the implementation of the IEEE 802.11n standard in these devices is provided below. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RUT202** <br>  <br> (https://www.teltonika-networks.com/products/routers/rut202) <br><br> **RUT204** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **CAN BUS LTE ROUTER** Designed for efficient machine data connectivity, the RUT204 combines native CAN FD hardware with LTE Cat 4 to enable direct and secure transmission of CAN data without external converters. Support for CANOpen and J1939 allows seamless integration with CAN based equipment. Built for industrial and mobile applications, this compact router also features GNSS for asset tracking, Wi-Fi 4, Dual SIM, PoE-in, RS232, Ethernet, and a wide 9 - 57 VDC power range. Embedded RutOS and RMS support enable zero touch deployment, remote monitoring, and scalable fleet management to reduce complexity and improve operational efficiency.<br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut204)<br><br>**RUT956**<br><br> **INDUSTRIAL CELLULAR ROUTER** RUT956 is an industrial router that combines cellular, Wi-Fi, and wired connectivity options with automatic WAN failover and GNSS capabilities. Serial communication interfaces enable integrating more varied devices into the solution ecosystem, while I/O and advanced RutOS software facilitate equipment control, automation, and event notifications. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **WIRELESS** <br><br> Wireless mode — 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut956) <br><br> **RUT200** <br><br> **RUT200** <br> INDUSTRIAL CELLULAR ROUTER <br> RUT200 is a compact industrial cellular router that provides reliable, mission-critical connectivity in rigorous conditions common in industries like automation, transportation, and manufacturing. This model is equipped with 4G LTE, Wi-Fi, and two Ethernet ports, making it ideal for quickly setting up primary and backup connectivity with remote management capabilities. <br><br> **WIRELESS** <br><br> Wireless mode — 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut200) <br><br> **RUT901** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592



**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 8 of 71 PageID #: 286

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **TAP100**<br><br>**WI-FI ACCESS POINT**<br>TAP100 is the first-ever Teltonika Networks Access Point, perfect for strengthening Wi-Fi coverage in small enterprise and commercial spaces. This PoE-in access point can be powered by active PoE devices via its RJ45 port and was designed with simplicity and ease of installation in mind.<br><br>**WIRELESS**<br><br>Wireless mode       802.11b/g/n (Wi-Fi 4)<br>([https://www.teltonika-networks.com/products/access-points/tap100](https://www.teltonika-networks.com/products/access-points/tap100))<br><br>**RUT906**<br><br>**4G LTE RS232/RS485 Router**<br>Cellular 4G router for industrial IoT applications, supporting serial interfaces RS232 and RS485, MQTT, BACnet, I/Os, Ethernet, and more. This cellular router is equipped with GNSS and failsafe features such as Dual SIM, auto-failover, and backup WAN.<br><br>**WIRELESS**<br><br>Wireless mode       802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>([https://www.teltonika-networks.com/products/routers/rut906](https://www.teltonika-networks.com/products/routers/rut906)) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT260**<br><br>**RUT260**<br>LTE CAT 6 CELLULAR ROUTER<br><br>RUT260 is a Teltonika Networks LTE Cat 6 cellular router with WAN failover. Balancing the key features of the RUT240 and RUT360, this cellular router is powerful, lightweight, and supports a wide variety of industrial protocols, including MQTT, SNMP, Modbus, and more.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut260)<br><br>**RUT140**<br><br>**RUT140**<br>INDUSTRIAL MODBUS ROUTER<br><br>The RUT140 is a compact industrial Ethernet router, enhancing security through network isolation for end devices. Equipped with two Ethernet ports, DIN rail bracket, and an industrial 3-pin connector, it ensures seamless connectivity and easy installation. The router comes with RutOS, Wi-Fi 4, and supports industrial protocols such as Modbus, DLMS, DNP3, and OPC UA, and is compatible with RMS for efficient remote and on-site management.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 10 of 71 PageID #: 288

