# EXHIBIT F

| Claim 1 | Teltonika IoT Group |
|---|---|
| 1. A MIMO signal transmitter, comprising: | Teltonika IoT Group and Teltonika Networks, UAB ("Teltonika" or "Defendants") using (including via testing), practice Claim 1. Teltonika 802.11n Wi-Fi compatible devices, including, but not limited to **RUTC50, RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13, TeltoCharge EVC16, etc.,** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), provide a MIMO signal transmitter.<br><br>For example, Teltonika's RUTC50, incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11n wireless networking standards.<br><br>Teltonika RUTC50 comprises a MIMO signal transmitter.<br><br>**TELTONIKA**<br><br>**RUTC50** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|



**RUTC50**

**5G POWERHOUSE WITH WI-FI 6**

Unleash the full potential of your edge applications with the RUTC50 5G router. This compact powerhouse combines ultra-fast 5G (up to 3.4 Gbps), dual-band Wi-Fi 6, and enhanced processing power with 1GB RAM and 8GB flash memory. Featuring dual SIM and eSIM for global, touch-free deployments, the RUTC50 delivers lightning-fast, low-latency communication for mission-critical operations. Rugged, powerful, and future-ready.

**WIRELESS**

**Wireless mode**    802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutc50)

Additional products offered by Teltonika that implement 802.11n Wi-Fi technology and practices the claim includes **RUT202, RUT204, RUT956, RUT200, RUT901, RUT951, TAP100, RUT906, RUT260, RUT140, RUT142, RUT361, RUT241, RUT271, RUT976, RUT206, DAP140, DAP142, RUT951 PoE+, RUTM31, ATRM50, RUTM55, RUTM30, RUTM56, RUTM54, RUTM50, RUTM51, RUTM11, RUTM10, RUTXR1, RUTX50, RUTX14, RUTX12, RUTX10, RUTX11, RUTM52, ALTOS, OTD144, RUT145, RUT276, RUT281, RUT981, RUT986, RUTC40, RUTC41, RUTC42, RUTM16, RUTM20, DAP145, TAP200, TAP400, TCR100, RUT360, RUT240, RUT950, RUT955, RUT850 LTE Router, RUT230 3G Router, RUT900 Wireless, RUT500 3G Router, RUT905 3G Router, RUT550 LTE Router, Teltonika Energy EVC2, TeltoCharge EVC1, TeltoCharge EVC13 and TeltoCharge EVC16.** The accused products implement wireless networking capabilities in accordance with the IEEE 802.11n (Wi-Fi 4) standard, as required by the claim. While certain models utilize IEEE 802.11ac (Wi-Fi 5) or IEEE 802.11ax (Wi-Fi 6), both standards maintain backward compatibility with IEEE 802.11n, thereby supporting functionalities consistent with the 802.11n specification. (See: Data Alliance – Wi-Fi Standards Comparison). Supporting evidence demonstrating the implementation of the IEEE 802.11n standard in these devices is provided below.

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 4 of 71 PageID #: 353

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT202**<br><br>(https://www.teltonika-networks.com/products/routers/rut202)<br>**RUT204** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT204** <br> **CAN BUS LTE ROUTER** <br><br> Designed for efficient machine data connectivity, the RUT204 combines native CAN FD hardware with LTE Cat 4 to enable direct and secure transmission of CAN data without external converters. Support for CANOpen and J1939 allows seamless integration with CAN based equipment. Built for industrial and mobile applications, this compact router also features GNSS for asset tracking, Wi-Fi 4, Dual SIM, PoE-in, RS232, Ethernet, and a wide 9 - 57 VDC power range. Embedded RutOS and RMS support enable zero touch deployment, remote monitoring, and scalable fleet management to reduce complexity and improve operational efficiency. <br><br> **WIRELESS** <br><br> Wireless mode    802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut204) <br><br> **RUT956** <br><br> **RUT956** <br> **INDUSTRIAL CELLULAR ROUTER** <br><br> RUT956 is an industrial router that combines cellular, Wi-Fi, and wired connectivity options with automatic WAN failover and GNSS capabilities. Serial communication interfaces enable integrating more varied devices into the solution ecosystem, while I/O and advanced RutOS software facilitate equipment control, automation, and event notifications. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **WIRELESS**<br><br>Wireless mode — 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>([https://www.teltonika-networks.com/products/routers/rut956](https://www.teltonika-networks.com/products/routers/rut956))<br><br>**RUT200**<br><br>**RUT200**<br>INDUSTRIAL CELLULAR ROUTER<br>RUT200 is a compact industrial cellular router that provides reliable, mission-critical connectivity in rigorous conditions common in industries like automation, transportation, and manufacturing. This model is equipped with 4G LTE, Wi-Fi, and two Ethernet ports, making it ideal for quickly setting up primary and backup connectivity with remote management capabilities.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>([https://www.teltonika-networks.com/products/routers/rut200](https://www.teltonika-networks.com/products/routers/rut200))<br><br>**RUT901** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT901**<br>**INDUSTRIAL CELLULAR ROUTER**<br>The RUT901 cellular router delivers the top-rated features of its predecessors, the RUT950 and RUT951, to the market. The device ensures high-performance, providing automatic WAN failover to an available backup connection, guaranteeing network continuity and eliminating downtime.<br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut901)<br><br>**RUT951**<br><br>**RUT951**<br>**INDUSTRIAL CELLULAR ROUTER**<br>RUT951 features dual-SIM cellular connectivity combined with Wi-Fi and four Ethernet interfaces to meet the needs of the most varied IoT scenarios. Powered by RutOS, this router offers advanced customization options, automation features, and top-level security for your solution.<br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rut951) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 8 of 71 PageID #: 357