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (https://www.teltonika-networks.com/products/routers/rut140)<br><br>**RUT142**<br><br><br>(https://www.teltonika-networks.com/products/routers/rut142)<br><br>**RUT361** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **WIRELESS**<br><br>Wireless mode    802.11 b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut361)<br><br>**RUT241**<br><br>**RUT241**<br>INDUSTRIAL 4G eSIM™ ROUTER<br>The RUT241 is a compact, industrial-grade cellular router designed for reliable and versatile connectivity in IoT and M2M applications. RUT241 features rugged design, multiple connection interfaces including 4G LTE, Wi-Fi, and two Ethernet ports, as well as full compatibility with Teltonika's Remote Management System (RMS). With support for automatic WAN failover and advanced RutOS software, the RUT241 enables continuous connectivity and solution automation through its digital inputs and outputs. RUT241 includes eSIM™ functionality based on the SGP.22 architecture, allowing up to seven eSIM™ profiles alongside a physical SIM card—easily managed via WebUI and RMS—offering even greater flexibility for global deployment. A non-eSIM™ version is also available - see the order code for details.<br><br>**WIRELESS**<br><br>Wireless mode    802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut241)<br><br>**RUT271** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RUT271**<br><br>REDCAP 5G ROUTER<br><br>The RUT271 is a Redcap 5G router, bridging the gap between 4G and full-capacity 5G. Supporting SA architecture, this 5G router can wirelessly support up to 50 end devices and features the low latency of 5G—at affordable pricing. The RUT271 supports Wi-Fi and is backward compatible with 4G LTE Cat 4. This industrial-grade RedCap 5G router is also equipped with WAN failover, two 10/100 RJ45 ports, a compact and durable design, and numerous other brilliant features for expert professional deployment.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut271)<br><br>**RUT976**<br><br>**RUT976**<br><br>REDCAP 5G ROUTER<br><br>The RUT976 is an industrial Redcap 5G router supporting SA architecture, carving a balanced niche between traditional 4G and full-capacity 5G. This 5G router can wirelessly support up to 100 end devices and features the low latency of 5G—at affordable pricing. In case of limited 5G coverage, the RUT976 is backward compatible with 4G LTE Cat 4. It also boasts dual SIM slots with auto-failover, Wi-Fi, GNSS, a wide range of interfaces, including four 10/100 RJ45 slots, RS232, RS485, and multiple I/Os, and numerous other brilliant features for expert professional deployment |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
| --- | --- |
| | **WIRELESS**<br><br>**Wireless mode**  802.11 b/g n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut976)<br><br>**RUT206**<br><br>**WIRELESS**<br><br>**Wireless mode**  802.11 b/g n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut206)<br><br>**DAP140** |

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  |

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 14 of 71 PageID #: 292

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

Within the table cell for Teltonika IoT Group:

**WIRELESS**

Wireless mode — IEEE 802.11b/g/n (Wi-Fi 4), Access Point (AP), Client (STA), Mesh (802.11s), Multi AP

(https://www.teltonika-networks.com/products/access-points/dap142)

**RUT951 POE+**

**RUT951 POE+**

INDUSTRIAL PoE+ CELLULAR ROUTER

Building on the success of our bestseller 4G router, this enhanced version now features versatile Power over Ethernet (PoE+) capability. This robust router boasts dual SIM and eSIM, reliable Wi-Fi, and four PoE+ Ethernet ports. Powered by RutOS and designed for diverse IoT deployments, the RUT951 PoE+ ensures seamless data transmission and simplifies power management for your connected IoT solutions.

**WIRELESS**

Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut951-poe)

**RUTM31**

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | (https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp.1 & 4 of 18)<br><br>**ATRM50**<br><br><br><br>(https://www.teltonika-networks.com/products/routers/atrm50)<br><br>**RUTM55** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **DUAL MODEM ROUTER** The RUTM56 is a future-proof dual modem router designed to bridge the gap between legacy and next-generation networks. Featuring integrated 5G and 4G Cat 4 modems, it ensures continuous operation by providing seamless fallback to 3G and 2G networks. The RUTM56 ensures high-speed, uninterrupted connectivity with dual SIM and eSIM support. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports optimise performance, while RutOS with industrial protocols and versatile VPNs simplify complex IoT setups. This single out-of-the-box product enables rapid connectivity deployment, eliminating lenghty configurations and risks associated with similar multi-device solutions. **INQUIRE NOW** **WIRELESS** Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA) (https://www.teltonika-networks.com/products/routers/rutm56) **RUTM54** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|



**WIRELESS**

Wireless mode · 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutm50)

RUTM51

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutm51)<br><br>**RUTM11** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452   Document 1-6   Filed 06/08/26   Page 24 of 71 PageID #: 302