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **TAP100**<br><br>**TAP100**<br>**WI-FI ACCESS POINT**<br>TAP100 is the first-ever Teltonika Networks Access Point, perfect for strengthening Wi-Fi coverage in small enterprise and commercial spaces. This PoE-in access point can be powered by active PoE devices via its RJ45 port and was designed with simplicity and ease of installation in mind.<br><br>**WIRELESS**<br><br>Wireless mode                802.11b/g/n (Wi-Fi 4)<br>(https://www.teltonika-networks.com/products/access-points/tap100)<br><br>**RUT906**<br><br>**RUT906**<br>**4G LTE RS232/RS485 Router**<br>Cellular 4G router for industrial IoT applications, supporting serial interfaces RS232 and RS485, MQTT, BACnet, I/Os, Ethernet, and more. This cellular router is equipped with GNSS and failsafe features such as Dual SIM, auto-failover, and backup WAN.<br><br>**WIRELESS**<br><br>Wireless mode                802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut906) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 9 of 71 PageID #: 358

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **RUT260**<br><br>**RUT260**<br>LTE CAT 6 CELLULAR ROUTER<br><br>RUT260 is a Teltonika Networks LTE Cat 6 cellular router with WAN failover. Balancing the key features of the RUT240 and RUT360, this cellular router is powerful, lightweight, and supports a wide variety of industrial protocols, including MQTT, SNMP, Modbus, and more.<br><br>WIRELESS<br><br>Wireless mode    802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut260)<br><br>**RUT140**<br><br>**RUT140**<br>INDUSTRIAL MODBUS ROUTER<br><br>The RUT140 is a compact industrial Ethernet router, enhancing security through network isolation for end devices. Equipped with two Ethernet ports, DIN rail bracket, and an industrial 3-pin connector, it ensures seamless connectivity and easy installation. The router comes with RutOS, Wi-Fi 4, and supports industrial protocols such as Modbus, DLMS, DNP3, and OPC UA, and is compatible with RMS for efficient remote and on-site management.<br><br>WIRELESS<br><br>Wireless mode    802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | (https://www.teltonika-networks.com/products/routers/rut140)<br><br>**RUT142**<br><br>RUT142<br>INDUSTRIAL RS232 ROUTER<br>The RUT142 is a compact industrial Ethernet router, enhancing security through network isolation for end devices. Equipped with the RS232 serial interface, two Ethernet ports, DIN rail bracket, and an industrial 3-pin connector, it ensures seamless connectivity and easy installation. The router comes with RutOS, Wi-Fi 4, and supports industrial protocols such as Modbus, DLMS, DNP3, and OPC UA, and is compatible with RMS for efficient remote and on-site management.<br><br>**WIRELESS**<br><br>Wireless mode      802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut142)<br><br>**RUT361**<br><br>RUT361<br>INDUSTRIAL CELLULAR ROUTER<br>The RUT361 is a robust cellular router with speeds of up to 300 Mbps with carrier aggregation, vital for IoT solutions demanding uninterrupted networks in challenging environments. Remote monitoring, advanced security features, and WAN failover make this LTE Cat 6 router feature-rich, and two Wi-Fi antennas ensure greater device applicability in diverse M2M applications. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 11 of 71 PageID #: 360

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **WIRELESS** <br><br> Wireless mode      802.11 b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut361) <br><br> **RUT241** <br><br> **RUT241** <br> **INDUSTRIAL 4G eSIM™ ROUTER** <br> The RUT241 is a compact, industrial-grade cellular router designed for reliable and versatile connectivity in IoT and M2M applications. RUT241 features rugged design, multiple connection interfaces including 4G LTE, Wi-Fi, and two Ethernet ports, as well as full compatibility with Teltonika's Remote Management System (RMS). With support for automatic WAN failover and advanced RutOS software, the RUT241 enables continuous connectivity and solution automation through its digital inputs and outputs. RUT241 includes eSIM™ functionality based on the SGP.22 architecture, allowing up to seven eSIM™ profiles alongside a physical SIM card—easily managed via WebUI and RMS—offering even greater flexibility for global deployment. A non-eSIM™ version is also available - see the order code for details. <br><br> **WIRELESS** <br><br> Wireless mode      802.11 b/g/n (Wi-Fi 4), Access Point (AP), Station (STA) <br><br> (https://www.teltonika-networks.com/products/routers/rut241) <br><br> **RUT271** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 12 of 71 PageID #: 361