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUTM11**<br>**INDUSTRIAL 4G LTE ROUTER**<br>The RUTM11 is an industrial LTE router from Teltonika, designed for applications that demand high data throughput and a robust network connection with zero tolerance for high latency and interruptions. The RUTM11 comes equipped with four Gigabit RJ45 ports, dual-band Wi-Fi, and dual SIM capabilities, enabling multiple failover scenarios. This router features LTE Cat 6, allowing it to achieve cellular speeds of up to 300 Mbps, which can be increased with carrier aggregation.<br><br>INQUIRE NOW<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm11)<br><br>**RUTM10** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         | <br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutm10)<br><br>**RUTXR1** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RUTXR1**<br><br>**ENTERPRISE RACK-MOUNTABLE SFP/LTE ROUTER**<br><br>The first rack-mountable LTE Cat 6 router in the Teltonika Networks portfolio comes with redundant power supplies, WAN failover, dual-SIM, SFP, USB, and dedicated console ports. This feature-rich device with highly customizable and powerful RutOS is perfect where a fast and ultra-reliable connection is needed.<br><br>**INQUIRE NOW**<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutxr1)<br><br>**RUTX50** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

## Claim 1

### Teltonika IoT Group



**RUTX50**

INDUSTRIAL 5G ROUTER

RUTX50 is a dual-SIM multi-network router offering 5G mobile communication for high-speed and data-heavy applications. Together with 5x Gigabit Ethernet ports and dual-band Wi-Fi, it provides data connection redundancy with auto-failover. Backward compatibility and multiple interfaces allow for long-term expandability and upgrading options.

INQUIRE NOW

**WIRELESS**

**Wireless mode** 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx50)

**RUTX14**

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/rutx14) |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|



**WIRELESS**

Wireless mode

802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx12)

**RUTX10**

**WIRELESS**

Wireless mode

802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx10)

Case 2:26-cv-00452   Document 1-6   Filed 06/08/26   Page 30 of 71 PageID #:  308

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **RUTX11**<br><br>![RUTX11 industrial cellular router. This powerful LTE Cat 6 cellular router is designed for professional applications requiring reliable, fast connection and high data throughput. The RUTX11 is equipped with four Gigabit Ethernet ports, AC Wi-Fi, Bluetooth LE, and is EN 45545-2-certified, making it approved for use in passenger trains across Europe. INQUIRE NOW]<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutx11)<br><br>**RUTM52** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  **RUTM52** DUAL 5G ROUTER The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management. **INQUIRE NOW** **WIRELESS** **Wireless mode** 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO) (https://www.teltonika-networks.com/products/routers/rutm52) **ALTOS** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 32 of 71 PageID #: 310

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  |

(https://www.teltonika-networks.com/products/routers/altos)

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **WIRELESS** <br><br> Wireless mode — IEEE 802.11b/g/n (Wi-Fi 4) Access Point (AP), Client (STA), Mesh (802.11s), Multi-AP <br><br> (https://www.teltonika-networks.com/products/routers/rut276) <br><br> **RUT281** <br><br> **RUT281** <br> COMPACT GLOBAL LTE CAT 4 ROUTER <br> The RUT281 is a compact LTE router with a reliable Telit Cat 4 modem, engineered for stable performance and long-term operation across worldwide networks. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for convenient initial profile download. Preserve network continuity with WAN failover, keeping systems online during connection loss in demanding environments. Enable flexible installations with compact 83 × 25 × 74 mm housing, ideal for space-constrained deployments. <br><br> **WIRELESS** <br><br> Wireless mode — 802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut281) <br><br> **RUT981** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



**Teltonika IoT Group**

**Claim 1**

**RUT981**

GLOBAL 4G ROUTER

The RUT981 global 4G router pairs a trusted Telit Cat 4 modem with a proven hardware platform, ensuring dependable long-term availability and performance worldwide. Integrate equipment via Wi-Fi and 4 x Ethernet ports for flexible network connections. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for convenient initial profile download. Maintain uptime with WAN failover and load balancing, ensuring continuous communication in mission-critical deployments.

**WIRELESS**

Wireless mode          802.11b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut981)

RUT986

**RUT986**

INDUSTRIAL GLOBAL LTE CAT 4 ROUTER

Deploy reliable 4G for industrial and smart infrastructure at scale. The RUT986 is a global LTE router that pairs a trusted Telit Cat 4 modem with the proven hardware platform for dependable long-term availability. Integrate equipment via 4 x Ethernet, RS232, RS485, GNSS, and multiple I/Os, and industrial protocol support, including Modbus, DNP3, and OPC UA. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for initial profile download. The RUT986 is ideal for demanding industrial deployments, offering zero-touch deployment and centralised management via RMS.

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|



**WIRELESS**

**Wireless mode**     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut986)

**RUTC40**

**RUTC40**

**GLOBAL 4G EDGE ROUTER**

Experience robust on-site computing for industrial environments with the RUTC40 edge router. This compact yet powerful and flexible device offers global 4G Cat 4 connectivity powered by a Telit modem, paired with strong processing capabilities and dual-band Wi-Fi 6. With integrated Docker support, you can run containerized applications directly on the router. Featuring 1GB of RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC40 delivers real-time data logger, seamless cloud integration, and compatibility with Remote Management System (RMS).