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  (https://www.teltonika-networks.com/products/routers/rut271)<br><br>**RUT976** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | <br><br>(https://www.teltonika-networks.com/products/routers/rut976)<br><br>**RUT206**<br><br>(https://www.teltonika-networks.com/products/routers/rut206)<br><br>**DAP140** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **DAP140**<br><br>**INDUSTRIAL WIRELESS ACCESS POINT**<br><br>The DAP140 is a Teltonika industrial wireless access point with passive PoE-in, designed to enhance Wi-Fi coverage and performance in industrial environments. Featuring Wi-Fi 4 with Wi-Fi mesh and Fast Roaming, as well as dual RJ45 ports and support of up to 50 simultaneous connections, this wireless access point is integral in maintaining reliable connectivity. An integrated DIN rail bracket, 3-pin power connector, and industrial-grade aluminium housing make the DAP140 the ideal access point for industrial applications.<br><br>**WIRELESS**<br><br>Wireless mode — IEEE 802.11b/g/n (Wi-Fi 4), Access Point (AP), Client (STA), Mesh (802.11s), Multi AP<br><br>(https://www.teltonika-networks.com/products/access-points/dap140)<br><br>**DAP142**<br><br>**DAP142**<br><br>**RS232 WIRELESS ACCESS POINT**<br><br>The DAP142 is a Teltonika industrial wireless access point with passive PoE, engineered for enhanced and reliable Wi-Fi coverage and performance in industrial environments. This access point is equipped with an RS232 port and two RJ45 ports, and is powered via a 3-pin power connector, making it ideal for specialised industrial applications. In addition to Wi-Fi 4 capabilities, the DAP142 supports Wi-Fi mesh, Fast Roaming, and up to 50 simultaneous connections. With an integrated DIN rail bracket, durable aluminium casing, and plug-and-play functionality, this wireless access point provides simple installation and configuration at minimum effort. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595



| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         | **WIRELESS**<br><br>Wireless mode     IEEE 802.11b/g/n (Wi-Fi 4), Access Point (AP), Client (STA), Mesh (802.11s), Multi AP<br>(https://www.teltonika-networks.com/products/access-points/dap142)<br><br>**RUT951 POE+**<br><br>**RUT951 POE+**<br>**INDUSTRIAL PoE+ CELLULAR ROUTER**<br>Building on the success of our bestseller 4G router, this enhanced version now features versatile Power over Ethernet (PoE+) capability. This robust router boasts dual SIM and eSIM, reliable Wi-Fi, and four PoE+ Ethernet ports. Powered by RutOS and designed for diverse IoT deployments, the RUT951 PoE+ ensures seamless data transmission and simplifies power management for your connected IoT solutions.<br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut951-poe)<br><br>**RUTM31** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|



DATASHEET - RUTM31

**Wireless**

**Wireless mode** — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

**WiFi security** — WPA2-Enterprise - PEAP, WPA2-PSK, WPA-EAP, WPA-PSK, WPA3-SAE, WPA3-EAP, OWE; AES-CCMP, TKIP, Auto-cipher modes, client separation, EAP-TLS with PKCS#12 certificates, disable auto-reconnect, 802.11w Protected Management Frames (PMF)

RUTM31
v1.0

RUTM31

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (https://www.mouser.com/datasheet/2/1098/rutm31_datasheet_v1-3601489.pdf pp.1 & 4 of 18)<br><br>**ATRM50**<br><br>ATRM50<br>5G ROUTER FOR TRANSPORTATION<br>The ATRM50 is a rugged 5G router built for transportation, featuring 4 x M12 Gigabit Ethernet ports and M12 power input for durable, secure connections. It delivers ultra-high cellular speeds up to 3.4 Gbps and supports dual SIM with eSIM™ for seamless failover. Certified to EN 45545-2 and EN 50155 standards, the ATRM50 is engineered to meet the rigorous safety and reliability requirements of railway systems—while also being a strong fit for other demanding transportation environments.<br><br>WIRELESS<br>Wireless mode 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br>(https://www.teltonika-networks.com/products/routers/atrm50)<br><br>**RUTM55** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**



**RUTM55**

5G Industrial Router

Bring 5G to your industrial networks with RUTM55. This advanced router delivers ultra–high 5G speeds (up to 3.4 Gbps) coupled with versatile 4 x Gigabit Ethernet and Wi-Fi 5 connectivity options. Ensure maximum uptime with dual SIM/eSIM auto–failover. Connect legacy RS232/RS485 devices directly, protecting investments and modernizing infrastructure. Tailored for industrial demands via 3–PIN power input, RUTM55 provides robust, future–proof reliability.

**INQUIRE NOW**

**WIRELESS**

Wireless mode — 802.11 b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutm55)

**RUTM30**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  |  (https://www.teltonika-networks.com/products/routers/rutm30)<br><br>**RUTM56** |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 19 of 71 PageID #: 368

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 20 of 71 PageID #: 369

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  (https://www.teltonika-networks.com/products/routers/rutm56) **RUTM54** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         | <br><br>(https://www.teltonika-networks.com/products/routers/rutm50)<br><br>**RUTM51** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 24 of 71 PageID #: 373

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm11)<br><br>**RUTM10** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/rutm10)<br><br>**RUTXR1** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 26 of 71 PageID #: 375

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://www.teltonika-networks.com/products/routers/rutxr1) <br><br> **RUTX50** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



**Teltonika IoT Group**

**Claim 1**

RUTX14

4G LTE CAT12 INDUSTRIAL CELLULAR ROUTER

RUTX14 is the fastest single modem LTE-A Cat 12 router in the Teltonika Networks product range. With two SIM cards, Wave-2 dual-band Wi-Fi, five Gigabit Ethernet ports, and automatic failover, you may expect high compatibility, unbeatable network resilience, and exceptional speed.