**WIRELESS**

**Wireless mode**     802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to
2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutc40)

**RUTC41**

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

**Teltonika IoT Group**

| Claim 1 | |
|---|---|



**RUTC41**

**4G EDGE ROUTER**

Bring powerful on-site computing to your industrial deployments with the RUTC41 edge router. This high-performance yet compact and versatile device combines 4G Cat 4 connectivity with advanced processing power and dual-band Wi-Fi 6. Built-in Docker support allows you to run containerized applications directly on the router. Equipped with 1GB RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC41 delivers secure networking, cloud integration, and real-time data logger in one rugged device.

**WIRELESS**

Wireless mode        802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutc41)

**RUTC42**

**RUTC42**

**DUAL MODEM EDGE ROUTER**

Engineered for mission-critical uptime, the RUTC42 eliminates single points of failure with two LTE Cat 4 modules for seamless failover and load balancing. This router combines a powerful CPU, expanded memory, and native Docker support to enable localized application processing. Custom RutOS configurations and integration with RMS elevate your architecture, providing real-time network map visibility, advanced data collection, and secure remote configurations to maximize operational efficiency.

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/routers/rutc42)<br><br>**RUTM16**<br><br>(https://www.teltonika-networks.com/products/routers/rutm16)<br><br>**RUTM20** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutm20) **DAP145** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 40 of 71 PageID #: 318

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>(https://www.teltonika-networks.com/products/access-points/dap145)<br><br>**TAP200**<br><br>(https://www.teltonika-networks.com/products/access-points/tap200)<br><br>**TAP400** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 41 of 71 PageID #: 319

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **TAP400** <br> **WI-FI 6 ACCESS POINT** <br><br> The TAP400 is a high-performance Wi-Fi 6 access point designed for SMBs that need fast, efficient wireless coverage and simple centralized management. Experience ultra-fast throughput with the dedicated 2.5 GbE uplink and multi-user efficiency of Wi-Fi 6. The device ensures network continuity and seamless expansion with Fast Roaming and Mesh. All network configuration, monitoring, and troubleshooting can be handled remotely via Teltonika RMS, allowing you to seamlessly reach and control other devices on the network. Upgrade your business to high-performance connectivity that covers every corner. <br><br> **WIRELESS** <br><br> **Wireless mode** — 802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402 Mbps on 5GHz and 576 Mbps on 2.4GHz (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/access-points/tap400) <br><br> **TCR100** <br><br> **TCR100** <br> **4G WI-FI ROUTER FOR HOME USER** <br><br> This LTE-A Cat 6 router also offers dual-band Wi-Fi and two Ethernet ports to connect devices. Featuring Wi-Fi and Wi-Fi Protected buttons for quick setup, this router is simple to use yet enables high customizability for advanced users with RutOS. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 42 of 71 PageID #: 320

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  |  (https://www.teltonika-networks.com/products/routers/tcr100)<br><br>**RUT360**<br><br>(https://www.teltonika-networks.com/products/routers/rut360)<br><br>**RUT240** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



**Teltonika IoT Group**

Claim 1

RUT240
INDUSTRIAL CELLULAR ROUTER
INQUIRE NOW

**WIRELESS**

Wireless mode          802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)
(https://www.teltonika-networks.com/products/routers/rut240)

RUT950

RUT950
INDUSTRIAL CELLULAR ROUTER
INQUIRE NOW

**WIRELESS**

Wireless mode          802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)
(https://www.teltonika-networks.com/products/routers/rut950)

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **General information** |

**EUT Description**

| | |
|---|---|
| Model | RUT955 |
| IMEI | 861107033686909 |
| Hardware Version | 11 |
| Software Version | RUT9xx_R_AA.BB.CCC |
| Power Supply | AC adapter |
| Antenna Type | External Antenna |
| Antenna Connector | RF Connector(meet with the standard FCC Part 15.203 requirement) |
| Antenna Gain | Antenna 1: 5.00 dBi<br>Antenna 2: 5.00 dBi |
| additional beamforming gain | NA |
| Test Mode | 802.11b<br>802.11g, 802.11n(HT20/HT40); |
| Modulation Type | 802.11b: DSSS;<br>802.11g/n(HT20/HT40): OFDM |
| Max. Conducted Power | Wi-Fi 2.4G :14.52dBm |
| Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz<br>802.11n(HT40): 2422 ~ 2452 MHz |