INQUIRE NOW

**WIRELESS**

Wireless mode

802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx14)

RUTX12

RUTX12

DUAL LTE CAT 6 INDUSTRIAL CELLULAR ROUTER

This powerful dual LTE Cat 6 router is a great fit for mission-critical applications. Two cellular modems for dual simultaneous connections, seamless mobile service switching and load balancing features make this device irreplaceable in applications where losing connection is not an option.

INQUIRE NOW

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
| --- | --- |
| |

**WIRELESS**

**Wireless mode**   802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx12)

**RUTX10**

**WIRELESS**

**Wireless mode**   802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx10) |

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

RUTX11

**INDUSTRIAL CELLULAR ROUTER**

This powerful LTE Cat 6 cellular router is designed for professional applications requiring reliable, fast connection and high data throughput. The RUTX11 is equipped with four Gigabit Ethernet ports, AC Wi-Fi, Bluetooth LE, and is EN 45545-2-certified, making it approved for use in passenger trains across Europe.

**INQUIRE NOW**

**WIRELESS**

Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutx11)

RUTM52

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUTM52**<br><br>DUAL 5G ROUTER<br><br>The RUTM52 is a future-proof 5G router designed for mission-critical applications, featuring dual 5G modems, multi-WAN capabilities, and 4G LTE Cat 20 fallback. With dual SIM slots, eSIM support, and compatibility with SA and NSA 5G architectures, it ensures high-speed, uninterrupted connectivity today and years ahead. Load balancing, Wi-Fi 5, and five Gigabit Ethernet ports enhance performance, while RutOS with industrial protocols and various VPNs make it versatile for complex setups. Compatible with RMS, the RUTM52 is ideal for secure and efficient remote management.<br><br>INQUIRE NOW<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm52)<br><br>**ALTOS** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|



**INTEGRAL WIRELESS TECHNOLOGIES LLC**

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 33 of 71 PageID #: 382

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | (https://www.teltonika-networks.com/products/routers/otd144)<br><br>**RUT145**<br><br><br><br>(https://www.teltonika-networks.com/products/routers/rut145)<br><br>**RUT276** |

INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 34 of 71 PageID #: 383

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (https://www.teltonika-networks.com/products/routers/rut276)<br><br>**RUT281**<br><br>(https://www.teltonika-networks.com/products/routers/rut281)<br><br>**RUT981** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**Teltonika IoT Group**

**RUT981**

GLOBAL 4G ROUTER

The RUT981 global 4G router pairs a trusted Telit Cat 4 modem with a proven hardware platform, ensuring dependable long-term availability and performance worldwide. Integrate equipment via Wi-Fi and 4 x Ethernet ports for flexible network connections. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for convenient initial profile download. Maintain uptime with WAN failover and load balancing, ensuring continuous communication in mission-critical deployments.

**WIRELESS**

Wireless mode        802.11 b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut981)

RUT986

**RUT986**

INDUSTRIAL GLOBAL LTE CAT 4 ROUTER

Deploy reliable 4G for industrial and smart infrastructure at scale. The RUT986 is a global LTE router that pairs a trusted Telit Cat 4 modem with the proven hardware platform for dependable long-term availability. Integrate equipment via 4 x Ethernet, RS232, RS485, GNSS, and multiple I/Os, and industrial protocol support, including Modbus, DNP3, and OPC UA. Ensure always-on connectivity with SIM and eSIM, and use eSIM bootstrap for initial profile download. The RUT986 is ideal for demanding industrial deployments, offering zero-touch deployment and centralised management via RMS.

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**



| Claim 1 | Teltonika IoT Group |
|---------|---------------------|

**WIRELESS**

**Wireless mode**     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rut986)

**RUTC40**

**RUTC40**

**GLOBAL 4G EDGE ROUTER**

Experience robust on-site computing for industrial environments with the RUTC40 edge router. This compact yet powerful and flexible device offers global 4G Cat 4 connectivity powered by a Telit modem, paired with strong processing capabilities and dual-band Wi-Fi 6. With integrated Docker support, you can run containerized applications directly on the router. Featuring 1GB of RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC40 delivers real-time data logger, seamless cloud integration, and compatibility with Remote Management System (RMS).

**WIRELESS**

**Wireless mode**     802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)

(https://www.teltonika-networks.com/products/routers/rutc40)

**RUTC41**

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 37 of 71 PageID #: 386

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **RUTC41**<br><br>**4G EDGE ROUTER**<br><br>Bring powerful on-site computing to your industrial deployments with the RUTC41 edge router. This high-performance yet compact and versatile device combines 4G Cat 4 connectivity with advanced processing power and dual-band Wi-Fi 6. Built-in Docker support allows you to run containerized applications directly on the router. Equipped with 1 GB RAM, a dual-core 1.3 GHz CPU, and industrial-grade RutOS features, the RUTC41 delivers secure networking, cloud integration, and real-time data logger in one rugged device.<br><br>**WIRELESS**<br><br>Wireless mode — 802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402Mbps on 5GHz, 576Mbps on 2.4GHz (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutc41)<br><br>**RUTC42**<br><br>**RUTC42**<br><br>**DUAL MODEM EDGE ROUTER**<br><br>Engineered for mission-critical uptime, the RUTC42 eliminates single points of failure with two LTE Cat 4 modules for seamless failover and load balancing. This router combines a powerful CPU, expanded memory, and native Docker support to enable localized application processing. Custom RutOS configurations and integration with RMS elevate your architecture, providing real-time network map visibility, advanced data collection, and secure remote configurations to maximize operational efficiency. |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **WIRELESS**<br><br>**Wireless mode**   802.11b/g/n/ac/ax (Wi-Fi 6) with data transmission rates up to 2402 Mbps on 5 GHz, 576 Mbps on 2.4 GHz (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutc42)<br><br>**RUTM16**<br><br><br><br>**WIRELESS**<br><br>**Wireless mode**   802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO)<br><br>(https://www.teltonika-networks.com/products/routers/rutm16)<br><br>**RUTM20** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  |  |