(https://fccid.io/2AET4RUT955A/Test-Report/Test-Report-Part-15C-WIFI-2-4G-4048701.pdf pp. 1 & 6 of 69)

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **RF TEST REPORT**<br><br>**Applicant**    UAB Teltonika<br><br>**FCC ID**    2AET4RUT955V<br><br>**Product**    LTE Router<br><br>**Brand**    Teltonika<br><br>**Model**    RUT955<br><br>**Report No.**    RXA1708-0302RF02R1<br><br>**Issue Date**    December 15, 2017 |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **General information** <br><br> | EUT Description | |
| | | Model | RUT955 |
| | | IMEI | 861107031550883 |
| | | Hardware Version | 11 |
| | | Software Version | RUT9XX_R_00.03.832 |
| | | Power Supply | Adapter |
| | | Antenna Type | Sub or Retractable Antenna |
| | | Antenna Gain | 5.00 dBi |
| | | additional beamforming gain | 0 dB |
| | | Test Mode | 802.11b <br> 802.11g, 802.11n(HT20/HT40); |
| | | Modulation Type | 802.11b: DSSS; <br> 802.11g/n(HT20/HT40): OFDM |
| | | Max. Conducted Power | Wi-Fi 2.4G :12.43dBm |
| | | Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz <br> 802.11n(HT40): 2422 ~ 2452 MHz |
| | (https://fccid.io/2AET4RUT955V/Test-Report/Test-Report-3693131.pdf pp. 1 & 6 of 65) <br><br> **RUT850 LTE Router** <br><br> USER MANUAL <br><br> RUT850 LTE Router |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **2 Specifications**<br><br>**2.1 Wi-Fi**<br><br>- IEEE 802.11 b/g/n WiFi standards<br>- AP and STA modes<br>- 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>- 2.401-2.495 Ghz WiFi frequency range*<br>- 20dBm max WiFi TX power<br>- SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/3/3f/RUT850_manual_v1_14.pdf pp. 1 & 9 of 107)<br><br>**RUT230 3G Router**<br><br>USER MANUAL<br><br>RUT230 3G Router<br><br>**2.2 Wi-Fi**<br><br>- IEEE 802.11 b/g/n WiFi standards<br>- AP and STA modes<br>- 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>- 2.401 – 2.495GHz Wi-Fi frequency range*<br>- 20dBm max WiFi TX power<br>- SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/8/89/RUT230_manual_v1_15.pdf pp. 1 & 9 of 149)<br><br>**RUT900 Wireless** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **RUT900 Wireless** (legacy WebUI)<br><br>Page · Read · View source · View history · Tools ⌄<br><br>Main Page > EOL Products > RUT900 > RUT900 Manual > RUT900 Legacy WebUI > RUT900 Network section (legacy) > **RUT900 Wireless (legacy WebUI)**<br><br>The information in this page is updated in accordance with firmware version **RUT9XX_R_00.06.09.5**.<br><br>**Note**: *this user manual page is for RUT900's old WebUI style available in earlier FW versions.* ***Click here*** *for information based on the latest FW version.*<br><br>**Summary**<br><br>The **Wireless** page is used to configure and manage WiFi Access Points (AP) and WiFi Stations (STA). RUT900 devices support 2.4 GHz IEEE 802.11 b/g/n and 802.11e_WMM wireless technologies. |

Case 2:26-cv-00452   Document 1-6   Filed 06/08/26   Page 49 of 71 PageID #: 327

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 50 of 71 PageID #: 328

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **Field** / **Value** / **Description** table below |

| Field | Value | Description |
|-------|-------|-------------|
| **Mode** | Auto \| 802.11b \| 802.11g \| 802.11g+n; default: **802.11g+n** | Selects the wireless protocol. Different modes provide different wireless standard support which directly impacts the radio's throughput performance. |
| **HT mode** | 20MHz \| 40MHz 2nd channel below \| 40MHz 2nd channel above; default: **20MHz** | HT (High Throughput) mode specifies WiFi channel bandwidth. 40 MHz bandwidth provides better performance but it overlaps with 4 adjacent channels on each side. Therefore, it might overlap with many other Access Points operating at similar frequencies. If that is the case, the router will switch back to 20 MHz mode automatically to reduce interference. 40 MHz is only available when the WiFi Channel is selected manually in the General Setup section. |

(https://wiki.teltonika-networks.com/view/RUT900_Wireless_(legacy_WebUI))

**RUT500 3G Router**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.induo.com/wp-content/uploads/2014/03/rut-500-router.pdf pp. 1 & 6 of 55) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 52 of 71 PageID #: 330