**RUTM20**

COMPACT 5G ROUTER

**Deploy 5G where size and cost matter. The RUTM20 is an ultra-compact global 5G router engineered for IoT and IIoT solutions. Leverage worldwide connectivity with a global Telit 5G modem. Streamline deployments with PoE, enabling single-cable power delivery. With integrated eSIM, you can manage carrier switching at scale, eliminating costly site visits. RUTM20 is perfect for space-constrained solutions like POS, surveillance, and transport.**

**WIRELESS**

**Wireless mode**    802.11 b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)

(https://www.teltonika-networks.com/products/routers/rutm20)

**DAP145**

**DAP145**

Industrial Wireless Access Point with RS485

**The DAP145 is an industrial Wi-Fi access point with RS485 communication engineered for utilities, machine builders, and system integrators. It enables connecting wired industrial devices to modern IP networks without extensive cabling. The device functions as an access point or client (STA/Mesh/Fast roaming) and provides direct serial-to-IP bridging via its native RS485 port. Advanced RutOS tools like Data to Server and industrial protocol support facilitate secure data collection to the cloud, all managed remotely via the RMS platform.**

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 40 of 71 PageID #:  389

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <br><br>(https://www.teltonika-networks.com/products/access-points/dap145)<br><br>**TAP200**<br><br>(https://www.teltonika-networks.com/products/access-points/tap200)<br><br>**TAP400** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | <br><br>(https://www.teltonika-networks.com/products/access-points/tap400)<br><br>**TCR100** |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 41 of 71 PageID #: 390

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 42 of 71 PageID #: 391

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|  | **WIRELESS**<br><br>Wireless mode: 802.11b/g/n/ac Wave 2 (Wi-Fi 5) with data transmission rates up to 867 Mbps (Dual Band, MU-MIMO), 802.11r fast transition, Access Point (AP), Station (STA)<br><br>(https://www.teltonika-networks.com/products/routers/tcr100)<br><br>**RUT360**<br><br>RUT360<br>LTE CAT6 INDUSTRIAL CELLULAR ROUTER<br>INQUIRE NOW<br><br>**WIRELESS**<br><br>Wireless mode: 802.11b/g/n (Wi-Fi 4), 2x2 MIMO, Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut360)<br><br>**RUT240** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 43 of 71 PageID #: 392

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | <br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut240)<br><br>**RUT950**<br><br><br><br>**WIRELESS**<br><br>Wireless mode     802.11b/g/n (Wi-Fi 4), Access Point (AP), Station (STA)<br>(https://www.teltonika-networks.com/products/routers/rut950) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **General information** |

| EUT Description | |
|---|---|
| Model | RUT955 |
| IMEI | 861107033686909 |
| Hardware Version | 11 |
| Software Version | RUT9xx_R_AA.BB.CCC |
| Power Supply | AC adapter |
| Antenna Type | External Antenna |
| Antenna Connector | RF Connector(meet with the standard FCC Part 15.203 requirement) |
| Antenna Gain | Antenna 1: 5.00 dBi<br>Antenna 2: 5.00 dBi |
| additional beamforming gain | NA |
| Test Mode | 802.11b<br>802.11g, 802.11n(HT20/HT40); |
| Modulation Type | 802.11b: DSSS;<br>802.11g/n(HT20/HT40): OFDM |
| Max. Conducted Power | Wi-Fi 2.4G :14.52dBm |
| Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz<br>802.11n(HT40): 2422 ~ 2452 MHz |

(https://fccid.io/2AET4RUT955A/Test-Report/Test-Report-Part-15C-WIFI-2-4G-4048701.pdf pp. 1 & 6 of 69)

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RF TEST REPORT**<br><br>**Applicant**    UAB Teltonika<br>**FCC ID**    2AET4RUT955V<br>**Product**    LTE Router<br>**Brand**    Teltonika<br>**Model**    RUT955<br>**Report No.**    RXA1708-0302RF02R1<br>**Issue Date**    December 15, 2017 |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **General information** |

**EUT Description**

| EUT Description | |
|---|---|
| Model | RUT955 |
| IMEI | 861107031550883 |
| Hardware Version | 11 |
| Software Version | RUT9XX_R_00.03.832 |
| Power Supply | Adapter |
| Antenna Type | Sub or Retractable Antenna |
| Antenna Gain | 5.00 dBi |
| additional beamforming gain | 0 dB |
| Test Mode | 802.11b<br>802.11g, 802.11n(HT20/HT40); |
| Modulation Type | 802.11b: DSSS;<br>802.11g/n(HT20/HT40): OFDM |
| Max. Conducted Power | Wi-Fi 2.4G :12.43dBm |
| Operating Frequency Range(s) | 802.11b/g/n(HT20): 2412 ~ 2462 MHz<br>802.11n(HT40): 2422 ~ 2452 MHz |