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT905 3G Router**<br><br><br><br>**2.2 Wi-Fi**<br><br>• IEEE 802.11 b/g/n WiFi standards<br>• 2x2 MIMO<br>• AP and STA modes<br>• 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>• 2.401 – 2.495GHz Wi-Fi frequency range<br>• 20dBm max WiFi TX power<br>• SSID stealth mode and access control based on MAC address<br><br>(https://www.getic.ee/files/catalogue/teltonika/user-manual-teltonika-rut905.pdf pp. 1 & 10 of 162) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-6   Filed 06/08/26   Page 53 of 71 PageID #: 331

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT550 LTE Router**  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | (https://www.induo.com/wp-content/uploads/2014/03/lte-router-rut-550-teltonika.pdf pp. 1 & 7 of 68)<br><br>**Teltonika Energy EVC2**<br><br><br><br>(https://www.teltonika-energy.com/products/evc2)<br><br>**TeltoCharge EVC1** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **CHARGER CONNECTIVITY**<br><br>WiFi 2.4 GHz b/g/n connection — Yes<br>Local management via APP — Yes<br>NFC reader — Yes<br>OCPP 1.6 — Yes<br>Ethernet (RJ45) — Yes<br>4G/LTE (CAT1), 3G, 2G (optional) — Yes |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group | | | | | |
|---------|---------------------|---|---|---|---|---|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC100 | EVC1000P4011 | Slate grey | 7.4kw | type 2 socket | – |
| | | EVC100000000 | N/A | 7.4kw | type 2 socket | – |
| | EVC101 | EVC1010P1000 | Slate grey | 7.4kw | type 2 cable (5m) | – |
| | | EVC1010W1011 | Wooden | 7.4kw | type 2 cable (5m) | – |
| | | EVC101000000 | N/A | 7.4kw | type 2 cable (5m) | – |
| | | EVC1010P1111 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | | EVC1010P1011 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | | EVC1010W1111 | Wooden | 7.4kw | type 2 cable (7.5m) | – |
| | | EVC101000400 | N/A | 7.4kw | GBT cable (5m) | – |
| | | EVC1010000TH | N/A | 7.4kw | type 2 cable (5m) | 10mm2 terminal |
| | EVC111 | EVC1110P1111 | Slate grey | 11kw | type 2 cable (7.5m) | – |
| | | EVC1110P1011 | Slate grey | 11kw | type 2 cable (5m) | – |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group | | | | | |
|---------|---------|---------|---------|---------|---------|---------|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC111 | EVC1110W1111 | Wooden | 11kw | type 2 cable (7.5m) | – |
| | | EVC1110P1000 | Slate grey | 11kw | type 2 cable (5m) | – |
| | | EVC1110W1011 | Wooden | 11kw | type 2 cable (5m) | – |
| | | EVC111000000 | N/A | 11kw | type 2 cable (5m) | – |
| | | EVC1100P4000 | Slate grey | 11kw | type 2 socket | – |
| | EVC120 | EVC1201P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4011 | Slate grey | 11kw | type 2 socket | – |
| | | EVC1201P4011 | Slate grey | 22kw | type 2 socket | Quectel EG91-EX modem |
| | | EVC120000000 | N/A | 22kw | type 2 socket | – |
| | | EVC120100000 | N/A | 22kw | type 2 socket | Quectel EG91-EX modem |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group | | | | | |
|---|---|---|---|---|---|---|
| | **PRODUCT GROUP** | **PRODUCT CODE** | **FRONT PANEL COLOR** | **CHARGING CAPACITY** | **OUTPUT** | **ADDITIONAL INFORMATION** |
| | EVC120 | EVC1201P4000 | Slate grey | 22kW | type 2 socket | Quectel EG91-EX modem |
| | | EVC1210P1011 | Slate grey | 22kW | type 2 cable (5m) | – |
| | | EVC1210P1111 | Slate grey | 22kW | type 2 cable (7.5m) | – |
| | | EVC1210W1111 | Wooden | 22kW | type 2 cable (7.5m) | – |
| | | EVC1210P1000 | Slate grey | 22kW | type 2 cable (5m) | – |
| | | EVC1210W1011 | Wooden | 22kW | type 2 cable (5m) | – |
| | EVC121 | EVC1211P1000 | Slate grey | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211W1011 | Wooden | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC121000000 | N/A | 22kW | type 2 cable (5m) | – |
| | | EVC121100000 | N/A | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211P1011 | Slate grey | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211W1111 | Wooden | 22kW | type 2 cable (7.5m) | Quectel EG91-EX modem |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 61 of 71 PageID #:  339