(https://fccid.io/2AET4RUT955V/Test-Report/Test-Report-3693131.pdf pp. 1 & 6 of 65)

**RUT850 LTE Router**

USER MANUAL

RUT850 LTE Router

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | **2  Specifications**<br><br>**2.1  Wi-Fi**<br><br>• IEEE 802.11 b/g/n WiFi standards<br>• AP and STA modes<br>• 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>• 2.401-2.495 Ghz WiFi frequency range\*<br>• 20dBm max WiFi TX power<br>• SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/3/3f/RUT850_manual_v1_14.pdf pp. 1 & 9 of 107)<br><br>**RUT230 3G Router**<br><br>USER MANUAL<br><br>RUT230 3G Router<br><br>**2.2  Wi-Fi**<br><br>• IEEE 802.11 b/g/n WiFi standards<br>• AP and STA modes<br>• 64/128-bit WEP, WPA, WPA2, WPA&WPA2 encryption methods<br>• 2.401 – 2.495GHz Wi-Fi frequency range\*<br>• 20dBm max WiFi TX power<br>• SSID stealth mode and access control based on MAC address<br><br>(https://wiki.teltonika-networks.com/images/8/89/RUT230_manual_v1_15.pdf pp. 1 & 9 of 149)<br><br>**RUT900 Wireless** |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT900 Wireless** (legacy WebUI)<br><br>Page                  Read   View source   View history   Tools ⌄<br><br>Main Page > EOL Products > RUT900 > RUT900 Manual > RUT900 Legacy WebUI > RUT900 Network section (legacy) > **RUT900 Wireless (legacy WebUI)**<br><br>The information in this page is updated in accordance with firmware version **RUT9XX_R_00.06.09.5**.<br><br>**Note**: *this user manual page is for RUT900's old WebUI style available in earlier FW versions.* **Click here** *for information based on the latest FW version.*<br><br>**Summary**<br><br>The **Wireless** page is used to configure and manage WiFi Access Points (AP) and WiFi Stations (STA). RUT900 devices support 2.4 GHz IEEE 802.11 b/g/n and 802.11e_WMM wireless technologies. |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 49 of 71 PageID #: 398

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 50 of 71 PageID #: 399

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <table><tr><td>**Field**</td><td>**Value**</td><td>**Description**</td></tr><tr><td>**Mode**</td><td>Auto \| 802.11b \| 802.11g \| 802.11g+n; default: **802.11g+n**</td><td>Selects the wireless protocol. Different modes provide different wireless standard support which directly impacts the radio's throughput performance.</td></tr><tr><td>**HT mode**</td><td>20MHz \| 40MHz 2nd channel below \| 40MHz 2nd channel above; default: **20MHz**</td><td>HT (High Throughput) mode specifies WiFi channel bandwidth. 40 MHz bandwidth provides better performance but it overlaps with 4 adjacent channels on each side. Therefore, it might overlap with many other Access Points operating at similar frequencies. If that is the case, the router will switch back to 20 MHz mode automatically to reduce interference. 40 MHz is only available when the WiFi Channel is selected manually in the General Setup section.</td></tr></table>(https://wiki.teltonika-networks.com/view/RUT900_Wireless_(legacy_WebUI))<br><br>**RUT500 3G Router** |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  (https://www.induo.com/wp-content/uploads/2014/03/rut-500-router.pdf pp. 1 & 6 of 55) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **RUT905 3G Router** <br><br>  <br><br> (https://www.getic.ee/files/catalogue/teltonika/user-manual-teltonika-rut905.pdf pp. 1 & 10 of 162) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| | **RUT550 LTE Router** <br><br>  |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 53 of 71 PageID #: 402

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | Teltonika IoT Group |
|---|---|
| | (https://www.induo.com/wp-content/uploads/2014/03/lte-router-rut-550-teltonika.pdf pp. 1 & 7 of 68)<br><br>**Teltonika Energy EVC2**<br><br><br><br>(https://www.teltonika-energy.com/products/evc2)<br><br>**TeltoCharge EVC1** |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 55 of 71 PageID #: 404

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
| |  |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 57 of 71 PageID #: 406

| Claim 1 | Teltonika IoT Group |
|---|---|
| | **CHARGER CONNECTIVITY**<br><br>WiFi 2.4 GHz b/g/n connection — Yes<br>Local management via APP — Yes<br>NFC reader — Yes<br>OCPP 1.6 — Yes<br>Ethernet (RJ45) — Yes<br>4G/LTE (CAT1), 3G, 2G (optional) — Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 58 of 71 PageID #: 407

| Claim 1 | Teltonika IoT Group |
|---|---|
| | <table> |

| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| EVC100 | EVC1000P4011 | Slate grey | 7.4kw | type 2 socket | – |
| | EVC100000000 | N/A | 7.4kw | type 2 socket | – |
| EVC101 | EVC1010P1000 | Slate grey | 7.4kw | type 2 cable (5m) | – |
| | EVC1010W1011 | Wooden | 7.4kw | type 2 cable (5m) | – |
| | EVC101000000 | N/A | 7.4kw | type 2 cable (5m) | – |
| | EVC1010P1111 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | EVC1010P1011 | Slate grey | 7.4kw | type 2 cable (7.5m) | – |
| | EVC1010W1111 | Wooden | 7.4kw | type 2 cable (7.5m) | – |
| | EVC101000400 | N/A | 7.4kw | GBT cable (5m) | – |
| | EVC1010000TH | N/A | 7.4kw | type 2 cable (5m) | 10mm2 terminal |
| EVC111 | EVC1110P1111 | Slate grey | 11kw | type 2 cable (7.5m) | – |
| | EVC1110P1011 | Slate grey | 11kw | type 2 cable (5m) | – |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452 Document 1-7 Filed 06/08/26 Page 59 of 71 PageID #: 408