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| EVC121 | EVC1211P1111 | Slate grey | 22kW | type 2 cable (7.5m) | Quectel EG91-EX modem |
| | EVC1210000TH | N/A | 22kW | type 2 cable (5m) | 10mm2 terminal |

(https://wiki.teltonika-energy.com/images/f/f4/TeltoCharge_Datasheet_EVC10-12_25.06.02.pdf    pp. 1-7 of 8)

**TeltoCharge EVC13**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **TECHNICAL DATASHEET**<br><br>**DIMENSIONS**<br>Width 6.69 (in) — Height 13.42 (in) — Depth 3.70 (in)<br><br>**FRONT PLATE OPTIONS**<br>Slate Grey — Accoya Wood — Burgundy — Granite Brown — Winter White<br><br>**FRONT PLATE FINISH**<br><br>**OUTPUT OPTIONS**<br>A — Type 1 cable<br><br>**CONNECTIVITY TYPES**<br>Bluetooth — Ethernet — WiFi — RFID (NFC)<br>APP — OCPP 1.6<br><br>**CHARGER CONNECTIVITY**<br><br>WiFi 2.4 Ghz b/g/n connection — Yes<br>Local managment via APP — Yes<br>NFC reader — Yes<br>OCPP 1.6 — Yes<br>Ethernet (RJ45) — Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |



(https://wiki.teltonika-energy.com/images/2/2f/TeltoCharge_Datasheet_EVC13-print.pdf pp. 1-4 of 5)

**TeltoCharge EVC16**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-6    Filed 06/08/26    Page 64 of 71 PageID #: 342

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **CHARGER CONNECTIVITY**<br><br>WiFi 2.4 GHz b/g n connection — Yes<br>Local management via APP — Yes<br>NFC reader — Yes<br>OCPP 1.6 — Yes<br>Ethernet (RJ45) — Yes<br>4G/LTE (CAT1), 3G, 2G (optional) — Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |||||| |
|---|---|---|---|---|---|---|---|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION | |
| | EVC160 | EVC1603P4001 | Slate grey | 7.4kw | type 2 socket | Quectel EG91-EX modem; CT | |
| | | EVC1602P4001 | Slate grey | 7.4kw | type 2 socket | CT | |
| | | EVC160200001 | - | 7.4kw | type 2 socket | PEN fault protection; CT | |
| | | EVC160300001 | - | 7.4kw | type 2 socket | PEN fault protection Quectel EG91-EX modem; CT | |
| | EVC161 | EVC1612P1001 | Slate grey | 7.4kw | type 2 cable (5m) | CT | |
| | | EVC1613P1001 | Slate grey | 7.4kw | type 2 cable (5m) | Quectel EG91-EX modem; CT | |
| | | EVC161200001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; CT | |
| | | EVC161300001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; Quectel EG91-EX modem; CT | |

(https://wiki.teltonika-energy.com/images/b/b7/TeltoCharge_Datasheet_EVC16_UK_24.09.16.pdf pp. 1-4 of 6)

| a plurality of signal inputs, each signal input configured to provide an input signal; | Defendants, using the Accused Products, comprise a plurality of signal inputs, each signal input configured to provide an input signal. |
|---|---|

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,548,592

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



**Teltonika IoT Group**

**Claim 1**

**Figure 20-3—Transmitter block diagram 2**

(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)

NOTES
—There might be 1 or 2 FEC encoders when BCC encoding is used.
—The stream parser might have 1, 2, 3 or 4 outputs.
—When LDPC encoding is used, the interleavers are not used
—When STBC is used, the STBC block has more outputs than inputs.
—When spatial mapping is used, there might be more transmit chains than space time streams.
—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

U.S. Patent No. 7,548,592

| Claim 1 | Teltonika IoT Group |
|---|---|
| a plurality of multipliers, each multiplier configured to weight an input signal with a respective value of a vector (V); | Defendants, using the Accused Products, comprise a plurality of multipliers, each multiplier configured to weight an input signal with a respective value of a vector (V).<br><br>In Spatial Expansion and Beamforming, the Spatial Mapping comprises a plurality of multipliers, each configured to weight an input signal (e.g., space-time stream) with a respective value of a vector (e.g., matrix of steering vectors).<br><br>h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br>3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |
| a plurality of combiners, each combiner configured to combine respective ones of the plurality of weighted input signals; and | Defendants, using the Accused Products, comprise a plurality of combiners, each combiner configured to combine respective ones of the plurality of weighted input signals.<br><br>The "Analog and RF" include modulators which are a plurality of combiners that combine respective ones of the weighted input signals with a carrier frequency. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-6   Filed 06/08/26   Page 69 of 71 PageID #: 347