| Claim 1 | Teltonika IoT Group | | | | | |
|---------|---------------------|---|---|---|---|---|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC111 | EVC1110W1111 | Wooden | 11kw | type 2 cable (7.5m) | – |
| | | EVC1110P1000 | Slate grey | 11kw | type 2 cable (5m) | – |
| | | EVC1110W1011 | Wooden | 11kw | type 2 cable (5m) | – |
| | | EVC111000000 | N/A | 11kw | type 2 cable (5m) | – |
| | | EVC1100P4000 | Slate grey | 11kw | type 2 socket | – |
| | EVC120 | EVC1201P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4000 | Slate grey | 22kw | type 2 socket | – |
| | | EVC1200P4011 | Slate grey | 11kw | type 2 socket | – |
| | | EVC1201P4011 | Slate grey | 22kw | type 2 socket | Quectel EG91-EX modem |
| | | EVC120000000 | N/A | 22kw | type 2 socket | – |
| | | EVC120100000 | N/A | 22kw | type 2 socket | Quectel EG91-EX modem |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 60 of 71 PageID #: 409

| Claim 1 | Teltonika IoT Group | | | | | |
|---------|---------|---------|---------|---------|---------|---------|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC120 | EVC1201P4000 | Slate grey | 22kW | type 2 socket | Quectel EG91-EX modem |
| | | EVC1210P1011 | Slate grey | 22kW | type 2 cable (5m) | – |
| | | EVC1210P1111 | Slate grey | 22kW | type 2 cable (7.5m) | – |
| | | EVC1210W1111 | Wooden | 22kW | type 2 cable (7.5m) | – |
| | | EVC1210P1000 | Slate grey | 22kW | type 2 cable (5m) | – |
| | | EVC1210W1011 | Wooden | 22kW | type 2 cable (5m) | – |
| | EVC121 | EVC1211P1000 | Slate grey | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211W1011 | Wooden | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC121000000 | N/A | 22kW | type 2 cable (5m) | – |
| | | EVC121100000 | N/A | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211P1011 | Slate grey | 22kW | type 2 cable (5m) | Quectel EG91-EX modem |
| | | EVC1211W1111 | Wooden | 22kW | type 2 cable (7.5m) | Quectel EG91-EX modem |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

| Claim 1 | | | | | |
|---|---|---|---|---|---|

### Teltonika IoT Group

| PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| EVC121 | EVC121P1111 | Slate grey | 22kW | type 2 cable (7.5m) | Quectel EG91-EX modem |
| | EVC12100000TH | N/A | 22kW | type 2 cable (5m) | 10mm2 terminal |

(https://wiki.teltonika-energy.com/images/f/f4/TeltoCharge_Datasheet_EVC10-12_25.06.02.pdf    pp. 1-7 of 8)

**TeltoCharge EVC13**



U.S. Patent No. 7,738,595

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

**TECHNICAL DATASHEET**

**DIMENSIONS**
Width 6.69 (in)
Height 13.42 (in)
Depth 3.70 (in)

**FRONT PLATE OPTIONS**
Slate Grey · Accoya Wood · Burgundy · Granite Brown · Winter White

**FRONT PLATE FINISH**

**OUTPUT OPTIONS**
Type 1 cable

**CONNECTIVITY TYPES**
Bluetooth · APP · Ethernet · WiFi · RFID (NFC) · OCPP 1.6

**CHARGER CONNECTIVITY**

| | |
|---|---|
| WiFi 2.4 Ghz b/g/n connection | Yes |
| Local managment via APP | Yes |
| NFC reader | Yes |
| OCPP 1.6 | Yes |
| Ethernet (RJ45) | Yes |

Case 2:26-cv-00452    Document 1-7    Filed 06/08/26    Page 63 of 71 PageID #: 412

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|



(https://wiki.teltonika-energy.com/images/2/2f/TeltoCharge_Datasheet_EVC13-print.pdf pp. 1-4 of 5)

**TeltoCharge EVC16**

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---------|---------------------|
|         | **CHARGER CONNECTIVITY** <br><br> WiFi 2.4 GHz b/g n connection — Yes <br> Local management via APP — Yes <br> NFC reader — Yes <br> OCPP 1.6 — Yes <br> Ethernet (RJ45) — Yes <br> 4G/LTE (CAT1), 3G, 2G (optional) — Yes |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group | | | | | |
|---|---|---|---|---|---|---|
| | PRODUCT GROUP | PRODUCT CODE | FRONT PANEL COLOR | CHARGING CAPACITY | OUTPUT | ADDITIONAL INFORMATION |
| | EVC160 | EVC1603P4001 | Slate grey | 7.4kw | type 2 socket | Quectel EG91-EX modem; CT |
| | | EVC1602P4001 | Slate grey | 7.4kw | type 2 socket | CT |
| | | EVC160200001 | - | 7.4kw | type 2 socket | PEN fault protection; CT |
| | | EVC160300001 | - | 7.4kw | type 2 socket | PEN fault protection Quectel EG91-EX modem; CT |
| | EVC161 | EVC1612P1001 | Slate grey | 7.4kw | type 2 cable (5m) | CT |
| | | EVC1613P1001 | Slate grey | 7.4kw | type 2 cable (5m) | Quectel EG91-EX modem; CT |
| | | EVC161200001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; CT |
| | | EVC161300001 | - | 7.4kw | type 2 cable (5m) | PEN fault protection; Quectel EG91-EX modem; CT |

(https://wiki.teltonika-energy.com/images/b/b7/TeltoCharge_Datasheet_EVC16_UK_24.09.16.pdf pp. 1-4 of 6)

| at least two vector multipliers, each vector multiplier configured to weight a respective input | Defendants, using the Accused Products, comprise at least two vector multipliers, each vector multiplier configured to weight a respective input signal with a vector to form a weighted signal. |
|---|---|

# INTEGRAL WIRELESS TECHNOLOGIES LLC

U.S. Patent No. 7,738,595

| Claim 1 | Teltonika IoT Group |
|---|---|
| signal with a vector to form a weighted signal; and |  |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

Case 2:26-cv-00452   Document 1-7   Filed 06/08/26   Page 68 of 71 PageID #: 417

| Claim 1 | Teltonika IoT Group |
|---|---|
|  | In Spatial Expansion and Beamforming, the Spatial Mapping comprises at least two vector multipliers, each vector multiplier configured to weight a respective input signal (e.g., space-time stream) with a vector (e.g., steering vector) to form a weighted signal.<br><br>h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br>3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br>(Part 11:  Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |
| at least two antennas comprising a transmit array, the transmit array configured to transmit each weighted signal along a respective signal path; | Defendants, using the Accused Products, comprise at least two antennas comprising a transmit array, the transmit array configured to transmit each weighted signal along a respective signal path.<br><br>The "Analog and RF" shown in the figure below comprises at least two antennas comprising a transmit array configured to transmit each weight signal along a respective signal path. |

**INTEGRAL WIRELESS TECHNOLOGIES LLC**

U.S. Patent No. 7,738,595

INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| |  |

Figure 20-3—Transmitter block diagram 2

(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)

| Claim 1 | Teltonika IoT Group |
|---|---|
| | t) Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| wherein each vector is computed using a unit magnitude decomposition of a transmission channel matrix; and | Defendants, using the Accused Products, comprise wherein each vector is computed using a unit magnitude decomposition of a transmission channel matrix.<br><br>Each vector is computed using a unit magnitude decomposition (e.g., decoding real and imaginary parts of each complex number) of a transmission channel matrix (e.g., a transmit steering matrix).<br><br>**20.3.12.3.2 CSI matrices feedback**<br><br>In CSI matrices feedback, the beamformer receives the quantized MIMO channel matrix, $H_{eff}$, from the beamformee. The beamformer then may use this matrix to compute a set of transmit steering matrices, $Q_k$.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730)<br><br>The received, quantized matrix $H_{eff}^q(k)$ (of a specific subcarrier, $k$) shall be decoded as follows:<br><br>a) The real and imaginary parts of each element of the matrix, $H_{eff(m,l)}^{q(R)}(k)$ and $H_{eff(m,l)}^{q(I)}(k)$, are decoded as a pair of twos complement numbers to create the complex element, where $1 \le m \le N_r$ and $1 \le l \le N_c$.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730-31) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC

| Claim 1 | Teltonika IoT Group |
|---|---|
| wherein the unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix into a unitary matrix with eigenvalues that lie substantially on a unit circle of a complex plane. | Defendants, using the Accused Products, comprise wherein the unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix into a unitary matrix with eigenvalues that lie substantially on a unit circle of a complex plane.<br><br>The unit magnitude decomposition includes decomposing at least a portion of the transmission channel matrix (e.g., a received quantized matrix) into a unitary matrix (e.g., an orthonormal column matrix with equal rows and columns) with eigenvalues that lie substantially on a unit circle of a complex plane (which is true of unitary matrices).<br><br>**20.3.12.3.6 Compressed beamforming feedback matrix**<br><br>In compressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are compressed in the form of angles, which are sent to the beamformer. The beamformer might use these angles to decompress the matrices and determine the steering matrices $Q_k$.<br><br>The matrix $V$ per tone shall be compressed as follows: The $N_r \times N_c$ beamforming feedback orthonormal column matrix $V$ found by the beamformee shall be represented as shown in Equation (20-79). When the number of rows and columns is equal, the orthonormal column matrix becomes a unitary matrix.<br><br>$$V = \left[ \prod_{i=1}^{\min(N_c, N_r-1)} \left[ D_i\left(1_{i-1} \; e^{j\phi_{l,i}} \; \ldots \; e^{j\phi_{N_r-1,i}} \; 1\right) \prod_{l=i+1}^{N_r} G_{li}^T(\psi_{li}) \right] \right] \tilde{I}_{N_r \times N_c} \qquad (20\text{-}79)$$<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), pp. 1732-33) |

# INTEGRAL WIRELESS TECHNOLOGIES LLC