| Claim 1 | Teltonika IoT Group |
|---|---|
| | The transmitted signal is described in complex baseband signal notation. The actual transmitted signal is related to the complex baseband signal by the relation shown in Equation (20-1).<br><br>$$r_{RF}(t) = \text{Re}\{r(t)\exp(j2\pi f_c t)\} \qquad (20\text{-}1)$$<br><br>where<br><br>Re{.}    represents the real part of a complex variable<br>$f_c$    is the center frequency of the carrier<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1691) |
| a plurality of antennas, each antenna configured to transmit one of the combined weighted input signals; | Defendants, using the Accused Products, comprise a plurality of antennas, each antenna configured to transmit one of the combined weighted input signals.<br><br>t)    Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| wherein V comprises a matrix of transmitter weighting coefficients, L comprises a lower triangular matrix, and the inverse of V is designated V−1 such that V−1L−1 comprises a matrix of | Defendants, using the Accused Products, comprise wherein V comprises a matrix of transmitter weighting coefficients, L comprises a lower triangular matrix, and the inverse of V is designated V−1 such that V−1L−1 comprises a matrix of receiver weighting coefficients.<br><br>The signal transmitter uses a matrix of transmitter weighting coefficients (e.g., a CSD matrix) and a lower triangular matrix (e.g., D). And, the product of the inverse of the matrix of transmitter weighting coefficients and the inverse of the lower triangular matrix comprises a matrix of receiver weight coefficients (e.g., a spatial mapping matrix). |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| receiver weighting coefficients. | c) *Spatial expansion:* $Q_k$ is the product of a CSD matrix and a square matrix formed of orthogonal columns. As an illustration:<br><br>1) The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values:<br><br>i) $N_{TX}{=}2, N_{STS}{=}1, D = \frac{1}{\sqrt{2}}\begin{bmatrix} 1 & 1 \end{bmatrix}^T$<br><br>ii) $N_{TX}{=}3, N_{STS}{=}1, D = \frac{1}{\sqrt{3}}\begin{bmatrix} 1 & 1 & 1 \end{bmatrix}^T$<br><br>iii) $N_{TX}{=}4, N_{STS}{=}1, D = \frac{1}{2}\begin{bmatrix} 1 & 1 & 1 & 1 \end{bmatrix}^T$<br><br>iv) $N_{TX}{=}3, N_{STS}{=}2, D = \sqrt{\frac{2}{3}}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 1 & 0 \end{bmatrix}$<br><br>v) $N_{TX}{=}4, N_{STS}{=}2, D = \frac{1}{\sqrt{2}}\begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 1 & 0 \\ 0 & 1 \end{bmatrix}$<br><br>vi) $N_{TX}{=}4, N_{STS}{=}3, D = \frac{\sqrt{3}}{2}\begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0 \end{bmatrix}$ |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | 2) Different spatial expansion over subcarriers should be used in HT-mixed format only and with the smoothing bit equal to 0:<br><br>i) $N_{TX}=2, N_{STS}=1, [Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \end{bmatrix}^T$ or $[Q_k]_{N_{STS}} = \begin{bmatrix} 0 & 1 \end{bmatrix}^T$<br><br>ii) $N_{TX}=3, N_{STS}=2, [Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}, \begin{bmatrix} 1 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}$ or $\begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 1 \end{bmatrix}$<br><br>iii) $N_{TX}=4, N_{STS}=2, [Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}, \begin{bmatrix} 1 & 0 \\ 0 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}, \begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 0 \\ 0 & 1 \end{bmatrix}$ or $\begin{bmatrix} 0 & 0 \\ 1 & 0 \\ 0 & 1 \\ 0 & 0 \end{bmatrix}$<br><br>iv) $N_{TX}=4, N_{STS}=3, [Q_k]_{N_{STS}} = \begin{bmatrix} 1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 0 \\ 0 & 0 & 1 \end{bmatrix}$ or $\begin{bmatrix} 1 & 0 & 0 \\ 0 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \end{bmatrix}$<br><br>d) *Beamforming steering matrix:* $Q_k$ is any matrix that improves the reception in the receiver based on some knowledge of the channel between the transmitter and the receiver. With transmit beamforming with explicit feedback, the steering matrix $Q_k$ is determined using either $H_{eff}$ for CSI feedback or $V_k$ for noncompressed and compressed matrices feedback from the STA to which the beamformed packet is addressed.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), pp. 1722-24) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC